UNDER GOD,

CASE#_____

IN THE UNITED STATES COURT

DISTRICT OF THE STATE OF IDAHO

**U.S. COURTS**

MAR 04 2025

Rcvd_____Filed_____Time Mail
(STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

ERIC RAMON BUCHANAN, Sui Juris

Plaintiff,

Case No. _____

COUNTER COMPLAINT AGAINST LAMONT C BERECZ IN THEIR

PERSONAL CAPACITY

V.

STATE OF IDAHO; LAMONT C BERECZ,

Defendants.

## I. INTRODUCTION

Plaintiff **Eric Ramon Buchanan, Sui Juris**, submits this Counter Complaint against **LAMONT C BERECZ**, in their personal capacity, for violations of constitutional rights, federal and state

1

COUNTER COMPLAINT AGAINST LAMONT C BERECZ IN THEIR PERSONAL

CAPACITY

UNDER GOD,

CASE#_____

statutory law, and international protections. This Counter Complaint is filed pursuant to the

removal of this case to the United States District Court under federal jurisdiction and addresses

the personal actions of the Defendant, who acted outside the scope of lawful authority.

## II. UNREBUTTED AND UNCONTROVERTED FACTS

1. **Failure to Qualify for Public Office**

   Defendant **LAMONT C BERECZ** failed to comply with **Idaho Code § 59-401**, which mandates:

   > "Every officer elected or appointed under any law of this state must,
   > before entering upon the duties of his office, take and subscribe an oath or
   > affirmation to support the Constitution of the United States and the
   > Constitution of the state of Idaho."

   Additionally, **Idaho Code § 59-406** provides:

   > "Every office shall become vacant on the happening of any of the
   > following events before the expiration of the term: ... (4) His refusal or
   > neglect to file his official oath or bond within the time prescribed."

2

## COUNTER COMPLAINT AGAINST LAMONT C BERECZ IN

## PERSONAL CAPACITY

UNDER GOD,

CASE#_____

   Defendant failed to meet these requirements, rendering their office vacant and their actions void.

## 2. Ultra Vires Actions

   Defendant acted **ultra vires**, exceeding their legal authority by initiating actions, including **[arresting, detaining, prosecuting, etc.]**_____

_____

_____

_____

_____

_____

, without proper qualification to hold public office. All actions taken were null and void under the law.

## 3. Violation of the Fifth Amendment

   The Fifth Amendment of the United States Constitution states:

> "No person shall ... be deprived of life, liberty, or property, without due process of law."

   Defendant violated Plaintiff's due process rights by unlawfully **[detaining, prosecuting, etc.]**

3

**COUNTER COMPLAINT AGAINST LAMONT C BERECZ IN**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

_____

_____

_____

_____

_____

_____

Plaintiff without legal authority or valid jurisdiction.

4. **Violation of the Supremacy Clause**

     Article VI, Section 2 of the United States Constitution declares:

> "This Constitution, and the Laws of the United States which shall be made
> in Pursuance thereof ... shall be the supreme Law of the Land; and the
> Judges in every State shall be bound thereby, any Thing in the
> Constitution or Laws of any State to the Contrary notwithstanding."

The actions of the Defendant conflict with constitutional mandates and federal
law, invalidating their conduct under the Supremacy Clause.

5. **Violation of the Law of Nations**

     Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the
power:

> "To define and punish ... Offenses against the Law of Nations."

4

**COUNTER COMPLAINT AGAINST LAMONT C BERECZ IN**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

Defendant's actions constitute arbitrary detention, unlawful seizure, and deprivation of liberty in violation of the **Law of Nations** and international protections.

## III. CLAIMS AGAINST DEFENDANT LAMONT C BERECZ

### 1. Violation of Due Process (Fifth Amendment)

- Defendant, acting in their personal capacity, deprived Plaintiff of due process by unlawfully **[detaining, prosecuting, etc.]**

_____

_____

_____

_____

_____

Plaintiff without proper legal authority or jurisdiction.

### 2. Acting from Vacant Office (Idaho Code § 59-406)

- Defendant failed to take the required oaths or file bonds, rendering their office vacant. All actions taken by them were therefore ultra vires and without legal effect.

5

**COUNTER COMPLAINT AGAINST LAMONT C BERECZ IN**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

### 3. Arbitrary Detention and Hostage-Taking

- Defendant unlawfully detained Plaintiff in violation of both domestic law and international protections, including the **Law of Nations**. These acts amount to arbitrary detention and, under international standards, hostage-taking.

### 4. Abuse of Authority and Neglect of Ministerial Duties

- Defendant abused their position by failing to adhere to statutory and constitutional requirements. Their actions constitute a neglect of ministerial duties owed to the Plaintiff.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that this Court grant the following relief:

1. **Declaration of Unlawful Actions**

   Declare that the actions of Defendant **LAMONT C BERECZ** were unlawful, arbitrary, and conducted without legal authority.

2. **Injunction Against Further Proceedings**

   Enjoin Defendant **LAMONT C BERECZ**

   and the State of Idaho from continuing any proceedings related to this matter in state court.

3. **Compensatory Damages**

6

**COUNTER COMPLAINT AGAINST LAMONT C BERECZ IN**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

    Award compensatory damages against Defendant **LAMONT C BERECZ** in

their personal capacity for the harm caused by their unlawful actions.

4. **Restoration of Rights**

    Restore Plaintiff's constitutional rights and ensure compliance with the rule of

law.

5. **Recognition of Federal Jurisdiction**

    Recognize that jurisdiction over this matter resides exclusively with this Court

due to the federal constitutional questions and violations of the Supremacy

Clause.

6. **Any Additional Relief Deemed Necessary**

    Provide any additional relief the Court deems appropriate to protect Plaintiff's

rights and ensure justice is served.

## V. CONCLUSION

The facts presented are clear, unrebutted, and demonstrate that Defendant **LAMONT C**

**BERECZ** acted without legal authority, in violation of the U.S. Constitution, Idaho state law,

and international protections. Plaintiff respectfully requests that this Court grant the relief

requested to uphold the rule of law.

Dated:     2-26-2025

7

**COUNTER COMPLAINT AGAINST LAMONT C BERECZ IN**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

Respectfully submitted,

_Eric Ramon Buchanan_

Eric Ramon Buchanan, Sui Juris

10603 E 28TH AVE

SPOKANE WA 99206

**Certificate of Service**

I hereby certify that on **2-27-2025**, a true and correct copy of the foregoing

affidavit was served via:

LAMONT C BERECZ

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF120644965US

8

**COUNTER COMPLAINT AGAINST LAMONT C BERECZ IN**

**PERSONAL CAPACITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
       DATE                                              NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                                NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

_Counter Complaint_
Title of Document

UNDER GOD,

CASE#_____

IN THE UNITED STATES COURT

DISTRICT OF THE STATE OF IDAHO

U.S. COURTS

MAR 0 4 2025

Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

ERIC RAMON BUCHANAN, Sui Juris

Plaintiff,

Case No. _____

COUNTER COMPLAINT AGAINST JOHN CAFFERTY IN THEIR PERSONAL CAPACITY

V.

STATE OF IDAHO; JOHN CAFFERTY,

Defendants.

## I. INTRODUCTION

Plaintiff **Eric Ramon Buchanan, Sui Juris**, submits this Counter Complaint against **JOHN CAFFERTY**, in their personal capacity, for violations of constitutional rights, federal and state

1

COUNTER COMPLAINT AGAINST JOHN CAFFERTY IN THEIR PERSONAL CAPACITY

UNDER GOD,

CASE#_____

statutory law, and international protections. This Counter Complaint is filed pursuant to the removal of this case to the United States District Court under federal jurisdiction and addresses the personal actions of the Defendant, who acted outside the scope of lawful authority.

