UNDER GOD,

CASE#_____

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

Case No. _____



U.S. COURTS

MAR 0 4 2025

Rcvd____ Filed_____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF

## REMOVAL

## V.

## STATE OF IDAHO; LAMONT C BERECZ,

**Defendants.**

## TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant **Eric Ramon Buchanan, Sui Juris**, respectfully submits this **Memorandum of Points and Authorities** in support of his **Notice of Removal** pursuant to the **United States Constitution, Laws of Nature**, and relevant federal statutes. This Court has a ministerial duty to hear and decide this matter under the rule of law to protect the fundamental constitutional rights

1

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL FOR LAMONT C BERECZ**

UNDER GOD,

CASE#_____

of the Plaintiff, as well as enforce statutory compliance by the State of Idaho and its purported officials.

# I. BASIS FOR REMOVAL

## 1. Ministerial Duty of the Court Under the Rule of Law

The Court is bound by the **rule of law**, which is the cornerstone of justice under both the **Laws of Nature** and the **Constitution of the United States**.

- The judiciary, under Article III, is obligated to resolve cases where federal constitutional rights are violated or at risk.
- In the absence of jurisdiction or legal authority, state officials' actions become void, requiring federal intervention.
- The Supreme Court has declared that courts must decide cases involving breaches of federal law or violations of civil rights, as it is their **ministerial duty** to enforce the rule of law and protect constitutional guarantees.

## 2. Violation of Article IV, Section 4 – Republican Form of Government

The United States Constitution guarantees:

"The United States shall guarantee to every State in this Union a Republican Form of Government..."

2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR LAMONT C BERECZ**

UNDER GOD,

CASE#_____

- The Republican Form of Government mandates lawful governance by duly qualified public officials.
- Actions taken by state actors who have failed to comply with **Idaho Code §§ 59-401 and 59-406** violate this guarantee, as their offices are statutorily vacant, rendering all actions void ab initio.

### 3. Supremacy Clause Violation Under Article VI, Section 2

The Supremacy Clause declares:

"This Constitution, and the Laws of the United States… shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

- Any state law, action, or proceeding that conflicts with constitutional principles or federal statutes is null and void.
- State officials acting without lawful authority have violated the Supremacy Clause and invalidated their jurisdiction over this matter.

### 4. Violation of Fifth Amendment Due Process

The **Fifth Amendment** guarantees:

"No person shall… be deprived of life, liberty, or property, without due process of law."

3

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR LAMONT C BERECZ**

UNDER GOD,

CASE#_____

- The Defendant's fundamental liberty has been infringed without proper jurisdiction, lawful warrant, or procedural safeguards.

- State officials have violated due process protections by acting **ultra vires**, without statutory qualification to hold office or execute duties.

## 5. Ultra Vires Acts Under Idaho Law

State actors have failed to qualify for office, making their positions vacant under Idaho law:

- **Idaho Code § 59-401**:

    "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- **Idaho Code § 59-406**:

    "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- State officials operating from vacant offices acted **ultra vires**, invalidating all actions taken under color of law.

4

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR LAMONT C BERECZ**

UNDER GOD,

CASE#_____

## 6. Federal Question Jurisdiction Under 28 U.S.C. § 1331

This Court has original jurisdiction because the case involves federal constitutional violations:

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

## 7. Civil Rights Removal Under 28 U.S.C. § 1443

Removal is appropriate under **28 U.S.C. § 1443(1):**

"Any of the following civil actions or criminal prosecutions… may be removed… (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights."

Defendant has been denied his due process and equal protection rights, which state courts have failed to recognize or enforce.

# II. SUBPOENA FOR LOWER COURT RECORDS

The Defendant is unable to access state court records due to the failure of state officials to lawfully qualify for office and fulfill their statutory duties. To ensure compliance with constitutional and statutory law, a **subpoena** is attached for this Court to procure necessary records directly from the lower court and relevant state actors.

5

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR LAMONT C BERECZ**

UNDER GOD,

CASE#_____

"Every officer elected or appointed under any law of this state must… take and subscribe an oath or affirmation…" (**Idaho Code § 59-401**)

## III. RELIEF REQUESTED

Defendant respectfully requests that this Court:

1. Assume jurisdiction over this case pursuant to the United States Constitution and **28 U.S.C. §§ 1331** and **1443**.

2. Acknowledge the ministerial duty to decide this case under the rule of law and protect constitutional rights.

3. Issue a subpoena for records directly from the lower court and state officials to verify compliance with statutory and constitutional requirements.

4. Halt all state court proceedings under **28 U.S.C. § 1446(d)**.

5. Declare all actions taken by state officials void as **ultra vires** due to failure to qualify for office.

6. Provide any other relief deemed just and proper to ensure compliance with constitutional law and the Laws of Nature.

## IV. CONCLUSION

The removal of this case is proper, and this Court must assume jurisdiction as required under the U.S. Constitution, federal statutes, and the rule of law. The Defendant's fundamental rights have

6

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL FOR LAMONT C BERECZ**

UNDER GOD,

CASE#_____

been violated by state actors operating beyond their legal authority, necessitating immediate

intervention by this Court.

Dated: **2-26-2025**

Respectfully submitted,

*Eric-Ramon Buchan*

Eric Ramon Buchanan, Sui Juris

*10603 E 28th Spokane Wa 99206-*

## Certificate of Service

I hereby certify that on **2-26-2025**, a true and correct copy of the foregoing

**Memorandum of Points and Authorities** and attached subpoena were served via:

- **United States Postal Service, Certified Mail**

**To:**

**LAMONT C BERECZ**
**Kootenai County Courthouse**
**501 Government Way, Coeur d'Alene ID 83814**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF
REMOVAL
FOR LAMONT C BERECZ**

UNDER GOD,

CASE#_____

_____

**Eric Ramon Buchanan, Sui Juris**

Dated: 2-26-2025

Respectfully submitted,

Eric~Ramon:Buch_____

Eric Ramon Buchanan, Sui Juris

_____

8

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF
REMOVAL
FOR LAMONT C BERECZ**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _____ 26 Feb 2025 _____ before me, _____ Katie Hiatt _____
            DATE                                       NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____ .
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
**State** of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

POINTS OF AUTHORITIES
Title of Document

UNDER GOD,

CASE#_____

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

**U.S. COURTS**

**ERIC RAMON BUCHANAN, Sui Juris**

Plaintiff,

MAR 0 4 2025

Recv'd____ Filed____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. _____

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF

## REMOVAL

V.

## STATE OF IDAHO; JOHN CAFFERTY,

Defendants.

---

## TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant **Eric Ramon Buchanan, Sui Juris**, respectfully submits this **Memorandum of**

**Points and Authorities** in support of his **Notice of Removal** pursuant to the **United States**

**Constitution, Laws of Nature**, and relevant federal statutes. This Court has a ministerial duty to

hear and decide this matter under the rule of law to protect the fundamental constitutional rights

1

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF**
**REMOVAL**
**FOR JOHN CAFFERTY**

UNDER GOD,

CASE#_____

of the Plaintiff, as well as enforce statutory compliance by the State of Idaho and its purported officials.

