UNDER GOD,

CASE#____________________
**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

**Case No. ____________________**

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO LAMONT C BERECZ**

**V.**

**STATE OF IDAHO; LAMONT C BERECZ ,**

**both in persona capacity, Defendants.**

## TO: LAMONT C BERECZ

**Kootenai County Courthouse**

**501 Government Way, Coeur d'Alene ID 83814**

A **Counter Complaint** has been filed against you by Plaintiff, **Eric Ramon Buchanan, Sui Juris**, in the context of a criminal case removed to the United States District Court for the District of Idaho. You are hereby summoned and required to answer the allegations set forth in the Counter Complaint within **21 days** of being served with this summons.

UNDER GOD,

CASE#______________________

Your response must be served upon the Plaintiff at the address provided below:

**Eric Ramon Buchanan, Sui Juris**

10603 E 28th Ave

Spokane Valley Wa 99206

Failure to respond within the time specified may result in default judgment being entered against you for the relief demanded in the Counter Complaint.

You are further required to file your response with the Clerk of the United States District Court at the following address:

**United States District Court**

**For the District of Idaho**

6450 N Mineral Drive

Coeur d'Alene ID 83815

**Issued by the Clerk of Court**

UNDER GOD,

CASE#______________________

This summons is issued pursuant to Rule 4 and Rule 5 of the Federal Rules of Civil Procedure.

**Date:** 2-26-2025

Clerk of Court

By: ______________________________

Deputy Clerk

## Proof of Service

I hereby certify that I served the summons and a copy of the Counter Complaint on

**LAMONT C BERECZ** by:

**Mailing via the United States Postal Service by registered mail. To this address:**

RF 120 644 965 US

**Kootenai County Courthouse**
**501 Government Way, Coeur d'Alene ID 83814**

**Date of Service:** ______________

**Signature of Server:** ______________________

**Name of Server:** ______________________

**Address of Server:** ______________________

# ALL-PURPOSE ACKNOWLEDGMENT

State of WA

County of Spokane

On 26 Feb 2025 (DATE) before me, Katie Hiatt (NAME OF NOTARY PUBLIC)

personally appeared Eric Ramon Buchanan (NAME OF SIGNERS(S)).

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
**State** of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

Katie Hiatt
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: 01/02/2029

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

COUNTER COMPLAINT
Title of Document



UNDER GOD,

CASE#________________________

**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

**Case No.** ________________________

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO JOHN CAFFERTY**

**V.**

**STATE OF IDAHO; JOHN CAFFERTY ,**

**both in persona capacity, Defendants.**

---

**TO: JOHN CAFFERTY**

**Kootenai County Courthouse**

**501 Government Way, Coeur d'Alene ID 83814**

---

A **Counter Complaint** has been filed against you by Plaintiff, **Eric Ramon Buchanan, Sui Juris**, in the context of a criminal case removed to the United States District Court for the District of Idaho. You are hereby summoned and required to answer the allegations set forth in the Counter Complaint within **21 days** of being served with this summons.

UNDER GOD,

CASE#______________________

Your response must be served upon the Plaintiff at the address provided below:

**Eric Ramon Buchanan, Sui Juris**

[signature]

10603 E 28TH AVE

SPOKANE WA 99206

Failure to respond within the time specified may result in default judgment being entered against you for the relief demanded in the Counter Complaint.

You are further required to file your response with the Clerk of the United States District Court at the following address:

**United States District Court**

**For the District of Idaho**

6450 N MINERAL

COEUR D'ALENE ID 83815

---

**Issued by the Clerk of Court**

UNDER GOD,

CASE#______________________

This summons is issued pursuant to Rule 4 and Rule 5 of the Federal Rules of Civil Procedure.