## II. UNREBUTTED AND UNCONTROVERTED FACTS

1. **Failure to Qualify for Public Office**

   ○ Defendant **JOHN CAFFERTY** failed to comply with **Idaho Code § 59-401**, which mandates:

   > "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

   ○ Additionally, **Idaho Code § 59-406** provides:

   > "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

2

**COUNTER COMPLAINT AGAINST JOHN CAFFERTY IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

Defendant failed to meet these requirements, rendering their office vacant and

their actions void.

2. **Ultra Vires Actions**

    Defendant acted **ultra vires**, exceeding their legal authority by initiating actions,

including **[arresting, detaining, prosecuting,**

**etc.]**_____

_____

_____

_____

_____

_____

, without proper qualification to hold public office. All actions taken were null

and void under the law.

3. **Violation of the Fifth Amendment**

    The Fifth Amendment of the United States Constitution states:

"No person shall ... be deprived of life, liberty, or property, without due

process of law."

    Defendant violated Plaintiff's due process rights by unlawfully **[detaining,**

**prosecuting, etc.]**

_____

3

**COUNTER COMPLAINT AGAINST JOHN CAFFERTY IN THEIR PERSONAL**

**CAPACITY**

UNDER GOD,

CASE#_____

_____

_____

_____

_____

_____

_____

Plaintiff without legal authority or valid jurisdiction.

4. **Violation of the Supremacy Clause**

    ○ Article VI, Section 2 of the United States Constitution declares:

> "This Constitution, and the Laws of the United States which shall be made
> in Pursuance thereof ... shall be the supreme Law of the Land; and the
> Judges in every State shall be bound thereby, any Thing in the
> Constitution or Laws of any State to the Contrary notwithstanding."

    ○ The actions of the Defendant conflict with constitutional mandates and federal
law, invalidating their conduct under the Supremacy Clause.

5. **Violation of the Law of Nations**

    ○ Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the
power:

> "To define and punish ... Offenses against the Law of Nations."

4

**COUNTER COMPLAINT AGAINST JOHN CAFFERTY IN THEIR PERSONAL
CAPACITY**

UNDER GOD,

CASE#_____

- Defendant's actions constitute arbitrary detention, unlawful seizure, and deprivation of liberty in violation of the **Law of Nations** and international protections.

## III. CLAIMS AGAINST DEFENDANT JOHN CAFFERTY

**1. Violation of Due Process (Fifth Amendment)**

- Defendant, acting in their personal capacity, deprived Plaintiff of due process by unlawfully **[detaining, prosecuting, etc.]**

_____

_____

_____

_____

_____

Plaintiff without proper legal authority or jurisdiction.

**2. Acting from Vacant Office (Idaho Code § 59-406)**

- Defendant failed to take the required oaths or file bonds, rendering their office vacant. All actions taken by them were therefore ultra vires and without legal effect.

5

**COUNTER COMPLAINT AGAINST JOHN CAFFERTY IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

### 3. Arbitrary Detention and Hostage-Taking

- Defendant unlawfully detained Plaintiff in violation of both domestic law and international protections, including the **Law of Nations**. These acts amount to arbitrary detention and, under international standards, hostage-taking.

### 4. Abuse of Authority and Neglect of Ministerial Duties

- Defendant abused their position by failing to adhere to statutory and constitutional requirements. Their actions constitute a neglect of ministerial duties owed to the Plaintiff.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that this Court grant the following relief:

1. **Declaration of Unlawful Actions**

   Declare that the actions of Defendant **JOHN CAFFERTY** were unlawful, arbitrary, and conducted without legal authority.

2. **Injunction Against Further Proceedings**

   Enjoin Defendant **JOHN CAFFERTY** and the State of Idaho from continuing any proceedings related to this matter in state court.

3. **Compensatory Damages**

6

## COUNTER COMPLAINT AGAINST JOHN CAFFERTY IN THEIR PERSONAL CAPACITY

UNDER GOD,

CASE#_____

    ○  Award compensatory damages against Defendant **JOHN CAFFERTY** in their

personal capacity for the harm caused by their unlawful actions.

4. **Restoration of Rights**

    ○  Restore Plaintiff's constitutional rights and ensure compliance with the rule of

law.

5. **Recognition of Federal Jurisdiction**

    ○  Recognize that jurisdiction over this matter resides exclusively with this Court

due to the federal constitutional questions and violations of the Supremacy

Clause.

6. **Any Additional Relief Deemed Necessary**

    ○  Provide any additional relief the Court deems appropriate to protect Plaintiff's

rights and ensure justice is served.

# V. CONCLUSION

The facts presented are clear, unrebutted, and demonstrate that Defendant **JOHN CAFFERTY**

acted without legal authority, in violation of the U.S. Constitution, Idaho state law, and

international protections. Plaintiff respectfully requests that this Court grant the relief requested

to uphold the rule of law.

Dated: _2-26-2025_

7

**COUNTER COMPLAINT AGAINST JOHN CAFFERTY IN THEIR PERSONAL**

**CAPACITY**

UNDER GOD,

CASE#_____

Respectfully submitted,

_Eric Ramon Buchanan_

Eric Ramon Buchanan, Sui Juris

10603 E 28TH AVE_____ [Your Address]

SPOKANE  WA 99206_____ [City, State, ZIP Code]

**Certificate of Service**

I hereby certify that on __2-27-2025__, a true and correct copy of the foregoing affidavit was served via:

JOHN CAFFERTY

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_____RF120644965US_____

8

**COUNTER COMPLAINT AGAINST JOHN CAFFERTY IN THEIR PERSONAL CAPACITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _30 Jan 2025_____ before me, ___Katie Hiatt_____
           DATE                                       NAME OF NOTARY PUBLIC

personally appeared _____Eric Ramon Buchanan_____.
                                         NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029_____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

_Counter complaint_____
Title of Document

UNDER GOD,

CASE#_____

IN THE UNITED STATES COURT

DISTRICT OF THE STATE OF IDAHO

**U.S. COURTS**

MAR 0 4 2025

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

ERIC RAMON BUCHANAN, Sui Juris

Plaintiff,

Case No. _____

COUNTER COMPLAINT AGAINST RICH CHRISTENSEN IN THEIR

PERSONAL CAPACITY

V.

STATE OF IDAHO; RICH CHRISTENSEN,

Defendants.

## I. INTRODUCTION

Plaintiff **Eric Ramon Buchanan, Sui Juris**, submits this Counter Complaint against **RICH CHRISTENSEN**, in their personal capacity, for violations of constitutional rights, federal and state

1

COUNTER COMPLAINT AGAINST RICH CHRISTENSEN IN THEIR PERSONAL

CAPACITY

UNDER GOD,

CASE#_____

statutory law, and international protections. This Counter Complaint is filed pursuant to the

removal of this case to the United States District Court under federal jurisdiction and addresses

the personal actions of the Defendant, who acted outside the scope of lawful authority.

## II. UNREBUTTED AND UNCONTROVERTED FACTS

1. **Failure to Qualify for Public Office**

   o   Defendant **RICH CHRISTENSEN** failed to comply with **Idaho Code §
   59-401**, which mandates:

      "Every officer elected or appointed under any law of this state must,

      before entering upon the duties of his office, take and subscribe an oath or

      affirmation to support the Constitution of the United States and the

      Constitution of the state of Idaho."

   o   Additionally, **Idaho Code § 59-406** provides:

      "Every office shall become vacant on the happening of any of the

      following events before the expiration of the term: ... (4) His refusal or

      neglect to file his official oath or bond within the time prescribed."