## I. BASIS FOR REMOVAL

### 1. Ministerial Duty of the Court Under the Rule of Law

The Court is bound by the **rule of law**, which is the cornerstone of justice under both the **Laws of Nature** and the **Constitution of the United States**.

- The judiciary, under Article III, is obligated to resolve cases where federal constitutional rights are violated or at risk.
- In the absence of jurisdiction or legal authority, state officials' actions become void, requiring federal intervention.
- The Supreme Court has declared that courts must decide cases involving breaches of federal law or violations of civil rights, as it is their **ministerial duty** to enforce the rule of law and protect constitutional guarantees.

### 2. Violation of Article IV, Section 4 – Republican Form of Government

The United States Constitution guarantees:

"The United States shall guarantee to every State in this Union a Republican Form of Government..."

2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR JOHN CAFFERTY**

UNDER GOD,

CASE#_____

- The Republican Form of Government mandates lawful governance by duly qualified public officials.

- Actions taken by state actors who have failed to comply with **Idaho Code §§ 59-401 and 59-406** violate this guarantee, as their offices are statutorily vacant, rendering all actions void ab initio.

## 3. Supremacy Clause Violation Under Article VI, Section 2

The Supremacy Clause declares:

"This Constitution, and the Laws of the United States... shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

- Any state law, action, or proceeding that conflicts with constitutional principles or federal statutes is null and void.

- State officials acting without lawful authority have violated the Supremacy Clause and invalidated their jurisdiction over this matter.

## 4. Violation of Fifth Amendment Due Process

The **Fifth Amendment** guarantees:

"No person shall... be deprived of life, liberty, or property, without due process of law."

3

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR JOHN CAFFERTY**

UNDER GOD,

CASE#_____

- The Defendant's fundamental liberty has been infringed without proper jurisdiction, lawful warrant, or procedural safeguards.

- State officials have violated due process protections by acting **ultra vires**, without statutory qualification to hold office or execute duties.

## 5. Ultra Vires Acts Under Idaho Law

State actors have failed to qualify for office, making their positions vacant under Idaho law:

- **Idaho Code § 59-401**:

  "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- **Idaho Code § 59-406**:

  "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- State officials operating from vacant offices acted **ultra vires**, invalidating all actions taken under color of law.

4

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR JOHN CAFFERTY**

UNDER GOD,

CASE#_____

**6. Federal Question Jurisdiction Under 28 U.S.C. § 1331**

This Court has original jurisdiction because the case involves federal constitutional violations:

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

**7. Civil Rights Removal Under 28 U.S.C. § 1443**

Removal is appropriate under **28 U.S.C. § 1443(1)**:

"Any of the following civil actions or criminal prosecutions... may be removed... (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights."

Defendant has been denied his due process and equal protection rights, which state courts have failed to recognize or enforce.

## II. SUBPOENA FOR LOWER COURT RECORDS

The Defendant is unable to access state court records due to the failure of state officials to lawfully qualify for office and fulfill their statutory duties. To ensure compliance with constitutional and statutory law, a **subpoena** is attached for this Court to procure necessary records directly from the lower court and relevant state actors.

5

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR JOHN CAFFERTY**

UNDER GOD,

CASE#_____

"Every officer elected or appointed under any law of this state must... take and subscribe an oath or affirmation..." (**Idaho Code § 59-401**)

## III. RELIEF REQUESTED

Defendant respectfully requests that this Court:

1. Assume jurisdiction over this case pursuant to the United States Constitution and **28 U.S.C. §§ 1331** and **1443**.

2. Acknowledge the ministerial duty to decide this case under the rule of law and protect constitutional rights.

3. Issue a subpoena for records directly from the lower court and state officials to verify compliance with statutory and constitutional requirements.

4. Halt all state court proceedings under **28 U.S.C. § 1446(d)**.

5. Declare all actions taken by state officials void as **ultra vires** due to failure to qualify for office.

6. Provide any other relief deemed just and proper to ensure compliance with constitutional law and the Laws of Nature.

## IV. CONCLUSION

The removal of this case is proper, and this Court must assume jurisdiction as required under the U.S. Constitution, federal statutes, and the rule of law. The Defendant's fundamental rights have

6

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR JOHN CAFFERTY**

UNDER GOD,

CASE#_____

been violated by state actors operating beyond their legal authority, necessitating immediate

intervention by this Court.

Dated: 2-26-2025

Respectfully submitted,

*Eric Ramon Buchanan*

Eric Ramon Buchanan, Sui Juris

*10603 E 28th Spokane Wa 99206*

## Certificate of Service

I hereby certify that on   2-27-2025  , a true and correct copy of the foregoing

**Memorandum of Points and Authorities** and attached subpoena were served via:

- **United States Postal Service, Certified Mail**

**To:**   RF 120 644 965 US

JOHN CAFFERTY
Kootenai County Courthouse
501 Government Way, Coeur d'Alene ID 83814

7

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF
REMOVAL
FOR JOHN CAFFERTY**

UNDER GOD,

CASE#_____

_____

Eric Ramon Buchanan, Sui Juris

Dated: 2-25-2025

Respectfully submitted,

*Eric Ramon Buch*

Eric Ramon Buchanan, Sui Juris

10603 e 28ᵗʰ Spokane Wa 99206

8

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF
REMOVED
FOR JOHN CAFFERTY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
　　　　DATE　　　　　　　　　　　　　　　　　NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
　　　　　　　　　　　　　　　NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Memorandum of Points and Authorities
Title of Document

UNDER GOD,

CASE#_____

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

U.S. COURTS

**ERIC RAMON BUCHANAN, Sui Juris**

MAR 0 4 2025

**Plaintiff,**

Recv'd_____Filed_____ time *Mail*
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. _____

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF

## REMOVAL

## V.

## STATE OF IDAHO; RICH CHRISTENSEN,

**Defendants.**

---

## TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant **Eric Ramon Buchanan, Sui Juris**, respectfully submits this **Memorandum of Points and Authorities** in support of his **Notice of Removal** pursuant to the **United States Constitution, Laws of Nature**, and relevant federal statutes. This Court has a ministerial duty to hear and decide this matter under the rule of law to protect the fundamental constitutional rights

1

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR RICH CHRISTENSEN**

UNDER GOD,

CASE#_____

of the Plaintiff, as well as enforce statutory compliance by the State of Idaho and its purported

officials.

## I. BASIS FOR REMOVAL

**1. Ministerial Duty of the Court Under the Rule of Law**

The Court is bound by the **rule of law**, which is the cornerstone of justice under both the **Laws of Nature** and the **Constitution of the United States**.

- The judiciary, under Article III, is obligated to resolve cases where federal constitutional rights are violated or at risk.
- In the absence of jurisdiction or legal authority, state officials' actions become void, requiring federal intervention.
- The Supreme Court has declared that courts must decide cases involving breaches of federal law or violations of civil rights, as it is their **ministerial duty** to enforce the rule of law and protect constitutional guarantees.