**Date:** 2-26-2025

Clerk of Court

By: ______________________

Deputy Clerk

## Proof of Service

I hereby certify that I served the summons and a copy of the Counter Complaint on

**JOHN CAFFERTY** by:

**Mailing via the United States Postal Service by registered mail. To this address:**

RF 120 644 974 US

**Kootenai County Courthouse**
**501 Government Way, Coeur d'Alene ID 83814**

**Date of Service:** ______________

**Signature of Server:** ______________________

**Name of Server:** ______________________

**Address of Server:** ______________________

# ALL-PURPOSE ACKNOWLEDGMENT

State of WA

County of Spokane

On 30 Jan 2025 before me, Katie Hiatt
DATE NAME OF NOTARY PUBLIC

personally appeared Eric Ramon Buchanan.
NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

Katie Hiatt
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: 01/02/2029

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Summons on Counter complaint
Title of Document

UNDER GOD,

CASE#______________________________
**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

**Case No. ______________________________**

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO RICH CHRISTENSEN**

**V.**

**STATE OF IDAHO; RICH CHRISTENSEN ,**

**both in persona capacity, Defendants.**

---

**TO: RICH CHRISTENSEN**

**Kootenai County Courthouse**

**501 Government Way, Coeur d'Alene ID 83814**

---

A **Counter Complaint** has been filed against you by Plaintiff, **Eric Ramon Buchanan, Sui Juris**, in the context of a criminal case removed to the United States District Court for the

1

SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO RICH CHRISTENSEN

UNDER GOD,

CASE#________________________

District of Idaho. You are hereby summoned and required to answer the allegations set forth in the Counter Complaint within **21 days** of being served with this summons.

Your response must be served upon the Plaintiff at the address provided below:

**Eric Ramon Buchanan, Sui Juris**

[signature]

10603 E 28TH AVE

SPOKANE WA 99206

Failure to respond within the time specified may result in default judgment being entered against you for the relief demanded in the Counter Complaint.

You are further required to file your response with the Clerk of the United States District Court at the following address:

**United States District Court**

**For the District of Idaho**

6450 N MINERAL

COEUR D'ALENE ID 83815

SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO RICH CHRISTENSEN

UNDER GOD,

CASE#____________________

**Issued by the Clerk of Court**

This summons is issued pursuant to Rule 4 and Rule 5 of the Federal Rules of Civil Procedure.

**Date:** 2-26-2025

Clerk of Court

By: __________________________

Deputy Clerk

**Proof of Service**

I hereby certify that I served the summons and a copy of the Counter Complaint on

**RICH CHRISTENSEN** by:

**Mailing via the United States Postal Service by registered mail. To this address:**

RF120 644 974 US

**Kootenai County Courthouse**
**501 Government Way, Coeur d'Alene ID 83814**

UNDER GOD,

CASE#________________________

**Date of Service:** ______________

**Signature of Server:** ________________________

**Name of Server:** __________________________

**Address of Server:** ________________________

4

SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO RICH CHRISTENSEN

# ALL-PURPOSE ACKNOWLEDGMENT

State of WA

County of Spokane

On 30 Jan 2025 before me, Katie Hiatt
DATE NAME OF NOTARY PUBLIC

personally appeared Eric Ramon Buchanan .
NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

[signature]
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: 01/02/2029

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Summons on Counter complaint
Title of Document



UNDER GOD,

CASE#____________________________
**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

**Case No. ____________________________**

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO Mathew Edwards**

**V.**

**STATE OF IDAHO; Mathew Edwards ,**

**both in persona capacity, Defendants.**

---

**TO: Mathew Edwards**

**Kootenai COUNTY POLICE**

**3820 N Schreiber Way, Coeur d'Alene ID 83814**

---

A **Counter Complaint** has been filed against you by Plaintiff, **Eric Ramon Buchanan, Sui Juris**, in the context of a criminal case removed to the United States District Court for the District of Idaho. You are hereby summoned and required to answer the allegations set forth in the Counter Complaint within **21 days** of being served with this summons.

UNDER GOD,

CASE#________________________

Your response must be served upon the Plaintiff at the address provided below:

**Eric Ramon Buchanan, Sui Juris**

10603 E 28TH AVE

SPOKANE WA 99206

Failure to respond within the time specified may result in default judgment being entered against you for the relief demanded in the Counter Complaint.

You are further required to file your response with the Clerk of the United States District Court at the following address:

**United States District Court**

**For the District of Idaho**

6450 N MINERAL

COEUR D'ALENE ID 83815

**Issued by the Clerk of Court**

UNDER GOD,

CASE#______________________

This summons is issued pursuant to Rule 4 and Rule 5 of the Federal Rules of Civil Procedure.