2

**COUNTER COMPLAINT AGAINST RICH CHRISTENSEN IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

o   Defendant failed to meet these requirements, rendering their office vacant and

their actions void.

2.  **Ultra Vires Actions**

o   Defendant acted **ultra vires**, exceeding their legal authority by initiating actions,

including **[arresting, detaining, prosecuting,**

**etc.]**_____

_____

_____

_____

_____

, without proper qualification to hold public office. All actions taken were null

and void under the law.

3.  **Violation of the Fifth Amendment**

o   The Fifth Amendment of the United States Constitution states:

"No person shall ... be deprived of life, liberty, or property, without due

process of law."

o   Defendant violated Plaintiff's due process rights by unlawfully **[detaining,**

**prosecuting, etc.]**

_____

3

**COUNTER COMPLAINT AGAINST RICH CHRISTENSEN IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

_____

_____

_____

_____

_____

_____

Plaintiff without legal authority or valid jurisdiction.

4. **Violation of the Supremacy Clause**

   o   Article VI, Section 2 of the United States Constitution declares:

   > "This Constitution, and the Laws of the United States which shall be made
   > in Pursuance thereof ... shall be the supreme Law of the Land; and the
   > Judges in every State shall be bound thereby, any Thing in the
   > Constitution or Laws of any State to the Contrary notwithstanding."

   o   The actions of the Defendant conflict with constitutional mandates and federal
       law, invalidating their conduct under the Supremacy Clause.

5. **Violation of the Law of Nations**

   o   Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the
       power:

   > "To define and punish ... Offenses against the Law of Nations."

4

**COUNTER COMPLAINT AGAINST RICH CHRISTENSEN IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

o Defendant's actions constitute arbitrary detention, unlawful seizure, and deprivation of liberty in violation of the **Law of Nations** and international protections.

## III. CLAIMS AGAINST DEFENDANT RICH CHRISTENSEN

**1. Violation of Due Process (Fifth Amendment)**

- Defendant, acting in their personal capacity, deprived Plaintiff of due process by unlawfully **[detaining, prosecuting, etc.]**

_____

_____

_____

_____

_____

Plaintiff without proper legal authority or jurisdiction.

**2. Acting from Vacant Office (Idaho Code § 59-406)**

- Defendant failed to take the required oaths or file bonds, rendering their office vacant. All actions taken by them were therefore ultra vires and without legal effect.

5

**COUNTER COMPLAINT AGAINST RICH CHRISTENSEN IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

### 3. Arbitrary Detention and Hostage-Taking

- Defendant unlawfully detained Plaintiff in violation of both domestic law and international protections, including the **Law of Nations**. These acts amount to arbitrary detention and, under international standards, hostage-taking.

### 4. Abuse of Authority and Neglect of Ministerial Duties

- Defendant abused their position by failing to adhere to statutory and constitutional requirements. Their actions constitute a neglect of ministerial duties owed to the Plaintiff.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that this Court grant the following relief:

1. **Declaration of Unlawful Actions**
   - Declare that the actions of Defendant **RICH CHRISTENSEN** were unlawful, arbitrary, and conducted without legal authority.

2. **Injunction Against Further Proceedings**
   - Enjoin Defendant **RICH CHRISTENSEN** and the State of Idaho from continuing any proceedings related to this matter in state court.

3. **Compensatory Damages**

6

## COUNTER COMPLAINT AGAINST RICH CHRISTENSEN IN THEIR PERSONAL CAPACITY

UNDER GOD,

CASE#_____

    ○  Award compensatory damages against Defendant **RICH CHRISTENSEN** in

their personal capacity for the harm caused by their unlawful actions.

4. **Restoration of Rights**

    ○  Restore Plaintiff's constitutional rights and ensure compliance with the rule of

law.

5. **Recognition of Federal Jurisdiction**

    ○  Recognize that jurisdiction over this matter resides exclusively with this Court

due to the federal constitutional questions and violations of the Supremacy

Clause.

6. **Any Additional Relief Deemed Necessary**

    ○  Provide any additional relief the Court deems appropriate to protect Plaintiff's

rights and ensure justice is served.

## V. CONCLUSION

The facts presented are clear, unrebutted, and demonstrate that Defendant **RICH**

**CHRISTENSEN** acted without legal authority, in violation of the U.S. Constitution, Idaho state

law, and international protections. Plaintiff respectfully requests that this Court grant the relief

requested to uphold the rule of law.

Dated: _2-26-2025_

7

**COUNTER COMPLAINT AGAINST RICH CHRISTENSEN IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

Respectfully submitted,

_Eric Ramon Buchanan_

Eric Ramon Buchanan, Sui Juris

10603 E 28TH AVE    [Your Address]

SPOKANE  WA  99206  [City, State, ZIP Code]

**Certificate of Service**

I hereby certify that on  2-27-2025 , a true and correct copy of the foregoing affidavit was served via:

RICH CHRISTENSEN

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_____RF120644965US_____

8

**COUNTER COMPLAINT AGAINST RICH CHRISTENSEN IN THEIR**

**PERSONAL CAPACITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
      DATE                                              NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                           NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 2e018
My Comm. Expires Jan 0

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY:  Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Counter Complaint
Title of Document

UNDER GOD,

CASE#_____

# IN THE UNITED STATES COURT

# DISTRICT OF THE STATE OF IDAHO

U.S. COURTS

MAR 0 4 2025

Rcvd_____ Filed_____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## ERIC RAMON BUCHANAN, Sui Juris

### Plaintiff,

Case No. _____

## COUNTER COMPLAINT AGAINST Mathew Edwards IN THEIR PERSONAL

## CAPACITY

### V.

## STATE OF IDAHO; Mathew Edwards,

### Defendants.

## I. INTRODUCTION

Plaintiff **Eric Ramon Buchanan, Sui Juris**, submits this Counter Complaint against **Mathew**

**Edwards**, in their personal capacity, for violations of constitutional rights, federal and state

1

## COUNTER COMPLAINT AGAINST Mathew Edwards IN THEIR PERSONAL

## CAPACITY

UNDER GOD,

CASE#_____

statutory law, and international protections. This Counter Complaint is filed pursuant to the removal of this case to the United States District Court under federal jurisdiction and addresses the personal actions of the Defendant, who acted outside the scope of lawful authority.

## II. UNREBUTTED AND UNCONTROVERTED FACTS

1. **Failure to Qualify for Public Office**

   o  Defendant **Mathew Edwards** failed to comply with **Idaho Code § 59-401**, which mandates:

      > "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

   o  Additionally, **Idaho Code § 59-406** provides:

      > "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

2

**COUNTER COMPLAINT AGAINST Mathew Edwards IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

- Defendant failed to meet these requirements, rendering their office vacant and their actions void.

2. **Ultra Vires Actions**

- Defendant acted **ultra vires**, exceeding their legal authority by initiating actions, including **[arresting, detaining, prosecuting, etc.]**_____

_____

_____

_____

_____

, without proper qualification to hold public office. All actions taken were null and void under the law.

3. **Violation of the Fifth Amendment**

- The Fifth Amendment of the United States Constitution states:

  "No person shall ... be deprived of life, liberty, or property, without due process of law."