**2. Violation of Article IV, Section 4 – Republican Form of Government**

The United States Constitution guarantees:

"The United States shall guarantee to every State in this Union a Republican Form of Government..."

2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR RICH CHRISTENSEN**

UNDER GOD,

CASE#_____

- The Republican Form of Government mandates lawful governance by duly qualified public officials.
- Actions taken by state actors who have failed to comply with **Idaho Code §§ 59-401 and 59-406** violate this guarantee, as their offices are statutorily vacant, rendering all actions void ab initio.

## 3. Supremacy Clause Violation Under Article VI, Section 2

The Supremacy Clause declares:

"This Constitution, and the Laws of the United States… shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

- Any state law, action, or proceeding that conflicts with constitutional principles or federal statutes is null and void.
- State officials acting without lawful authority have violated the Supremacy Clause and invalidated their jurisdiction over this matter.

## 4. Violation of Fifth Amendment Due Process

The **Fifth Amendment** guarantees:

"No person shall… be deprived of life, liberty, or property, without due process of law."

3

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR RICH CHRISTENSEN**

UNDER GOD,

CASE#_____

- The Defendant's fundamental liberty has been infringed without proper jurisdiction, lawful warrant, or procedural safeguards.

- State officials have violated due process protections by acting **ultra vires**, without statutory qualification to hold office or execute duties.

## 5. Ultra Vires Acts Under Idaho Law

State actors have failed to qualify for office, making their positions vacant under Idaho law:

- **Idaho Code § 59-401**:

    "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- **Idaho Code § 59-406**:

    "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- State officials operating from vacant offices acted **ultra vires**, invalidating all actions taken under color of law.

4

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR RICH CHRISTENSEN**

UNDER GOD,

CASE#_____

**6. Federal Question Jurisdiction Under 28 U.S.C. § 1331**

This Court has original jurisdiction because the case involves federal constitutional violations:

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

**7. Civil Rights Removal Under 28 U.S.C. § 1443**

Removal is appropriate under **28 U.S.C. § 1443(1)**:

"Any of the following civil actions or criminal prosecutions… may be removed… (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights."

Defendant has been denied his due process and equal protection rights, which state courts have failed to recognize or enforce.

## II. SUBPOENA FOR LOWER COURT RECORDS

The Defendant is unable to access state court records due to the failure of state officials to lawfully qualify for office and fulfill their statutory duties. To ensure compliance with constitutional and statutory law, a **subpoena** is attached for this Court to procure necessary records directly from the lower court and relevant state actors.

5

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR RICH CHRISTENSEN**

UNDER GOD,

CASE#_____

"Every officer elected or appointed under any law of this state must… take and subscribe an oath or affirmation…" (**Idaho Code § 59-401**)

## III. RELIEF REQUESTED

Defendant respectfully requests that this Court:

1. Assume jurisdiction over this case pursuant to the United States Constitution and **28 U.S.C. §§ 1331** and **1443**.

2. Acknowledge the ministerial duty to decide this case under the rule of law and protect constitutional rights.

3. Issue a subpoena for records directly from the lower court and state officials to verify compliance with statutory and constitutional requirements.

4. Halt all state court proceedings under **28 U.S.C. § 1446(d)**.

5. Declare all actions taken by state officials void as **ultra vires** due to failure to qualify for office.

6. Provide any other relief deemed just and proper to ensure compliance with constitutional law and the Laws of Nature.

## IV. CONCLUSION

The removal of this case is proper, and this Court must assume jurisdiction as required under the U.S. Constitution, federal statutes, and the rule of law. The Defendant's fundamental rights have

6

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR RICH CHRISTENSEN**

UNDER GOD,

CASE#_____

been violated by state actors operating beyond their legal authority, necessitating immediate

intervention by this Court.

Dated: _2-26-2025_

Respectfully submitted,

_Eric Ramon Buch_

Eric Ramon Buchanan, Sui Juris

_10603 C 28th Spokane Wa 99206_

## Certificate of Service

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

**Memorandum of Points and Authorities** and attached subpoena were served via:

- **United States Postal Service, Certified Mail**

**To:**

**RICH CHRISTENSEN**
**Kootenai County Courthouse**
**501 Government Way, Coeur d'Alene ID 83814**

7

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR RICH CHRISTENSEN**

UNDER GOD,

CASE#_____

_____

Eric Ramon Buchanan, Sui Juris

Dated: 2-26-2025

Respectfully submitted,

Eric Ramon Buchanan, Sui Juris

1060's E 25th Spokane Wa 99206

8

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR RICH CHRISTENSEN**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
      DATE                                      NAME OF NOTARY PUBLIC

personally appeared   Eric Ramon Buchanan _____
                                  NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Memoranden of Points and Authorities
                          Title of Document

UNDER GOD,

CASE#_____

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

ERIC RAMON BUCHANAN, Sui Juris

Plaintiff,



U.S. COURTS

MAR 0 4 2025

Rcvd____ Filed____ Time____
(S)TEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. _____

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF

## REMOVAL

## V.

## STATE OF IDAHO; Mathew Edwards,

## Defendants.

---

## TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant **Eric Ramon Buchanan, Sui Juris**, respectfully submits this **Memorandum of Points and Authorities** in support of his **Notice of Removal** pursuant to the **United States Constitution**, **Laws of Nature**, and relevant federal statutes. This Court has a ministerial duty to hear and decide this matter under the rule of law to protect the fundamental constitutional rights

1

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Mathew Edwards**

UNDER GOD,

CASE#_____

of the Plaintiff, as well as enforce statutory compliance by the State of Idaho and its purported officials.

# I. BASIS FOR REMOVAL

## 1. Ministerial Duty of the Court Under the Rule of Law

The Court is bound by the **rule of law**, which is the cornerstone of justice under both the **Laws of Nature** and the **Constitution of the United States**.

- The judiciary, under Article III, is obligated to resolve cases where federal constitutional rights are violated or at risk.
- In the absence of jurisdiction or legal authority, state officials' actions become void, requiring federal intervention.
- The Supreme Court has declared that courts must decide cases involving breaches of federal law or violations of civil rights, as it is their **ministerial duty** to enforce the rule of law and protect constitutional guarantees.

## 2. Violation of Article IV, Section 4 – Republican Form of Government

The United States Constitution guarantees:

"The United States shall guarantee to every State in this Union a Republican Form of Government..."

2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Mathew Edwards**

UNDER GOD,

CASE#_____

- The Republican Form of Government mandates lawful governance by duly qualified public officials.

- Actions taken by state actors who have failed to comply with **Idaho Code §§ 59-401 and 59-406** violate this guarantee, as their offices are statutorily vacant, rendering all actions void ab initio.

### 3. Supremacy Clause Violation Under Article VI, Section 2

The Supremacy Clause declares:

"This Constitution, and the Laws of the United States… shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

- Any state law, action, or proceeding that conflicts with constitutional principles or federal statutes is null and void.
- State officials acting without lawful authority have violated the Supremacy Clause and invalidated their jurisdiction over this matter.