**Date:** 2-26-2025

---

Clerk of Court

By: ______________________

Deputy Clerk

---

## Proof of Service

I hereby certify that I served the summons and a copy of the Counter Complaint on

**Mathew Edwards** by:

**Mailing via the United States Postal Service by registered mail. To this address:**

RF 120 644 974 US

**Kootenai COUNTY POLICE**
**3820 N Schreiber Way, Coeur d'Alene ID 83814**

**Date of Service:** ____________

**Signature of Server:** ______________________

**Name of Server:** ______________________

**Address of Server:** ______________________

# ALL-PURPOSE ACKNOWLEDGMENT

State of WA

County of Spokane

On 30 Jan 2025 before me, Katie Hiatt
DATE NAME OF NOTARY PUBLIC

personally appeared Eric Ramon Buchanan.
NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

[signature]
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: 01/02/2029

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Summons on Counter Compiaint
Title of Document

UNDER GOD,

CASE#______________________________

**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

______________________________

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO Molly Nivison**

**V.**

**STATE OF IDAHO; Molly Nivison ,**

**both in persona capacity, Defendants.**

---

**TO: Molly Nivison**

**Kootenai County Courthouse**

**501 Government Way, Coeur d'Alene ID 83814**

---

A **Counter Complaint** has been filed against you by Plaintiff, **Eric Ramon Buchanan, Sui Juris**, in the context of a criminal case removed to the United States District Court for the District of Idaho. You are hereby summoned and required to answer the allegations set forth in the Counter Complaint within **21 days** of being served with this summons.

UNDER GOD,

CASE#______________________________

Your response must be served upon the Plaintiff at the address provided below:

**Eric Ramon Buchanan, Sui Juris**

Eric-Ramon: Buchanan

10603 E 28TH AVE

SPOKANE WA 99206

Failure to respond within the time specified may result in default judgment being entered against you for the relief demanded in the Counter Complaint.

You are further required to file your response with the Clerk of the United States District Court at the following address:

**United States District Court**

**For the District of Idaho**

6450 N MINERAL

COEUR D'ALENE ID 83815

---

**Issued by the Clerk of Court**

UNDER GOD,

CASE#________________________

This summons is issued pursuant to Rule 4 and Rule 5 of the Federal Rules of Civil Procedure.

**Date:** 2-26-2025

---

Clerk of Court

By: ______________________________

Deputy Clerk

---

## Proof of Service

I hereby certify that I served the summons and a copy of the Counter Complaint on

**Molly Nivison** by:

**Mailing via the United States Postal Service by registered mail. To this address:**

RF120 644 974 US

**Kootenai County Courthouse**
**501 Government Way, Coeur d'Alene ID 83814**

**Date of Service:** ______________

**Signature of Server:** ______________________

**Name of Server:** ______________________

**Address of Server:** ______________________

# ALL-PURPOSE ACKNOWLEDGMENT

State of WA

County of Spokane

On 30 Jan 2025 before me, Katie Hiatt
DATE NAME OF NOTARY PUBLIC

personally appeared Eric Ramon Buchanan.
NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official** seal.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: 01/02/2029

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

[illegible] complaint
Title of Document



UNDER GOD,

CASE#________________________________

**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

**Case No.** ________________________________

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO DESTRY RANDLES**

**V.**

**STATE OF IDAHO; DESTRY RANDLES ,**

**both in persona capacity, Defendants.**

**TO: DESTRY RANDLES**

**Kootenai County Courthouse**

**501 Government Way, Coeur d'Alene ID 83814**

A **Counter Complaint** has been filed against you by Plaintiff, **Eric Ramon Buchanan, Sui Juris**, in the context of a criminal case removed to the United States District Court for the

1

SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO DESTRY RANDLES

UNDER GOD,

CASE#______________________

District of Idaho. You are hereby summoned and required to answer the allegations set forth in the Counter Complaint within **21 days** of being served with this summons.

Your response must be served upon the Plaintiff at the address provided below:

**Eric Ramon Buchanan, Sui Juris**

[signature]

10603 E 28th Ave

Spokane Valley Wa 99206

Failure to respond within the time specified may result in default judgment being entered against you for the relief demanded in the Counter Complaint.