- Defendant violated Plaintiff's due process rights by unlawfully **[detaining, prosecuting, etc.]**

_____

3

**COUNTER COMPLAINT AGAINST Mathew Edwards IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

_____

_____

_____

_____

_____

_____

Plaintiff without legal authority or valid jurisdiction.

4. **Violation of the Supremacy Clause**

   o   Article VI, Section 2 of the United States Constitution declares:

   > "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof ... shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

   o   The actions of the Defendant conflict with constitutional mandates and federal law, invalidating their conduct under the Supremacy Clause.

5. **Violation of the Law of Nations**

   o   Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

   > "To define and punish ... Offenses against the Law of Nations."

4

**COUNTER COMPLAINT AGAINST Mathew Edwards IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

o   Defendant's actions constitute arbitrary detention, unlawful seizure, and

deprivation of liberty in violation of the **Law of Nations** and international

protections.

## III. CLAIMS AGAINST DEFENDANT Mathew Edwards

**1. Violation of Due Process (Fifth Amendment)**

- Defendant, acting in their personal capacity, deprived Plaintiff of due process by

unlawfully **[detaining, prosecuting, etc.]**

_____

_____

_____

_____

_____

Plaintiff without proper legal authority or jurisdiction.

**2. Acting from Vacant Office (Idaho Code § 59-406)**

- Defendant failed to take the required oaths or file bonds, rendering their office vacant. All

actions taken by them were therefore ultra vires and without legal effect.

5

**COUNTER COMPLAINT AGAINST Mathew Edwards IN THEIR PERSONAL**

**CAPACITY**

UNDER GOD,

CASE#_____

## 3. Arbitrary Detention and Hostage-Taking

- Defendant unlawfully detained Plaintiff in violation of both domestic law and international protections, including the **Law of Nations**. These acts amount to arbitrary detention and, under international standards, hostage-taking.

## 4. Abuse of Authority and Neglect of Ministerial Duties

- Defendant abused their position by failing to adhere to statutory and constitutional requirements. Their actions constitute a neglect of ministerial duties owed to the Plaintiff.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that this Court grant the following relief:

1. **Declaration of Unlawful Actions**
   - Declare that the actions of Defendant **Mathew Edwards** were unlawful, arbitrary, and conducted without legal authority.

2. **Injunction Against Further Proceedings**
   - Enjoin Defendant **Mathew Edwards** and the State of Idaho from continuing any proceedings related to this matter in state court.

3. **Compensatory Damages**

6

**COUNTER COMPLAINT AGAINST Mathew Edwards IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

    ○  Award compensatory damages against Defendant **Mathew Edwards** in their

    personal capacity for the harm caused by their unlawful actions.

4. **Restoration of Rights**

    ○  Restore Plaintiff's constitutional rights and ensure compliance with the rule of

    law.

5. **Recognition of Federal Jurisdiction**

    ○  Recognize that jurisdiction over this matter resides exclusively with this Court

    due to the federal constitutional questions and violations of the Supremacy

    Clause.

6. **Any Additional Relief Deemed Necessary**

    ○  Provide any additional relief the Court deems appropriate to protect Plaintiff's

    rights and ensure justice is served.

## V. CONCLUSION

The facts presented are clear, unrebutted, and demonstrate that Defendant **Mathew Edwards**

acted without legal authority, in violation of the U.S. Constitution, Idaho state law, and

international protections. Plaintiff respectfully requests that this Court grant the relief requested

to uphold the rule of law.

                       **Dated:** 2-26-2025

                                          7

**COUNTER COMPLAINT AGAINST Mathew Edwards IN THEIR PERSONAL**

**CAPACITY**

UNDER GOD,

CASE#_____

Respectfully submitted,

*Eric Ramon Buch*

Eric Ramon Buchanan, Sui Juris

10603 E 28TH AVE          [Your Address]

SPOKANE  WA  99206 [City, State, ZIP Code]

**Certificate of Service**

I hereby certify that on **2-27-2025** , a true and correct copy of the foregoing

affidavit was served via:

Mathew Edwards

Kootenai COUNTY POLICE

3820 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF120644965US

8

**COUNTER COMPLAINT AGAINST Mathew Edwards IN THEIR PERSONAL**

**CAPACITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____WA_____

County of _____Spokane_____

On __30 Jan 2025__ before me, _____Katie Hiatt_____
DATE    NAME OF NOTARY PUBLIC

personally appeared _____Eric Ramon Buchanan_____
NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

_____
SIGNATURE OF NOTARY

```
KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029
```

NOTARY SEAL

My commission expires: __01/02/2029__

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

__Counter Complaint__
Title of Document

UNDER GOD,

CASE#_____

# IN THE UNITED STATES COURT

# DISTRICT OF THE STATE OF IDAHO

**U.S. COURTS**

MAR 04 2025

Rcvd_____ Filed_____ Time▪mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## ERIC RAMON BUCHANAN, Sui Juris

### Plaintiff,

Case No. _____

## COUNTER COMPLAINT AGAINST Molly Nivison IN THEIR PERSONAL CAPACITY

## V.

## STATE OF IDAHO; Molly Nivison,

### Defendants.

## I. INTRODUCTION

Plaintiff **Eric Ramon Buchanan, Sui Juris**, submits this Counter Complaint against **Molly Nivison**, in their personal capacity, for violations of constitutional rights, federal and state statutory law, and international protections. This Counter Complaint is filed pursuant to the

1

**COUNTER COMPLAINT AGAINST Molly Nivison IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

removal of this case to the United States District Court under federal jurisdiction and addresses

the personal actions of the Defendant, who acted outside the scope of lawful authority.

## II. UNREBUTTED AND UNCONTROVERTED FACTS

1. **Failure to Qualify for Public Office**

   o  Defendant **Molly Nivison** failed to comply with **Idaho Code § 59-401**, which

   mandates:

   > "Every officer elected or appointed under any law of this state must,
   >
   > before entering upon the duties of his office, take and subscribe an oath or
   >
   > affirmation to support the Constitution of the United States and the
   >
   > Constitution of the state of Idaho."

   o  Additionally, **Idaho Code § 59-406** provides:

   > "Every office shall become vacant on the happening of any of the
   >
   > following events before the expiration of the term: ... (4) His refusal or
   >
   > neglect to file his official oath or bond within the time prescribed."

   o  Defendant failed to meet these requirements, rendering their office vacant and

   their actions void.

2. **Ultra Vires Actions**

2

**COUNTER COMPLAINT AGAINST Molly Nivison IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

- Defendant acted **ultra vires**, exceeding their legal authority by initiating actions, including **[arresting, detaining, prosecuting, etc.]**_____

_____

_____

_____

_____

_____

, without proper qualification to hold public office. All actions taken were null and void under the law.

3. **Violation of the Fifth Amendment**

- The Fifth Amendment of the United States Constitution states:

  "No person shall ... be deprived of life, liberty, or property, without due process of law."

- Defendant violated Plaintiff's due process rights by unlawfully **[detaining, prosecuting, etc.]**

_____

_____

_____

_____

_____

3

**COUNTER COMPLAINT AGAINST Molly Nivison IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

_____

_____

Plaintiff without legal authority or valid jurisdiction.

4. **Violation of the Supremacy Clause**

   o Article VI, Section 2 of the United States Constitution declares:

   > "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof ... shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

   o The actions of the Defendant conflict with constitutional mandates and federal law, invalidating their conduct under the Supremacy Clause.

5. **Violation of the Law of Nations**

   o Article 1, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

   > "To define and punish ... Offenses against the Law of Nations."

   o Defendant's actions constitute arbitrary detention, unlawful seizure, and deprivation of liberty in violation of the **Law of Nations** and international protections.