### 4. Violation of Fifth Amendment Due Process

The **Fifth Amendment** guarantees:

"No person shall… be deprived of life, liberty, or property, without due process of law."

3

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Mathew Edwards**

UNDER GOD,

CASE#_____

- The Defendant's fundamental liberty has been infringed without proper jurisdiction, lawful warrant, or procedural safeguards.

- State officials have violated due process protections by acting **ultra vires**, without statutory qualification to hold office or execute duties.

## 5. Ultra Vires Acts Under Idaho Law

State actors have failed to qualify for office, making their positions vacant under Idaho law:

- **Idaho Code § 59-401**:

    "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- **Idaho Code § 59-406**:

    "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- State officials operating from vacant offices acted **ultra vires**, invalidating all actions taken under color of law.

4

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Mathew Edwards**

UNDER GOD,

CASE#_____

## 6. Federal Question Jurisdiction Under 28 U.S.C. § 1331

This Court has original jurisdiction because the case involves federal constitutional violations:

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

## 7. Civil Rights Removal Under 28 U.S.C. § 1443

Removal is appropriate under **28 U.S.C. § 1443(1)**:

"Any of the following civil actions or criminal prosecutions… may be removed… (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights."

Defendant has been denied his due process and equal protection rights, which state courts have failed to recognize or enforce.

## II. SUBPOENA FOR LOWER COURT RECORDS

The Defendant is unable to access state court records due to the failure of state officials to lawfully qualify for office and fulfill their statutory duties. To ensure compliance with constitutional and statutory law, a **subpoena** is attached for this Court to procure necessary records directly from the lower court and relevant state actors.

5

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Mathew Edwards**

UNDER GOD,

CASE#_____

"Every officer elected or appointed under any law of this state must... take and subscribe an oath or affirmation..." (**Idaho Code § 59-401**)

## III. RELIEF REQUESTED

Defendant respectfully requests that this Court:

1. Assume jurisdiction over this case pursuant to the United States Constitution and **28 U.S.C. §§ 1331** and **1443**.

2. Acknowledge the ministerial duty to decide this case under the rule of law and protect constitutional rights.

3. Issue a subpoena for records directly from the lower court and state officials to verify compliance with statutory and constitutional requirements.

4. Halt all state court proceedings under **28 U.S.C. § 1446(d)**.

5. Declare all actions taken by state officials void as **ultra vires** due to failure to qualify for office.

6. Provide any other relief deemed just and proper to ensure compliance with constitutional law and the Laws of Nature.

## IV. CONCLUSION

The removal of this case is proper, and this Court must assume jurisdiction as required under the U.S. Constitution, federal statutes, and the rule of law. The Defendant's fundamental rights have

6

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Mathew Edwards**

UNDER GOD,

CASE#_____

been violated by state actors operating beyond their legal authority, necessitating immediate

intervention by this Court.

Dated: *2-26-2025*

Respectfully submitted,

*Eric Ramon 'Buch*

Eric Ramon Buchanan, Sui Juris

*10603 E 28th Spokane Wa 99206*

## Certificate of Service

I hereby certify that on *2-27-2025*, a true and correct copy of the foregoing

**Memorandum of Points and Authorities** and attached subpoena were served via:

- **United States Postal Service, Certified Mail**

**To:**

**Mathew Edwards**
**Kootenai COUNTY POLICE**
**3820 N Schreiber Way, Coeur d'Alene ID 83814**

7

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Mathew Edwards**

UNDER GOD,

CASE#_____

_____

Eric Ramon Buchanan, Sui Juris

Dated: 2-26-2025

Respectfully submitted,

Eric Ramon Buchanan, Sui Juris

10603 E 28th Spokane Wa 99206

8

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL FOR Mathew Edwards**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
DATE                                              NAME OF NOTARY PUBLIC

, personally appeared _____ Eric Ramon Buchanan _____
NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Memorandum of Points and Authorities
Title of Document

UNDER GOD,

CASE#_____

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

**U.S. COURTS**

**ERIC RAMON BUCHANAN, Sui Juris**

MAR 04 2025

Plaintiff,

Rcvd____ Filed____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. _____

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL

## V.

## STATE OF IDAHO; Molly Nivison,

### Defendants.

---

## TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant **Eric Ramon Buchanan, Sui Juris**, respectfully submits this **Memorandum of Points and Authorities** in support of his **Notice of Removal** pursuant to the **United States Constitution, Laws of Nature**, and relevant federal statutes. This Court has a ministerial duty to hear and decide this matter under the rule of law to protect the fundamental constitutional rights

1

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Molly Nivison**

UNDER GOD,

CASE#_____

of the Plaintiff, as well as enforce statutory compliance by the State of Idaho and its purported

officials.

# I. BASIS FOR REMOVAL

### 1. Ministerial Duty of the Court Under the Rule of Law

The Court is bound by the **rule of law**, which is the cornerstone of justice under both the **Laws of Nature** and the **Constitution of the United States**.

- The judiciary, under Article III, is obligated to resolve cases where federal constitutional rights are violated or at risk.
- In the absence of jurisdiction or legal authority, state officials' actions become void, requiring federal intervention.
- The Supreme Court has declared that courts must decide cases involving breaches of federal law or violations of civil rights, as it is their **ministerial duty** to enforce the rule of law and protect constitutional guarantees.

### 2. Violation of Article IV, Section 4 – Republican Form of Government

The United States Constitution guarantees:

"The United States shall guarantee to every State in this Union a Republican Form of Government..."

2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR Molly Nivison**

UNDER GOD,

CASE#_____

- The Republican Form of Government mandates lawful governance by duly qualified public officials.

- Actions taken by state actors who have failed to comply with **Idaho Code §§ 59-401 and 59-406** violate this guarantee, as their offices are statutorily vacant, rendering all actions void ab initio.

## 3. Supremacy Clause Violation Under Article VI, Section 2

The Supremacy Clause declares:

"This Constitution, and the Laws of the United States... shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

- Any state law, action, or proceeding that conflicts with constitutional principles or federal statutes is null and void.

- State officials acting without lawful authority have violated the Supremacy Clause and invalidated their jurisdiction over this matter.

## 4. Violation of Fifth Amendment Due Process

The **Fifth Amendment** guarantees:

"No person shall... be deprived of life, liberty, or property, without due process of law."

3

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Molly Nivison**

UNDER GOD,

CASE#_____

- The Defendant's fundamental liberty has been infringed without proper jurisdiction, lawful warrant, or procedural safeguards.

- State officials have violated due process protections by acting **ultra vires**, without statutory qualification to hold office or execute duties.

## 5. Ultra Vires Acts Under Idaho Law

State actors have failed to qualify for office, making their positions vacant under Idaho law:

- **Idaho Code § 59-401**:

    "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- **Idaho Code § 59-406**:

    "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- State officials operating from vacant offices acted **ultra vires**, invalidating all actions taken under color of law.