You are further required to file your response with the Clerk of the United States District Court at the following address:

**United States District Court**

**For the District of Idaho**

6450 N Mineral Dr

Coeur d'Alene ID 83815

UNDER GOD,

CASE#____________________________

**Issued by the Clerk of Court**

This summons is issued pursuant to Rule 4 and Rule 5 of the Federal Rules of Civil Procedure.

**Date:** ____________________________

Clerk of Court

By: ____________________________

Deputy Clerk

**Proof of Service**

I hereby certify that I served the summons and a copy of the Counter Complaint on

RF 120644974US

**DESTRY RANDLES** by:

**Mailing via the United States Postal Service by registered mail. To this address:**

**Kootenai County Courthouse**
**501 Government Way, Coeur d'Alene ID 83814**

3

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO DESTRY RANDLES**

UNDER GOD,

CASE#______________________________

**Date of Service:**

**Signature of Server:** ______________________________

**Name of Server:** ______________________________

**Address of Server:** ______________________________

4

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO DESTRY RANDLES**

# ALL-PURPOSE ACKNOWLEDGMENT

State of WA

County of Spokane

On 26 Feb 2025 before me, Katie Hiatt
DATE NAME OF NOTARY PUBLIC

personally appeared Eric Ramon Buchanan.
NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: 01/02/2029

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

SUMMONS ON COUNTER COMPLAINT
Title of Document



UNDER GOD,

CASE#________________________________
**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

**Case No. ______________________________**

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO CASEY SIMMONS**

**V.**

**STATE OF IDAHO; CASEY SIMMONS ,**

**both in persona capacity, Defendants.**

---

**TO: CASEY SIMMONS**

**Kootenai County Courthouse**

**501 Government Way, Coeur d'Alene ID 83814**

---

A **Counter Complaint** has been filed against you by Plaintiff, **Eric Ramon Buchanan, Sui Juris,** in the context of a criminal case removed to the United States District Court for the District of Idaho. You are hereby summoned and required to answer the allegations set forth in the Counter Complaint within **21 days** of being served with this summons.

UNDER GOD,

CASE#____________________

Your response must be served upon the Plaintiff at the address provided below:

**Eric Ramon Buchanan, Sui Juris**

[signature]

10603 E 28TH AVE

SPOKANE WA 99206

Failure to respond within the time specified may result in default judgment being entered against you for the relief demanded in the Counter Complaint.

You are further required to file your response with the Clerk of the United States District Court at the following address:

**United States District Court**

**For the District of Idaho**

6450 N MINERAL

COEUR D'ALENE ID 83815

---

**Issued by the Clerk of Court**

UNDER GOD,

CASE#__________________________

This summons is issued pursuant to Rule 4 and Rule 5 of the Federal Rules of Civil Procedure.

**Date:** 2-26-2025

---

Clerk of Court

By: ____________________________________

Deputy Clerk

---

**Proof of Service**

I hereby certify that I served the summons and a copy of the Counter Complaint on

**CASEY SIMMONS** by:

**Mailing via the United States Postal Service by registered mail. To this address:**

RF 120 644 974 US

**Kootenai County Courthouse**
**501 Government Way, Coeur d'Alene ID 83814**

**Date of Service:** ________________

**Signature of Server:** ___________________________

**Name of Server:** ______________________________

**Address of Server:** ____________________________

# ALL-PURPOSE ACKNOWLEDGMENT

State of WA

County of Spokane

On 30 Jan 2025 before me, Katie Hiatt
DATE NAME OF NOTARY PUBLIC

personally appeared Eric Ramon Buchanan
NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

Katie Hiatt
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: 01/02/2029

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Summons on Counter Complaint
Title of Document

UNDER GOD,

CASE#____________________________
**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

**Case No. ____________________________**

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO Matthew Sychla**

**V.**

**STATE OF IDAHO; Matthew Sychla ,**

**both in persona capacity, Defendants.**

---

**TO: Matthew Sychla**

**Kootenai COUNTY POLICE**

**3819 N Schreiber Way, Coeur d'Alene ID 83814**

---

A **Counter Complaint** has been filed against you by Plaintiff, **Eric Ramon Buchanan, Sui Juris**, in the context of a criminal case removed to the United States District Court for the District of Idaho. You are hereby summoned and required to answer the allegations set forth in the Counter Complaint within **21 days** of being served with this summons.