4

**COUNTER COMPLAINT AGAINST Molly Nivison IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

## III. CLAIMS AGAINST DEFENDANT Molly Nivison

### 1. Violation of Due Process (Fifth Amendment)

- Defendant, acting in their personal capacity, deprived Plaintiff of due process by

  unlawfully [detaining, prosecuting, etc.]

  _____

  _____

  _____

  _____

  Plaintiff without proper legal authority or jurisdiction.

### 2. Acting from Vacant Office (Idaho Code § 59-406)

- Defendant failed to take the required oaths or file bonds, rendering their office vacant. All

  actions taken by them were therefore ultra vires and without legal effect.

### 3. Arbitrary Detention and Hostage-Taking

- Defendant unlawfully detained Plaintiff in violation of both domestic law and

  international protections, including the **Law of Nations**. These acts amount to arbitrary

  detention and, under international standards, hostage-taking.

### 4. Abuse of Authority and Neglect of Ministerial Duties

5

**COUNTER COMPLAINT AGAINST Molly Nivison IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

- Defendant abused their position by failing to adhere to statutory and constitutional requirements. Their actions constitute a neglect of ministerial duties owed to the Plaintiff.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that this Court grant the following relief:

1. **Declaration of Unlawful Actions**
   - Declare that the actions of Defendant **Molly Nivison** were unlawful, arbitrary, and conducted without legal authority.

2. **Injunction Against Further Proceedings**
   - Enjoin Defendant **Molly Nivison** and the State of Idaho from continuing any proceedings related to this matter in state court.

3. **Compensatory Damages**
   - Award compensatory damages against Defendant **Molly Nivison** in their personal capacity for the harm caused by their unlawful actions.

4. **Restoration of Rights**
   - Restore Plaintiff's constitutional rights and ensure compliance with the rule of law.

5. **Recognition of Federal Jurisdiction**

6

**COUNTER COMPLAINT AGAINST Molly Nivison IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

- ○ Recognize that jurisdiction over this matter resides exclusively with this Court due to the federal constitutional questions and violations of the Supremacy Clause.

6. **Any Additional Relief Deemed Necessary**

- ○ Provide any additional relief the Court deems appropriate to protect Plaintiff's rights and ensure justice is served.

## V. CONCLUSION

The facts presented are clear, unrebutted, and demonstrate that Defendant **Molly Nivison** acted without legal authority, in violation of the U.S. Constitution, Idaho state law, and international protections. Plaintiff respectfully requests that this Court grant the relief requested to uphold the rule of law.

Dated: ___2-26-2025___

Respectfully submitted,

_Eric Ramon Buch_

**Eric Ramon Buchanan, Sui Juris**

_10603 E 28TH AVE Spokane Wa 99206_

7

**COUNTER COMPLAINT AGAINST Molly Nivison IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

<u>SPOKANE  WA  99206</u> [City, State, ZIP Code]


**Certificate of Service**

I hereby certify that on <u>2-27-2025</u>, a true and correct copy of the foregoing

affidavit was served via:

Molly Nivison

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814


BY UNITED STATES POST OFFICE REGISTERED MAIL

<u>RF120644965US</u>

_____

_____

8

**COUNTER COMPLAINT AGAINST Molly Nivison IN THEIR PERSONAL CAPACITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, ___ Katie Hiatt _____
            DATE                                           NAME OF NOTARY PUBLIC

personally appeared ____ Eric Ramon Buchanan _____ _____.
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.

WITNESS my hand and **official seal**.

_____
SIGNATURE OF NOTARY

KATIE HIATT
Notary Public
State of Washington
Commission # 26018
My Comm. Expires Jan 2, 2029

NOTARY SEAL

My commission expires: ___ 01/02/2029 _____

ATTENTION NOTARY:  Although the information requested below is OPTIONAL, it may
prove valuable to persons relying on this Acknowledgment and could prevent fraudulent
reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Counter  Complaint
Title of Document

UNDER GOD,

CASE#_____

## IN THE UNITED STATES COURT

## DISTRICT OF THE STATE OF IDAHO

U.S. COURTS

MAR 0 4 2025

Rcvd____ Filed____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

### ERIC RAMON BUCHANAN, Sui Juris

**Plaintiff,**

Case No. _____

## COUNTER COMPLAINT AGAINST DESTRY RANDLES IN THEIR

## PERSONAL CAPACITY

### V.

## STATE OF IDAHO; DESTRY RANDLES,

**Defendants.**

## I. INTRODUCTION

Plaintiff **Eric Ramon Buchanan, Sui Juris**, submits this Counter Complaint against

**DESTRY RANDLES**, in their personal capacity, for violations of constitutional rights, federal

and state

1

## COUNTER COMPLAINT AGAINST DESTRY RANDLES IN THEIR PERSONAL

## CAPACITY

UNDER GOD,

CASE#_____

statutory law, and international protections. This Counter Complaint is filed pursuant to the removal of this case to the United States District Court under federal jurisdiction and addresses the personal actions of the Defendant, who acted outside the scope of lawful authority.

## II. UNREBUTTED AND UNCONTROVERTED FACTS

1. **Failure to Qualify for Public Office**

   ○ Defendant **DESTRY RANDLES** failed to comply with **Idaho Code § 59-401**, which mandates:

   > "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

   ○ Additionally, **Idaho Code § 59-406** provides:

   > "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

2

**COUNTER COMPLAINT AGAINST DESTRY RANDLES IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

Defendant failed to meet these requirements, rendering their office vacant and their actions void.

2. **Ultra Vires Actions**

    ○ Defendant acted **ultra vires**, exceeding their legal authority by initiating actions, including **[arresting, detaining, prosecuting, etc.]**_____

_____

_____

_____

_____

, without proper qualification to hold public office. All actions taken were null and void under the law.

3. **Violation of the Fifth Amendment**

    ○ The Fifth Amendment of the United States Constitution states:

        "No person shall ... be deprived of life, liberty, or property, without due process of law."

    ○ Defendant violated Plaintiff's due process rights by unlawfully **[detaining, prosecuting, etc.]**

_____

3

**COUNTER COMPLAINT AGAINST DESTRY RANDLES IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

_____

_____

_____

_____

_____

_____

Plaintiff without legal authority or valid jurisdiction.

4.  **Violation of the Supremacy Clause**

   o   Article VI, Section 2 of the United States Constitution declares:

> "This Constitution, and the Laws of the United States which shall be made
> in Pursuance thereof ... shall be the supreme Law of the Land; and the
> Judges in every State shall be bound thereby, any Thing in the
> Constitution or Laws of any State to the Contrary notwithstanding."

   o   The actions of the Defendant conflict with constitutional mandates and federal
   law, invalidating their conduct under the Supremacy Clause.

5.  **Violation of the Law of Nations**

   o   Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the
   power:

> "To define and punish ... Offenses against the Law of Nations."

4

**COUNTER COMPLAINT AGAINST DESTRY RANDLES IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

○   Defendant's actions constitute arbitrary detention, unlawful seizure, and

deprivation of liberty in violation of the **Law of Nations** and international

protections.

## III. CLAIMS AGAINST DEFENDANT DESTRY RANDLES

### 1. Violation of Due Process (Fifth Amendment)

- Defendant, acting in their personal capacity, deprived Plaintiff of due process by

unlawfully **[detaining, prosecuting, etc.]**

_____

_____

_____

_____

_____

Plaintiff without proper legal authority or jurisdiction.