4

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Molly Nivison**

UNDER GOD,

CASE#_____

**6. Federal Question Jurisdiction Under 28 U.S.C. § 1331**

This Court has original jurisdiction because the case involves federal constitutional violations:

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

**7. Civil Rights Removal Under 28 U.S.C. § 1443**

Removal is appropriate under **28 U.S.C. § 1443(1)**:

"Any of the following civil actions or criminal prosecutions... may be removed... (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights."

Defendant has been denied his due process and equal protection rights, which state courts have failed to recognize or enforce.

## II. SUBPOENA FOR LOWER COURT RECORDS

The Defendant is unable to access state court records due to the failure of state officials to lawfully qualify for office and fulfill their statutory duties. To ensure compliance with constitutional and statutory law, a **subpoena** is attached for this Court to procure necessary records directly from the lower court and relevant state actors.

5

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Molly Nivison**

UNDER GOD,

CASE#_____

"Every officer elected or appointed under any law of this state must... take and subscribe an oath

or affirmation..." (**Idaho Code § 59-401**)

## III. RELIEF REQUESTED

Defendant respectfully requests that this Court:

1. Assume jurisdiction over this case pursuant to the United States Constitution and **28 U.S.C. §§ 1331** and **1443**.

2. Acknowledge the ministerial duty to decide this case under the rule of law and protect constitutional rights.

3. Issue a subpoena for records directly from the lower court and state officials to verify compliance with statutory and constitutional requirements.

4. Halt all state court proceedings under **28 U.S.C. § 1446(d)**.

5. Declare all actions taken by state officials void as **ultra vires** due to failure to qualify for office.

6. Provide any other relief deemed just and proper to ensure compliance with constitutional law and the Laws of Nature.

## IV. CONCLUSION

The removal of this case is proper, and this Court must assume jurisdiction as required under the

U.S. Constitution, federal statutes, and the rule of law. The Defendant's fundamental rights have

6

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Molly Nivison**

UNDER GOD,

CASE#_____

been violated by state actors operating beyond their legal authority, necessitating immediate

intervention by this Court.

Dated: 2-26-2025

Respectfully submitted,

*Eric Ramon Buchanan*

Eric Ramon Buchanan, Sui Juris

10603 E 28th Spokane Wa 99206 -

## Certificate of Service

I hereby certify that on 2-27-2025 , a true and correct copy of the foregoing

**Memorandum of Points and Authorities** and attached subpoena were served via:

- **United States Postal Service, Certified Mail**

RF120 644 965 US

**To:**

Molly Nivison
Kootenai County Courthouse
501 Government Way, Coeur d'Alene ID 83814

7

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR Molly Nivison**

UNDER GOD,

CASE#_____

_____

Eric Ramon Buchanan, Sui Juris

Dated: 2-26 2025

Respectfully submitted,

*Eric Ramon Buch*

Eric Ramon Buchanan, Sui Juris

10603 C 28th Spokane WA 99206

8

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF
REMOVAL
FOR Molly Nivison**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA

County of _____ Spokane

On 30 Jan 2025 _____ before me, _____ Katie Hiatt
   DATE                                    NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

```
KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029
```

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029

ATTENTION NOTARY:  Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Memorandum of Points and Authorities
Title of Document

UNDER GOD,

CASE#_____

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

**U.S. COURTS**

ERIC RAMON BUCHANAN, Sui Juris

MAR 0 4 2025

Plaintiff,

Rcvd_____Filed_____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. _____



## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL

### V.

### STATE OF IDAHO; DESTRY RANDLES,

Defendants.

---

## TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant **Eric Ramon Buchanan, Sui Juris**, respectfully submits this **Memorandum of Points and Authorities** in support of his **Notice of Removal** pursuant to the **United States Constitution**, **Laws of Nature**, and relevant federal statutes. This Court has a ministerial duty to hear and decide this matter under the rule of law to protect the fundamental constitutional rights

1

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR DESTRY RANDLES**

UNDER GOD,

CASE#_____

of the Plaintiff, as well as enforce statutory compliance by the State of Idaho and its purported

officials.

# I. BASIS FOR REMOVAL

### 1. Ministerial Duty of the Court Under the Rule of Law

The Court is bound by the **rule of law**, which is the cornerstone of justice under both the **Laws of Nature** and the **Constitution of the United States**.

- The judiciary, under Article III, is obligated to resolve cases where federal constitutional rights are violated or at risk.
- In the absence of jurisdiction or legal authority, state officials' actions become void, requiring federal intervention.
- The Supreme Court has declared that courts must decide cases involving breaches of federal law or violations of civil rights, as it is their **ministerial duty** to enforce the rule of law and protect constitutional guarantees.

### 2. Violation of Article IV, Section 4 – Republican Form of Government

The United States Constitution guarantees:

"The United States shall guarantee to every State in this Union a Republican Form of Government..."

2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR DESTRY RANDLES**

UNDER GOD,

CASE#_____

- The Republican Form of Government mandates lawful governance by duly qualified public officials.
- Actions taken by state actors who have failed to comply with **Idaho Code §§ 59-401 and 59-406** violate this guarantee, as their offices are statutorily vacant, rendering all actions void ab initio.

### 3. Supremacy Clause Violation Under Article VI, Section 2

The Supremacy Clause declares:

"This Constitution, and the Laws of the United States… shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

- Any state law, action, or proceeding that conflicts with constitutional principles or federal statutes is null and void.
- State officials acting without lawful authority have violated the Supremacy Clause and invalidated their jurisdiction over this matter.

### 4. Violation of Fifth Amendment Due Process

The **Fifth Amendment** guarantees:

"No person shall… be deprived of life, liberty, or property, without due process of law."

3

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR DESTRY RANDLES**

UNDER GOD,

CASE#_____

- The Defendant's fundamental liberty has been infringed without proper jurisdiction, lawful warrant, or procedural safeguards.

- State officials have violated due process protections by acting **ultra vires**, without statutory qualification to hold office or execute duties.

## 5. Ultra Vires Acts Under Idaho Law

State actors have failed to qualify for office, making their positions vacant under Idaho law:

- **Idaho Code § 59-401**:

    "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- **Idaho Code § 59-406**:

    "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- State officials operating from vacant offices acted **ultra vires**, invalidating all actions taken under color of law.

4

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL FOR DESTRY RANDLES**

UNDER GOD,

CASE#_____

## 6. Federal Question Jurisdiction Under 28 U.S.C. § 1331

This Court has original jurisdiction because the case involves federal constitutional violations:

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

## 7. Civil Rights Removal Under 28 U.S.C. § 1443

Removal is appropriate under **28 U.S.C. § 1443(1)**:

"Any of the following civil actions or criminal prosecutions… may be removed… (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights."

Defendant has been denied his due process and equal protection rights, which state courts have failed to recognize or enforce.

## II. SUBPOENA FOR LOWER COURT RECORDS

The Defendant is unable to access state court records due to the failure of state officials to lawfully qualify for office and fulfill their statutory duties. To ensure compliance with constitutional and statutory law, a **subpoena** is attached for this Court to procure necessary records directly from the lower court and relevant state actors.