UNDER GOD,

CASE#______________________

Your response must be served upon the Plaintiff at the address provided below:

**Eric Ramon Buchanan, Sui Juris**

[signature]

10603 E 28TH AVE

SPOKANE WA 99206

Failure to respond within the time specified may result in default judgment being entered against you for the relief demanded in the Counter Complaint.

You are further required to file your response with the Clerk of the United States District Court at the following address:

**United States District Court**

**For the District of Idaho**

6450 N MINERAL

COEUR D'ALENE ID 83815

______________________________

**Issued by the Clerk of Court**

UNDER GOD,

CASE#______________________________

This summons is issued pursuant to Rule 4 and Rule 5 of the Federal Rules of Civil Procedure.

Date: 2-26-2025

Clerk of Court

By: ______________________________

Deputy Clerk

**Proof of Service**

I hereby certify that I served the summons and a copy of the Counter Complaint on

**Matthew Sychla** by:

**Mailing via the United States Postal Service by registered mail. To this address:**

RF 120 644 974 US

**Kootenai COUNTY POLICE**
**3819 N Schreiber Way, Coeur d'Alene ID 83814**

**Date of Service:** ______________

**Signature of Server:** ______________________

**Name of Server:** ______________________

**Address of Server:** ______________________

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO Matthew Sychla**

# ALL-PURPOSE ACKNOWLEDGMENT

State of WA

County of Spokane

On 30 Jan 2025 before me, Katie Hiatt
DATE NAME OF NOTARY PUBLIC

personally appeared Eric Ramon Buchanan,
NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

NOTARY SEAL

[signature]
SIGNATURE OF NOTARY

My commission expires: 01/02/2029

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

[illegible] plaint
Title of Document

UNDER GOD,

CASE#____________________________

**ERIC RAMON BUCHANAN, Sui Juris**

**Plaintiff,**

**Case No. ____________________________**

**SUMMONS ON COUNTER COMPLAINT IN CRIMINAL CASE TO Casey Ziegler**

**V.**

**STATE OF IDAHO; Casey Ziegler ,**

**both in persona capacity, Defendants.**

---

**TO: Casey Ziegler**

**Kootenai COUNTY POLICE**

**3818 N Schreiber Way, Coeur d'Alene ID 83814**

---

A **Counter Complaint** has been filed against you by Plaintiff, **Eric Ramon Buchanan, Sui Juris,** in the context of a criminal case removed to the United States District Court for the District of Idaho. You are hereby summoned and required to answer the allegations set forth in the Counter Complaint within **21 days** of being served with this summons.

UNDER GOD,

CASE#____________________________

Your response must be served upon the Plaintiff at the address provided below:

**Eric Ramon Buchanan, Sui Juris**

10603 E 28TH AVE

SPOKANE WA 99206

Failure to respond within the time specified may result in default judgment being entered against you for the relief demanded in the Counter Complaint.

You are further required to file your response with the Clerk of the United States District Court at the following address:

**United States District Court**

**For the District of Idaho**

6450 N MINERAL

COEUR D'ALENE ID 83815

**Issued by the Clerk of Court**

UNDER GOD,

CASE#______________________

This summons is issued pursuant to Rule 4 and Rule 5 of the Federal Rules of Civil Procedure.

**Date:** 2-26-2025

---

Clerk of Court

By: ______________________

Deputy Clerk

---

**Proof of Service**

I hereby certify that I served the summons and a copy of the Counter Complaint on

**Casey Ziegler** by:

**Mailing via the United States Postal Service by registered mail. To this address:**

RF120644974US

**Kootenai COUNTY POLICE**
**3818 N Schreiber Way, Coeur d'Alene ID 83814**

**Date of Service:** ____________

**Signature of Server:** ____________________

**Name of Server:** ____________________

**Address of Server:** ____________________

# ALL-PURPOSE ACKNOWLEDGMENT

State of WA

County of Spokane

On 30 Jan 2025 before me, Katie Hiatt
DATE NAME OF NOTARY PUBLIC

personally appeared Eric Ramon Buchanan
NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official** seal.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

[signature]
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: 01/02/2029

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

[illegible] Complaint
Title of Document