### 2. Acting from Vacant Office (Idaho Code § 59-406)

- Defendant failed to take the required oaths or file bonds, rendering their office vacant. All

actions taken by them were therefore ultra vires and without legal effect.

5

## COUNTER COMPLAINT AGAINST DESTRY RANDLES IN THEIR

## PERSONAL CAPACITY

UNDER GOD,

CASE#_____

### 3. Arbitrary Detention and Hostage-Taking

- Defendant unlawfully detained Plaintiff in violation of both domestic law and international protections, including the **Law of Nations**. These acts amount to arbitrary detention and, under international standards, hostage-taking.

### 4. Abuse of Authority and Neglect of Ministerial Duties

- Defendant abused their position by failing to adhere to statutory and constitutional requirements. Their actions constitute a neglect of ministerial duties owed to the Plaintiff.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that this Court grant the following relief:

1. **Declaration of Unlawful Actions**
   - Declare that the actions of Defendant **DESTRY RANDLES** were unlawful, arbitrary, and conducted without legal authority.

2. **Injunction Against Further Proceedings**
   - Enjoin Defendant **DESTRY RANDLES** and the State of Idaho from continuing any proceedings related to this matter in state court.

3. **Compensatory Damages**

6

**COUNTER COMPLAINT AGAINST DESTRY RANDLES IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

   o   Award compensatory damages against Defendant **DESTRY RANDLES** in

       their personal capacity for the harm caused by their unlawful actions.

4. **Restoration of Rights**

   o   Restore Plaintiff's constitutional rights and ensure compliance with the rule of

       law.

5. **Recognition of Federal Jurisdiction**

   o   Recognize that jurisdiction over this matter resides exclusively with this Court

       due to the federal constitutional questions and violations of the Supremacy

       Clause.

6. **Any Additional Relief Deemed Necessary**

   o   Provide any additional relief the Court deems appropriate to protect Plaintiff's

       rights and ensure justice is served.


# V. CONCLUSION

The facts presented are clear, unrebutted, and demonstrate that Defendant **DESTRY**

**RANDLES** acted without legal authority, in violation of the U.S. Constitution, Idaho state law,

and international protections. Plaintiff respectfully requests that this Court grant the relief

requested to uphold the rule of law.

Dated: _2-26-2025_

7

**COUNTER COMPLAINT AGAINST DESTRY RANDLES IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

Respectfully submitted,

_Eric Ramon Buchanan, Sui Juris_

10603 E 28TH AVE _____ [Your Address]

SPOKANE WA 99206 _____ [City, State, ZIP Code]

**Certificate of Service**

I hereby certify that on _2-27-2025_____, a true and correct copy of the foregoing

affidavit was served via:

DESTRY RANDLES

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF120644965US

8

**COUNTER COMPLAINT AGAINST DESTRY RANDLES IN THEIR**

**PERSONAL CAPACITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
　　　　DATE　　　　　　　　　　　　　　　　　　NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
　　　　　　　　　　　　　　　　NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

_____
SIGNATURE OF NOTARY

KATIE HIATT
Notary Public
State of Washington
Commission # 20215
My Commission Expires Jan 2, 2029

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Counter complaint
Title of Document

UNDER GOD,

CASE#_____

## IN THE UNITED STATES COURT

## DISTRICT OF THE STATE OF IDAHO

**U.S. COURTS**

**MAR 0 4 2025**

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

Case No. _____

**COUNTER COMPLAINT AGAINST CASEY SIMMONS IN THEIR**

**PERSONAL CAPACITY**

**V.**

**STATE OF IDAHO; CASEY SIMMONS,**

**Defendants.**

## I. INTRODUCTION

Plaintiff **Eric Ramon Buchanan, Sui Juris**, submits this Counter Complaint against **CASEY**

**SIMMONS,** in their personal capacity, for violations of constitutional rights, federal and state

1

**COUNTER COMPLAINT AGAINST CASEY SIMMONS IN THEIR PERSONAL**

**CAPACITY**

UNDER GOD,

CASE#_____

statutory law, and international protections. This Counter Complaint is filed pursuant to the removal of this case to the United States District Court under federal jurisdiction and addresses the personal actions of the Defendant, who acted outside the scope of lawful authority.

## II. UNREBUTTED AND UNCONTROVERTED FACTS

1. **Failure to Qualify for Public Office**

   o  Defendant **CASEY SIMMONS** failed to comply with **Idaho Code § 59-401**, which mandates:

      "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

   o  Additionally, **Idaho Code § 59-406** provides:

      "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

2

## COUNTER COMPLAINT AGAINST CASEY SIMMONS IN THEIR
## PERSONAL CAPACITY

UNDER GOD,

CASE#_____

- ○ Defendant failed to meet these requirements, rendering their office vacant and their actions void.

2. **Ultra Vires Actions**

- ○ Defendant acted **ultra vires**, exceeding their legal authority by initiating actions, including **[arresting, detaining, prosecuting, etc.]**_____

_____

_____

_____

_____

, without proper qualification to hold public office. All actions taken were null and void under the law.

3. **Violation of the Fifth Amendment**

- ○ The Fifth Amendment of the United States Constitution states:

  "No person shall ... be deprived of life, liberty, or property, without due process of law."

- ○ Defendant violated Plaintiff's due process rights by unlawfully **[detaining, prosecuting, etc.]**

_____

3

**COUNTER COMPLAINT AGAINST CASEY SIMMONS IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

_____

_____

_____

_____

_____

_____

Plaintiff without legal authority or valid jurisdiction.

4. **Violation of the Supremacy Clause**

   o   Article VI, Section 2 of the United States Constitution declares:

   > "This Constitution, and the Laws of the United States which shall be made
   > in Pursuance thereof ... shall be the supreme Law of the Land; and the
   > Judges in every State shall be bound thereby, any Thing in the
   > Constitution or Laws of any State to the Contrary notwithstanding."

   o   The actions of the Defendant conflict with constitutional mandates and federal
       law, invalidating their conduct under the Supremacy Clause.

5. **Violation of the Law of Nations**

   o   Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the
       power:

   > "To define and punish ... Offenses against the Law of Nations."

4

**COUNTER COMPLAINT AGAINST CASEY SIMMONS IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

   o  Defendant's actions constitute arbitrary detention, unlawful seizure, and

deprivation of liberty in violation of the **Law of Nations** and international

protections.

# III. CLAIMS AGAINST DEFENDANT CASEY SIMMONS

## 1. Violation of Due Process (Fifth Amendment)

- Defendant, acting in their personal capacity, deprived Plaintiff of due process by

  unlawfully **[detaining, prosecuting, etc.]**

  _____

  _____

  _____

  _____

  _____

  Plaintiff without proper legal authority or jurisdiction.

## 2. Acting from Vacant Office (Idaho Code § 59-406)

- Defendant failed to take the required oaths or file bonds, rendering their office vacant. All

  actions taken by them were therefore ultra vires and without legal effect.

5

**COUNTER COMPLAINT AGAINST CASEY SIMMONS IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

### 3. Arbitrary Detention and Hostage-Taking

- Defendant unlawfully detained Plaintiff in violation of both domestic law and international protections, including the **Law of Nations**. These acts amount to arbitrary detention and, under international standards, hostage-taking.

### 4. Abuse of Authority and Neglect of Ministerial Duties

- Defendant abused their position by failing to adhere to statutory and constitutional requirements. Their actions constitute a neglect of ministerial duties owed to the Plaintiff.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that this Court grant the following relief:

1. **Declaration of Unlawful Actions**
   - Declare that the actions of Defendant **CASEY SIMMONS** were unlawful, arbitrary, and conducted without legal authority.