5

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVED**
**FOR DESTRY RANDLES**

UNDER GOD,

CASE#_____

"Every officer elected or appointed under any law of this state must… take and subscribe an oath or affirmation…" (**Idaho Code § 59-401**)

## III. RELIEF REQUESTED

Defendant respectfully requests that this Court:

1. Assume jurisdiction over this case pursuant to the United States Constitution and **28 U.S.C. §§ 1331** and **1443**.

2. Acknowledge the ministerial duty to decide this case under the rule of law and protect constitutional rights.

3. Issue a subpoena for records directly from the lower court and state officials to verify compliance with statutory and constitutional requirements.

4. Halt all state court proceedings under **28 U.S.C. § 1446(d)**.

5. Declare all actions taken by state officials void as **ultra vires** due to failure to qualify for office.

6. Provide any other relief deemed just and proper to ensure compliance with constitutional law and the Laws of Nature.

## IV. CONCLUSION

The removal of this case is proper, and this Court must assume jurisdiction as required under the U.S. Constitution, federal statutes, and the rule of law. The Defendant's fundamental rights have

6

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR DESTRY RANDLES**

UNDER GOD,

CASE#_____

been violated by state actors operating beyond their legal authority, necessitating immediate

intervention by this Court.

Dated: *2-26-2025*

Respectfully submitted,

*Eric Ramon Buchanan*

Eric Ramon Buchanan, Sui Juris

*10603 E 28th Spokane Wa 99206 -*

## Certificate of Service

I hereby certify that on *2-27-2025* , a true and correct copy of the foregoing

**Memorandum of Points and Authorities** and attached subpoena were served via:

- **United States Postal Service, Certified Mail**

*RF 120 644 965 US*

**To:**

**DESTRY RANDLES**
**Kootenai County Courthouse**
**501 Government Way, Coeur d'Alene ID 83814**

7

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF
REMOVAL
FOR DESTRY RANDLES**

UNDER GOD,

CASE#_____

_____

**Eric Ramon Buchanan, Sui Juris**

Dated: 2-26-2025

Respectfully submitted,

_Eric Ramon Buchanan_

**Eric Ramon Buchanan, Sui Juris**

10603 C 28th Spokane Wa 99206

8

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF
REMOVAL
FOR DESTRY RANDLES**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
       DATE                                     NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                          NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: __ 01/02/2029 __

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Memorandum of Points and Authorities
                        Title of Document

UNDER GOD,

CASE#_____

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**



**U.S. COURTS**

MAR 0 4 2025

Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. _____

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL

**V.**

### STATE OF IDAHO; CASEY SIMMONS,

**Defendants.**

------------------------------------------------------------

## TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant **Eric Ramon Buchanan, Sui Juris**, respectfully submits this **Memorandum of Points and Authorities** in support of his **Notice of Removal** pursuant to the **United States Constitution, Laws of Nature**, and relevant federal statutes. This Court has a ministerial duty to hear and decide this matter under the rule of law to protect the fundamental constitutional rights

1

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR CASEY SIMMONS**

UNDER GOD,

CASE#_____

of the Plaintiff, as well as enforce statutory compliance by the State of Idaho and its purported officials.

## I. BASIS FOR REMOVAL

### 1. Ministerial Duty of the Court Under the Rule of Law

The Court is bound by the **rule of law**, which is the cornerstone of justice under both the **Laws of Nature** and the **Constitution of the United States.**

- The judiciary, under Article III, is obligated to resolve cases where federal constitutional rights are violated or at risk.
- In the absence of jurisdiction or legal authority, state officials' actions become void, requiring federal intervention.
- The Supreme Court has declared that courts must decide cases involving breaches of federal law or violations of civil rights, as it is their **ministerial duty** to enforce the rule of law and protect constitutional guarantees.

### 2. Violation of Article 1V, Section 4 – Republican Form of Government

The United States Constitution guarantees:

"The United States shall guarantee to every State in this Union a Republican Form of Government..."

2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL FOR CASEY SIMMONS**

UNDER GOD,

CASE#_____

- The Republican Form of Government mandates lawful governance by duly qualified public officials.

- Actions taken by state actors who have failed to comply with **Idaho Code §§ 59-401 and 59-406** violate this guarantee, as their offices are statutorily vacant, rendering all actions void ab initio.

## 3. Supremacy Clause Violation Under Article VI, Section 2

The Supremacy Clause declares:

"This Constitution, and the Laws of the United States... shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

- Any state law, action, or proceeding that conflicts with constitutional principles or federal statutes is null and void.
- State officials acting without lawful authority have violated the Supremacy Clause and invalidated their jurisdiction over this matter.

## 4. Violation of Fifth Amendment Due Process

The **Fifth Amendment** guarantees:

"No person shall... be deprived of life, liberty, or property, without due process of law."

3

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR CASEY SIMMONS**

UNDER GOD,

CASE#_____

- The Defendant's fundamental liberty has been infringed without proper jurisdiction, lawful warrant, or procedural safeguards.

- State officials have violated due process protections by acting **ultra vires**, without statutory qualification to hold office or execute duties.

## 5. Ultra Vires Acts Under Idaho Law

State actors have failed to qualify for office, making their positions vacant under Idaho law:

- **Idaho Code § 59-401**:

  "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- **Idaho Code § 59-406**:

  "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- State officials operating from vacant offices acted **ultra vires**, invalidating all actions taken under color of law.

4

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR CASEY SIMMONS**

UNDER GOD,

CASE#_____

**6. Federal Question Jurisdiction Under 28 U.S.C. § 1331**

This Court has original jurisdiction because the case involves federal constitutional violations:

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

**7. Civil Rights Removal Under 28 U.S.C. § 1443**

Removal is appropriate under **28 U.S.C. § 1443(1)**:

"Any of the following civil actions or criminal prosecutions... may be removed... (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights."

Defendant has been denied his due process and equal protection rights, which state courts have failed to recognize or enforce.

## II. SUBPOENA FOR LOWER COURT RECORDS

The Defendant is unable to access state court records due to the failure of state officials to lawfully qualify for office and fulfill their statutory duties. To ensure compliance with constitutional and statutory law, a **subpoena** is attached for this Court to procure necessary records directly from the lower court and relevant state actors.

5

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR CASEY SIMMONS**

UNDER GOD,

CASE#_____

"Every officer elected or appointed under any law of this state must... take and subscribe an oath or affirmation..." (**Idaho Code § 59-401**)

## III. RELIEF REQUESTED

Defendant respectfully requests that this Court:

1. Assume jurisdiction over this case pursuant to the United States Constitution and **28 U.S.C. §§ 1331** and **1443**.

2. Acknowledge the ministerial duty to decide this case under the rule of law and protect constitutional rights.

3. Issue a subpoena for records directly from the lower court and state officials to verify compliance with statutory and constitutional requirements.