2. **Injunction Against Further Proceedings**
   - Enjoin Defendant **CASEY SIMMONS** and the State of Idaho from continuing any proceedings related to this matter in state court.

3. **Compensatory Damages**

6

## COUNTER COMPLAINT AGAINST CASEY SIMMONS IN THEIR PERSONAL CAPACITY

UNDER GOD,

CASE#_____

- o  Award compensatory damages against Defendant **CASEY SIMMONS** in their personal capacity for the harm caused by their unlawful actions.

4. **Restoration of Rights**

- o  Restore Plaintiff's constitutional rights and ensure compliance with the rule of law.

5. **Recognition of Federal Jurisdiction**

- o  Recognize that jurisdiction over this matter resides exclusively with this Court due to the federal constitutional questions and violations of the Supremacy Clause.

6. **Any Additional Relief Deemed Necessary**

- o  Provide any additional relief the Court deems appropriate to protect Plaintiff's rights and ensure justice is served.

## V. CONCLUSION

The facts presented are clear, unrebutted, and demonstrate that Defendant **CASEY SIMMONS** acted without legal authority, in violation of the U.S. Constitution, Idaho state law, and international protections. Plaintiff respectfully requests that this Court grant the relief requested to uphold the rule of law.

Dated: _2-26-2025_

7

**COUNTER COMPLAINT AGAINST CASEY SIMMONS IN THEIR**

**PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

Respectfully submitted,

_____

Eric Ramon B_____ Sui Juris

_10603 E 28TH AVE_____ [Your Address]

_SPOKANE WA 99206_____ |City, State, ZIP Code|

**Certificate of Service**

I hereby certify that on _2-27-2025___, a true and correct copy of the foregoing

affidavit was served via:

CASEY SIMMONS

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF120644965US_____

_____

_____

8

**COUNTER COMPLAINT AGAINST CASEY SIMMONS IN THEIR**

**PERSONAL CAPACITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
        DATE                                    NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                 NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 25015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Counter Complaint
Title of Document

UNDER GOD,

CASE#_____

IN THE UNITED STATES COURT

DISTRICT OF THE STATE OF IDAHO

U.S. COURTS

MAR 0 4 2025

ERIC RAMON BUCHANAN, Sui Juris Rcvd____ Filed_____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Plaintiff,

Case No. _____

COUNTER COMPLAINT AGAINST Matthew Sychla IN THEIR PERSONAL

CAPACITY

V.

STATE OF IDAHO; Matthew Sychla,

Defendants.

## I. INTRODUCTION

Plaintiff **Eric Ramon Buchanan, Sui Juris**, submits this Counter Complaint against **Matthew Sychla**, in their personal capacity, for violations of constitutional rights, federal and state

1

COUNTER COMPLAINT AGAINST Matthew Sychla IN THEIR PERSONAL

CAPACITY

UNDER GOD,

CASE#_____

statutory law, and international protections. This Counter Complaint is filed pursuant to the removal of this case to the United States District Court under federal jurisdiction and addresses the personal actions of the Defendant, who acted outside the scope of lawful authority.

## II. UNREBUTTED AND UNCONTROVERTED FACTS

1. **Failure to Qualify for Public Office**

   o   Defendant **Matthew Sychla** failed to comply with **Idaho Code § 59-401**, which mandates:

   > "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

   o   Additionally, **Idaho Code § 59-406** provides:

   > "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

2

**COUNTER COMPLAINT AGAINST Matthew Sychla IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

⟳ Defendant failed to meet these requirements, rendering their office vacant and

their actions void.

2. **Ultra Vires Actions**

⟳ Defendant acted **ultra vires**, exceeding their legal authority by initiating actions,

including **|arresting, detaining, prosecuting,**

**etc.|**_____

_____

_____

_____

_____

_____

, without proper qualification to hold public office. All actions taken were null

and void under the law.

3. **Violation of the Fifth Amendment**

The Fifth Amendment of the United States Constitution states:

"No person shall ... be deprived of life, liberty, or property, without due

process of law."

⟳ Defendant violated Plaintiff's due process rights by unlawfully **|detaining,**

**prosecuting, etc.|**

_____

3

**COUNTER COMPLAINT AGAINST Matthew Sychla IN THEIR PERSONAL**

**CAPACITY**

UNDER GOD,

CASE#_____

_____

_____

_____

_____

_____

_____

Plaintiff without legal authority or valid jurisdiction.

4. **Violation of the Supremacy Clause**

Article VI, Section 2 of the United States Constitution declares:

"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof ... shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

The actions of the Defendant conflict with constitutional mandates and federal law, invalidating their conduct under the Supremacy Clause.

5. **Violation of the Law of Nations**

Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

"To define and punish ... Offenses against the Law of Nations."

4

**COUNTER COMPLAINT AGAINST Matthew Sychla IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

Defendant's actions constitute arbitrary detention, unlawful seizure, and deprivation of liberty in violation of the **Law of Nations** and international protections.

## III. CLAIMS AGAINST DEFENDANT Matthew Sychla

### 1. Violation of Due Process (Fifth Amendment)

- Defendant, acting in their personal capacity, deprived Plaintiff of due process by unlawfully **[detaining, prosecuting, etc.]**

_____

_____

_____

_____

Plaintiff without proper legal authority or jurisdiction.

### 2. Acting from Vacant Office (Idaho Code § 59-406)

- Defendant failed to take the required oaths or file bonds, rendering their office vacant. All actions taken by them were therefore ultra vires and without legal effect.

5

**COUNTER COMPLAINT AGAINST Matthew Sychla IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

## 3. Arbitrary Detention and Hostage-Taking

- Defendant unlawfully detained Plaintiff in violation of both domestic law and international protections, including the **Law of Nations**. These acts amount to arbitrary detention and, under international standards, hostage-taking.

## 4. Abuse of Authority and Neglect of Ministerial Duties

- Defendant abused their position by failing to adhere to statutory and constitutional requirements. Their actions constitute a neglect of ministerial duties owed to the Plaintiff.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that this Court grant the following relief:

1. **Declaration of Unlawful Actions**
   - Declare that the actions of Defendant **Matthew Sychla** were unlawful, arbitrary, and conducted without legal authority.

2. **Injunction Against Further Proceedings**
   - Enjoin Defendant **Matthew Sychla** and the State of Idaho from continuing any proceedings related to this matter in state court.

3. **Compensatory Damages**

6

COUNTER COMPLAINT AGAINST Matthew Sychla IN THEIR PERSONAL

CAPACITY

UNDER GOD,

CASE#_____

      Award compensatory damages against Defendant **Matthew Sychla** in their

personal capacity for the harm caused by their unlawful actions.

4. **Restoration of Rights**

      Restore Plaintiff's constitutional rights and ensure compliance with the rule of

law.

5. **Recognition of Federal Jurisdiction**

      Recognize that jurisdiction over this matter resides exclusively with this Court

due to the federal constitutional questions and violations of the Supremacy

Clause.

6. **Any Additional Relief Deemed Necessary**

      Provide any additional relief the Court deems appropriate to protect Plaintiff's

rights and ensure justice is served.

# V. CONCLUSION

The facts presented are clear, unrebutted, and demonstrate that Defendant **Matthew Sychla** acted

without legal authority, in violation of the U.S. Constitution, Idaho state law, and international

protections. Plaintiff respectfully requests that this Court grant the relief requested to uphold the

rule of law.