4. Halt all state court proceedings under **28 U.S.C. § 1446(d)**.

5. Declare all actions taken by state officials void as **ultra vires** due to failure to qualify for office.

6. Provide any other relief deemed just and proper to ensure compliance with constitutional law and the Laws of Nature.

## IV. CONCLUSION

The removal of this case is proper, and this Court must assume jurisdiction as required under the U.S. Constitution, federal statutes, and the rule of law. The Defendant's fundamental rights have

6

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR CASEY SIMMONS**

UNDER GOD,

CASE#_____

been violated by state actors operating beyond their legal authority, necessitating immediate

intervention by this Court.

Dated: 2-26-2025

Respectfully submitted,

*Eric Ram Bush*

Eric Ramon Buchanan, Sui Juris

[Your Address] 10603 E 28th Spokane Wa 99206-

## Certificate of Service

I hereby certify that on  2-27-2025  , a true and correct copy of the foregoing

**Memorandum of Points and Authorities** and attached subpoena were served via:

- **United States Postal Service, Certified Mail**

RF 120 644 965 US

**To:**

**CASEY SIMMONS**
**Kootenai County Courthouse**
**501 Government Way, Coeur d'Alene ID 83814**

7

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR CASEY SIMMONS**

UNDER GOD,

CASE#_____

_____

Eric Ramon Buchanan, Sui Juris

Dated: 2-26-2025

Respectfully submitted,

_Eric Ramon Buchanan_

Eric Ramon Buchanan, Sui Juris

10603 E 28th Spokane Wa 99206

8

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF
REMOVAL
FOR CASEY SIMMONS**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA

County of _____ Spokane

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
DATE                                                    NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Memorandum of Points and Authorities
Title of Document

UNDER GOD,

CASE#_____

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

Case No. _____



U.S. COURTS

MAR 0 4 2025

Rcvd ____ Filed ____ Time ____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF

## REMOVAL

## V.

**STATE OF IDAHO; Matthew Sychla,**

**Defendants.**

---

## TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant **Eric Ramon Buchanan, Sui Juris**, respectfully submits this **Memorandum of Points and Authorities** in support of his **Notice of Removal** pursuant to the **United States Constitution**, **Laws of Nature**, and relevant federal statutes. This Court has a ministerial duty to hear and decide this matter under the rule of law to protect the fundamental constitutional rights

1

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF**
**REMOVAL**
**FOR Matthew Sychla**

UNDER GOD,

CASE#_____

of the Plaintiff, as well as enforce statutory compliance by the State of Idaho and its purported

officials.

## I. BASIS FOR REMOVAL

### 1. Ministerial Duty of the Court Under the Rule of Law

The Court is bound by the **rule of law**, which is the cornerstone of justice under both the **Laws of Nature** and the **Constitution of the United States**.

- The judiciary, under Article III, is obligated to resolve cases where federal constitutional rights are violated or at risk.
- In the absence of jurisdiction or legal authority, state officials' actions become void, requiring federal intervention.
- The Supreme Court has declared that courts must decide cases involving breaches of federal law or violations of civil rights, as it is their **ministerial duty** to enforce the rule of law and protect constitutional guarantees.

### 2. Violation of Article IV, Section 4 – Republican Form of Government

The United States Constitution guarantees:

"The United States shall guarantee to every State in this Union a Republican Form of Government..."

2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Matthew Sychla**

UNDER GOD,

CASE#_____

- The Republican Form of Government mandates lawful governance by duly qualified public officials.

- Actions taken by state actors who have failed to comply with **Idaho Code §§ 59-401 and 59-406** violate this guarantee, as their offices are statutorily vacant, rendering all actions void ab initio.

## 3. Supremacy Clause Violation Under Article VI, Section 2

The Supremacy Clause declares:

"This Constitution, and the Laws of the United States… shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

- Any state law, action, or proceeding that conflicts with constitutional principles or federal statutes is null and void.

- State officials acting without lawful authority have violated the Supremacy Clause and invalidated their jurisdiction over this matter.

## 4. Violation of Fifth Amendment Due Process

The **Fifth Amendment** guarantees:

"No person shall… be deprived of life, liberty, or property, without due process of law."

3

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Matthew Sychla**

UNDER GOD,

CASE#_____

- The Defendant's fundamental liberty has been infringed without proper jurisdiction, lawful warrant, or procedural safeguards.

- State officials have violated due process protections by acting **ultra vires**, without statutory qualification to hold office or execute duties.

## 5. Ultra Vires Acts Under Idaho Law

State actors have failed to qualify for office, making their positions vacant under Idaho law:

- **Idaho Code § 59-401**:

  "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- **Idaho Code § 59-406**:

  "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- State officials operating from vacant offices acted **ultra vires**, invalidating all actions taken under color of law.

4

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Matthew Sychla**

UNDER GOD,

CASE#_____

### 6. Federal Question Jurisdiction Under 28 U.S.C. § 1331

This Court has original jurisdiction because the case involves federal constitutional violations:

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

### 7. Civil Rights Removal Under 28 U.S.C. § 1443

Removal is appropriate under **28 U.S.C. § 1443(1)**:

"Any of the following civil actions or criminal prosecutions... may be removed... (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights."

Defendant has been denied his due process and equal protection rights, which state courts have failed to recognize or enforce.

## II. SUBPOENA FOR LOWER COURT RECORDS

The Defendant is unable to access state court records due to the failure of state officials to lawfully qualify for office and fulfill their statutory duties. To ensure compliance with constitutional and statutory law, a **subpoena** is attached for this Court to procure necessary records directly from the lower court and relevant state actors.

5

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Matthew Sychla**

UNDER GOD,

CASE#_____

"Every officer elected or appointed under any law of this state must... take and subscribe an oath or affirmation..." (**Idaho Code § 59-401**)

## III. RELIEF REQUESTED

Defendant respectfully requests that this Court:

1. Assume jurisdiction over this case pursuant to the United States Constitution and **28 U.S.C. §§ 1331** and **1443**.

2. Acknowledge the ministerial duty to decide this case under the rule of law and protect constitutional rights.

3. Issue a subpoena for records directly from the lower court and state officials to verify compliance with statutory and constitutional requirements.

4. Halt all state court proceedings under **28 U.S.C. § 1446(d)**.

5. Declare all actions taken by state officials void as **ultra vires** due to failure to qualify for office.

6. Provide any other relief deemed just and proper to ensure compliance with constitutional law and the Laws of Nature.

## IV. CONCLUSION

The removal of this case is proper, and this Court must assume jurisdiction as required under the U.S. Constitution, federal statutes, and the rule of law. The Defendant's fundamental rights have

6

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Matthew Sychla**

UNDER GOD,

CASE#_____

been violated by state actors operating beyond their legal authority, necessitating immediate

intervention by this Court.