Dated: _2-26-2025_

7

**COUNTER COMPLAINT AGAINST Matthew Sychla IN THEIR PERSONAL**

**CAPACITY**

UNDER GOD,

CASE#_____

Respectfully submitted,

_Eric Ramon Buchanan_ (signature)

Eric Ramon Buchanan, Sui Juris

_10603 E 28TH AVE_ [Your Address]

_SPOKANE WA 99206_ [City, State, ZIP Code]

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

Matthew Sychla

Kootenai COUNTY POLICE

3819 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF120644965US_

8

**COUNTER COMPLAINT AGAINST Matthew Sychla IN THEIR PERSONAL**

**CAPACITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____WA_____

County of _____Spokane_____

On ____26 Feb 2025_____ before me, ____Katie Hiatt_____
DATE                   NAME OF NOTARY PUBLIC

personally appeared ____Eric Ramon Buchanan_____.
NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

```
KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029
```

SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ____01/02/2029_____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

_____
Title of Document

UNDER GOD,

CASE#_____

## IN THE UNITED STATES COURT
## DISTRICT OF THE STATE OF IDAHO

**U.S. COURTS**

MAR 0 4 2025

Rcvd____ Filed____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

**Case No. _____**

## COUNTER COMPLAINT AGAINST Casey Ziegler IN THEIR PERSONAL CAPACITY

**V.**

## STATE OF IDAHO; Casey Ziegler,

**Defendants.**

## I. INTRODUCTION

Plaintiff **Eric Ramon Buchanan, Sui Juris**, submits this Counter Complaint against **Casey Ziegler**, in their personal capacity, for violations of constitutional rights, federal and state statutory law, and international protections. This Counter Complaint is filed pursuant to the

1

**COUNTER COMPLAINT AGAINST Casey Ziegler IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

removal of this case to the United States District Court under federal jurisdiction and addresses

the personal actions of the Defendant, who acted outside the scope of lawful authority.

# II. UNREBUTTED AND UNCONTROVERTED FACTS

1. **Failure to Qualify for Public Office**

    Defendant **Casey Ziegler** failed to comply with **Idaho Code § 59-401**, which

    mandates:

    > "Every officer elected or appointed under any law of this state must,
    > before entering upon the duties of his office, take and subscribe an oath or
    > affirmation to support the Constitution of the United States and the
    > Constitution of the state of Idaho."

    Additionally, **Idaho Code § 59-406** provides:

    > "Every office shall become vacant on the happening of any of the
    > following events before the expiration of the term: ... (4) His refusal or
    > neglect to file his official oath or bond within the time prescribed."

    Defendant failed to meet these requirements, rendering their office vacant and

    their actions void.

2. **Ultra Vires Actions**

2

**COUNTER COMPLAINT AGAINST Casey Ziegler IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

Defendant acted **ultra vires**, exceeding their legal authority by initiating actions,

including **[arresting, detaining, prosecuting,**

**etc.]**_____

_____

_____

_____

_____

_____

, without proper qualification to hold public office. All actions taken were null

and void under the law.

3.  **Violation of the Fifth Amendment**

The Fifth Amendment of the United States Constitution states:

"No person shall ... be deprived of life, liberty, or property, without due

process of law."

Defendant violated Plaintiff's due process rights by unlawfully **[detaining,**

**prosecuting, etc.]**

_____

_____

_____

_____

_____

3

**COUNTER COMPLAINT AGAINST Casey Ziegler IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

<br>

Plaintiff without legal authority or valid jurisdiction.

4. **Violation of the Supremacy Clause**

   Article VI, Section 2 of the United States Constitution declares:

   > "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof ... shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

   ○ The actions of the Defendant conflict with constitutional mandates and federal law, invalidating their conduct under the Supremacy Clause.

5. **Violation of the Law of Nations**

   ○ Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

   > "To define and punish ... Offenses against the Law of Nations."

   ○ Defendant's actions constitute arbitrary detention, unlawful seizure, and deprivation of liberty in violation of the **Law of Nations** and international protections.

4

**COUNTER COMPLAINT AGAINST Casey Ziegler IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

## III. CLAIMS AGAINST DEFENDANT Casey Ziegler

### 1. Violation of Due Process (Fifth Amendment)

- Defendant, acting in their personal capacity, deprived Plaintiff of due process by

  unlawfully [detaining, prosecuting, etc.]

  _____

  _____

  _____

  _____

  _____

  Plaintiff without proper legal authority or jurisdiction.

### 2. Acting from Vacant Office (Idaho Code § 59-406)

- Defendant failed to take the required oaths or file bonds, rendering their office vacant. All

  actions taken by them were therefore ultra vires and without legal effect.

### 3. Arbitrary Detention and Hostage-Taking

- Defendant unlawfully detained Plaintiff in violation of both domestic law and

  international protections, including the **Law of Nations**. These acts amount to arbitrary

  detention and, under international standards, hostage-taking.

### 4. Abuse of Authority and Neglect of Ministerial Duties

5

**COUNTER COMPLAINT AGAINST Casey Ziegler IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

- Defendant abused their position by failing to adhere to statutory and constitutional requirements. Their actions constitute a neglect of ministerial duties owed to the Plaintiff.

## IV. RELIEF REQUESTED

Plaintiff respectfully requests that this Court grant the following relief:

1. **Declaration of Unlawful Actions**
   - Declare that the actions of Defendant **Casey Ziegler** were unlawful, arbitrary, and conducted without legal authority.

2. **Injunction Against Further Proceedings**
   - Enjoin Defendant **Casey Ziegler** and the State of Idaho from continuing any proceedings related to this matter in state court.

3. **Compensatory Damages**
   - Award compensatory damages against Defendant **Casey Ziegler** in their personal capacity for the harm caused by their unlawful actions.

4. **Restoration of Rights**
   - Restore Plaintiff's constitutional rights and ensure compliance with the rule of law.

5. **Recognition of Federal Jurisdiction**

6

**COUNTER COMPLAINT AGAINST Casey Ziegler IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

○ Recognize that jurisdiction over this matter resides exclusively with this Court due to the federal constitutional questions and violations of the Supremacy Clause.

6. **Any Additional Relief Deemed Necessary**

○ Provide any additional relief the Court deems appropriate to protect Plaintiff's rights and ensure justice is served.

## V. CONCLUSION

The facts presented are clear, unrebutted, and demonstrate that Defendant **Casey Ziegler** acted without legal authority, in violation of the U.S. Constitution, Idaho state law, and international protections. Plaintiff respectfully requests that this Court grant the relief requested to uphold the rule of law.

Dated: 2-26-2025

Respectfully submitted,

Eric Ramon Buchanan, Sui Juris

10603 E 28TH AVE Spokane WA 99206

7

**COUNTER COMPLAINT AGAINST Casey Ziegler IN THEIR PERSONAL CAPACITY**

UNDER GOD,

CASE#_____

SPOKANE  WA  99206 .

**Certificate of Service**

I hereby certify that on __2-27-2025__ , a true and correct copy of the foregoing

affidavit was served via:

Casey Ziegler

Kootenai COUNTY POLICE

3818 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF120644965US

8

**COUNTER COMPLAINT AGAINST Casey Ziegler IN THEIR PERSONAL CAPACITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On ___30 Jan 2025___ before me, ___Katie Hiatt___
        DATE                                       NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan___
                                   NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official** seal.

> KATIE HIATT
> Notary Public
> State of Washington
> Commission # 26015
> My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029___

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Counter Complaint
            Title of Document