Dated: _2-26-2025_

Respectfully submitted,

_Eric Ramon Buchan_

Eric Ramon Buchanan, Sui Juris

_10603 E 28th Spokane Wa 99206 -_

## Certificate of Service

I hereby certify that on _____, a true and correct copy of the foregoing

**Memorandum of Points and Authorities** and attached subpoena were served via:

- **United States Postal Service, Certified Mail**

_RF 120644965_

**To:**

Matthew Sychla
Kootenai COUNTY POLICE
3819 N Schreiber Way, Coeur d'Alene ID 83814

7

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF
REMOVAL
FOR Matthew Sychla**

UNDER GOD,

CASE#_____

_____

Eric Ramon Buchanan, Sui Juris

Dated: 2-26-2025

Respectfully submitted,

Eric Ramon Buchanan, Sui Juris

10603 E 28th Spokane Wa 99206

8

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL FOR Matthew Sychla**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____WA_____

County of _____Spokane_____

On __30 Jan 2025_____ before me, ____Katie Hiatt_____
      DATE                                        NAME OF NOTARY PUBLIC

personally appeared ____Eric Ramon Buchanan_____
                                      NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ____01/02/2029____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Memorandum of Points and Authorities
              Title of Document

UNDER GOD,

CASE#_____

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO



**U.S. COURTS**

MAR 04 2025

Rcvd____ Filed____ Time mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

### ERIC RAMON BUCHANAN, Sui Juris

Plaintiff,

Case No. _____

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF

### REMOVAL

### V.

### STATE OF IDAHO; Casey Ziegler,

Defendants.

---

## TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant **Eric Ramon Buchanan, Sui Juris**, respectfully submits this **Memorandum of Points and Authorities** in support of his **Notice of Removal** pursuant to the **United States Constitution**, **Laws of Nature**, and relevant federal statutes. This Court has a ministerial duty to hear and decide this matter under the rule of law to protect the fundamental constitutional rights

1

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Casey Ziegler**

UNDER GOD,

CASE#_____

of the Plaintiff, as well as enforce statutory compliance by the State of Idaho and its purported officials.

# I. BASIS FOR REMOVAL

## 1. Ministerial Duty of the Court Under the Rule of Law

The Court is bound by the **rule of law**, which is the cornerstone of justice under both the **Laws of Nature** and the **Constitution of the United States**.

- The judiciary, under Article III, is obligated to resolve cases where federal constitutional rights are violated or at risk.
- In the absence of jurisdiction or legal authority, state officials' actions become void, requiring federal intervention.
- The Supreme Court has declared that courts must decide cases involving breaches of federal law or violations of civil rights, as it is their **ministerial duty** to enforce the rule of law and protect constitutional guarantees.

## 2. Violation of Article IV, Section 4 – Republican Form of Government

The United States Constitution guarantees:

"The United States shall guarantee to every State in this Union a Republican Form of Government..."

2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Casey Ziegler**

UNDER GOD,

CASE#_____

- The Republican Form of Government mandates lawful governance by duly qualified public officials.

- Actions taken by state actors who have failed to comply with **Idaho Code §§ 59-401 and 59-406** violate this guarantee, as their offices are statutorily vacant, rendering all actions void ab initio.

### 3. Supremacy Clause Violation Under Article VI, Section 2

The Supremacy Clause declares:

"This Constitution, and the Laws of the United States… shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

- Any state law, action, or proceeding that conflicts with constitutional principles or federal statutes is null and void.
- State officials acting without lawful authority have violated the Supremacy Clause and invalidated their jurisdiction over this matter.

### 4. Violation of Fifth Amendment Due Process

The **Fifth Amendment** guarantees:

"No person shall… be deprived of life, liberty, or property, without due process of law."

3

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Casey Ziegler**

UNDER GOD,

CASE#_____

- The Defendant's fundamental liberty has been infringed without proper jurisdiction, lawful warrant, or procedural safeguards.

- State officials have violated due process protections by acting **ultra vires**, without statutory qualification to hold office or execute duties.

## 5. Ultra Vires Acts Under Idaho Law

State actors have failed to qualify for office, making their positions vacant under Idaho law:

- **Idaho Code § 59-401**:

    "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- **Idaho Code § 59-406**:

    "Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- State officials operating from vacant offices acted **ultra vires**, invalidating all actions taken under color of law.

4

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR Casey Ziegler**

UNDER GOD,

CASE#_____

## 6. Federal Question Jurisdiction Under 28 U.S.C. § 1331

This Court has original jurisdiction because the case involves federal constitutional violations:

"The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

## 7. Civil Rights Removal Under 28 U.S.C. § 1443

Removal is appropriate under **28 U.S.C. § 1443(1)**:

"Any of the following civil actions or criminal prosecutions... may be removed... (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights."

Defendant has been denied his due process and equal protection rights, which state courts have failed to recognize or enforce.

## II. SUBPOENA FOR LOWER COURT RECORDS

The Defendant is unable to access state court records due to the failure of state officials to lawfully qualify for office and fulfill their statutory duties. To ensure compliance with constitutional and statutory law, a **subpoena** is attached for this Court to procure necessary records directly from the lower court and relevant state actors.

5

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL**
**FOR Casey Ziegler**

UNDER GOD,

CASE#_____

"Every officer elected or appointed under any law of this state must... take and subscribe an oath or affirmation..." (**Idaho Code § 59-401**)

## III. RELIEF REQUESTED

Defendant respectfully requests that this Court:

1. Assume jurisdiction over this case pursuant to the United States Constitution and **28 U.S.C. §§ 1331** and **1443**.
2. Acknowledge the ministerial duty to decide this case under the rule of law and protect constitutional rights.
3. Issue a subpoena for records directly from the lower court and state officials to verify compliance with statutory and constitutional requirements.
4. Halt all state court proceedings under **28 U.S.C. § 1446(d)**.
5. Declare all actions taken by state officials void as **ultra vires** due to failure to qualify for office.
6. Provide any other relief deemed just and proper to ensure compliance with constitutional law and the Laws of Nature.

## IV. CONCLUSION

The removal of this case is proper, and this Court must assume jurisdiction as required under the U.S. Constitution, federal statutes, and the rule of law. The Defendant's fundamental rights have

6

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF REMOVAL
FOR Casey Ziegler**

UNDER GOD,

CASE#_____

been violated by state actors operating beyond their legal authority, necessitating immediate

intervention by this Court.

Dated: 2-26-2025

Respectfully submitted,

*[signature]*

Eric Ramon Buchanan, Sui Juris

10603 E 28th Spokane Wa 99206-

## Certificate of Service

I hereby certify that on 2-27-2025 , a true and correct copy of the foregoing

**Memorandum of Points and Authorities** and attached subpoena were served via:

- **United States Postal Service, Certified Mail**

To:

Casey Ziegler
Kootenai COUNTY POLICE
3818 N Schreiber Way, Coeur d'Alene ID 83814

7

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF
REMOVAL
FOR Casey Ziegler**

UNDER GOD,

CASE#_____

_____

Eric Ramon Buchanan, Sui Juris

Dated: 2-26-2025

Respectfully submitted,

_Eric Ramon Buchanan_

Eric Ramon Buchanan, Sui Juris

10603 E 28th Spokane Wa 99206

8

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF
REMOVAL
FOR Casey Ziegler**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _30 Jan 2025_ _____ before me, _Katie Hiatt_ _____
       DATE                                               NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                      NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _01/02/2029_

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Memorandum of Points and Authorities
Title of Document