UNDER GOD,

CASE#_____

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

**WRIT OF MANDAMUS TO COMPEL THE CUSTODIAN OF STATE EMPLOYEE RECORDS TO PROVIDE DOCUMENTS AUTHENTICATING THE CONSTITUTIONAL AUTHORITY AND QUALIFICATIONS TO EXECUTE THE OFFICE OF JUDGE FOR THE STATE OF IDAHO FOR THIS STATE AGENT LAMONT C BERECZ WHOM IS CURRENTLY OCUPYING THIS OFFICE FOR Kootenai County Courthouse**

**TO: Secretary of State of Idaho**

**Address:** P.O. Box 83720, Boise, ID 83720-0080

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## INTRODUCTION

This Writ of Mandamus is issued pursuant to the authority of **We the People of the State of Idaho**, under **Article I, Section 2 of the Idaho Constitution** and **Idaho Code § 7-302**, which grants the court authority to compel public officers to perform ministerial duties required by law.

For the **beneficial interests of the petitioner**, whose **federal due process rights under the 5th and 14th Amendments of the United States Constitution**, and **rights under Article VI,**

1

CASE#_____

**Section 2 of the United States Constitution**, are being violated, you are hereby COMMANDED to fulfill your **ministerial duty** to produce the following documentation related to the qualifications of **LAMONT C BERECZ** to hold and execute the duties of public office.

# ORDER

You are hereby ORDERED to provide certified copies of the following documents, which must be filed with the court in THIS CASE, and served to the undersigned petitioner, no later than **two (2) business days** from the date of receipt of this Writ:

1. **Oath of Office:**

   A certified copy of the oath of office taken by **LAMONT C BERECZ**, as required under **Idaho Code § 59-401**, affirming their allegiance to the Constitutions of the United States and Idaho.

2. **Official Bond:**

   A certified copy of the official bond for **LAMONT C BERECZ**, as required under **Idaho Code § 59-801**, ensuring compliance with legal bonding requirements for offices of trust or profit.

3. **Proof of Election or Appointment:**

2

CASE#_____

Certified documentation of the election or appointment of **LAMONT C BERECZ**, including filings with the Secretary of State or the appropriate county recorder, as required under **Idaho Code § 59-405**.

4. **Other Records of Authority**:

Any additional documentation that demonstrates the lawful authority of **LAMONT C BERECZ** to hold and execute the duties of public office.

## NOTICE OF NONCOMPLIANCE

Failure to comply with this Writ of Mandamus within **two (2) business days** shall result in:

1. **Declaration of Vacancy**:

Under **Idaho Code § 59-901**, the office of **LAMONT C BERECZ** shall be declared vacant for failure to meet statutory and constitutional requirements.

2. **Legal Remedies**:

Additional remedies, including motions for **summary judgment**, writs of **quo warranto**, and further criminal or civil actions to ensure compliance and accountability, shall be pursued.

3. **Contempt of Court**:

You will be held in contempt of court for failing to perform your ministerial duty as required by law.

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR LAMONT C BERECZ**

UNDER GOD,

CASE#_____

## FILING AND DELIVERY INSTRUCTIONS

- The requested documents must be filed with the court in this **Case No.**

_____, and served to the undersigned petitioner at:

Alternatively, documents may be submitted electronically to:
atozhomeworx@gmail.com

All documents must be received no later than two business days from receipt of this Writ.

## ISSUED BY

**We the People of the State of Idaho**, acting under our constitutional and statutory rights to

ensure lawful governance and accountability.

Stamp of We the People -

_Eric Ramon Buchanan_          4

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO
PRODUCE THE RECORDS FOR LAMONT C BERECZ**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA

County of _____ Spokane

On _____ 26 Feb 2025 _____ before me, _____ Katie Hiatt
         DATE                               NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                         NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____ SIGNATURE OF NOTARY

KATIE HIATT
Notary Public
State of Washington
Commission # 76015
My Comm. Expires Jan 2, 2029

NOTARY SEAL

My commission expires: _____ 01/02/2029

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

WRIT OF MANDAMUS
           Title of Document

UNDER GOD,

CASE#_____

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

# WRIT OF MANDAMUS TO COMPEL THE CUSTODIAN OF STATE EMPLOYEE RECORDS TO PROVIDE DOCUMENTS AUTHENTICATING THE CONSTITUTIONAL AUTHORITY AND QUALIFICATIONS TO EXECUTE THE OFFICE OF JUDGE FOR THE STATE OF IDAHO FOR THIS STATE AGENT JOHN CAFFERTY WHOM IS CURRENTLY OCUPYING THIS OFFICE FOR Kootenai County Courthouse

**TO: Secretary of State of Idaho**

**Address:** P.O. Box 83720, Boise, ID 83720-0080

**U.S. COURTS**

MAR 07 2025

Recvd _____ Filed _____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## INTRODUCTION

This Writ of Mandamus is issued pursuant to the authority of **We the People of the State of Idaho**, under **Article I, Section 2 of the Idaho Constitution and Idaho Code § 7-302**, which grants the court authority to compel public officers to perform ministerial duties required by law.

For the **beneficial interests of the petitioner**, whose **federal due process rights under the 5th and 14th Amendments of the United States Constitution**, and **rights under Article VI**,

1

WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE
OF IDAHO TO PRODUCE THE RECORDS FOR JOHN CAFFERTY

CASE#_____

**Section 2 of the United States Constitution**, are being violated, you are hereby COMMANDED to fulfill your **ministerial duty** to produce the following documentation related to the qualifications of **JOHN CAFFERTY** to hold and execute the duties of public office.

## ORDER

You are hereby ORDERED to provide certified copies of the following documents, which must be filed with the court in THIS CASE, and served to the undersigned petitioner, no later than **two (2) business days** from the date of receipt of this Writ:

1. **Oath of Office:**

   A certified copy of the oath of office taken by **JOHN CAFFERTY**, as required under **Idaho Code § 59-401**, affirming their allegiance to the Constitutions of the United States and Idaho.

2. **Official Bond:**

   A certified copy of the official bond for **JOHN CAFFERTY**, as required under **Idaho Code § 59-801**, ensuring compliance with legal bonding requirements for offices of trust or profit.

3. **Proof of Election or Appointment:**

2

UNDER GOD,

CASE#_____

- o  Certified documentation of the election or appointment of **JOHN CAFFERTY**, including filings with the Secretary of State or the appropriate county recorder, as required under **Idaho Code § 59-405**.

4. **Other Records of Authority**:

- o  Any additional documentation that demonstrates the lawful authority of **JOHN CAFFERTY** to hold and execute the duties of public office.

## NOTICE OF NONCOMPLIANCE

Failure to comply with this Writ of Mandamus within **two (2) business days** shall result in:

1. **Declaration of Vacancy**:

- o  Under **Idaho Code § 59-901**, the office of **JOHN CAFFERTY** shall be declared vacant for failure to meet statutory and constitutional requirements.

2. **Legal Remedies**:

- o  Additional remedies, including motions for **summary judgment**, writs of **quo warranto**, and further criminal or civil actions to ensure compliance and accountability, shall be pursued.

3. **Contempt of Court**:

- o  You will be held in contempt of court for failing to perform your ministerial duty as required by law.

3

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR JOHN CAFFERTY**

CASE#_____

## FILING AND DELIVERY INSTRUCTIONS

The requested documents must be filed with the court in this **Case No.**

_____, and served to the undersigned petitioner at:

_____

_____

Alternatively, documents may be submitted electronically to:

atozhomeworx@gmail.com

All documents must be received no later than **two business days from receipt of this Writ.**

## ISSUED BY

**We the People of the State of Idaho,** acting under our constitutional and statutory rights to

ensure lawful governance and accountability.

Stamp of We the People -

Eric - Ramon Buch

Eric Ramon Buchanan          4

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE
OF IDAHO TO PRODUCE THE RECORDS FOR JOHN CAFFERTY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
       DATE                                       NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                   NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

_____
SIGNATURE OF NOTARY

> KATIE HIATT
> Notary Public
> State of Washington
> Commission # 26015
> My Comm. Expires Jan 2, 2029

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Writ of Mandamus
           Title of Document

UNDER GOD,

CASE#_____

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

**WRIT OF MANDAMUS TO COMPEL THE CUSTODIAN OF STATE EMPLOYEE RECORDS TO PROVIDE DOCUMENTS AUTHENTICATING THE CONSTITUTIONAL AUTHORITY AND QUALIFICATIONS TO EXECUTE THE OFFICE OF JUDGE FOR THE STATE OF IDAHO FOR THIS STATE AGENT RICH CHRISTENSEN WHOM IS CURRENTLY OCUPYING THIS OFFICE FOR Kootenai County Courthouse**

**TO: Secretary of State of Idaho**

**Address:** P.O. Box 83720, Boise, ID 83720-0080



U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ Time:_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## INTRODUCTION

This Writ of Mandamus is issued pursuant to the authority of **We the People of the State of Idaho**, under **Article I, Section 2 of the Idaho Constitution** and **Idaho Code § 7-302**, which grants the court authority to compel public officers to perform ministerial duties required by law.

For the **beneficial interests of the petitioner**, whose **federal due process rights under the 5th and 14th Amendments of the United States Constitution**, and **rights under Article VI,**

1

CASE#_____

**Section 2 of the United States Constitution**, are being violated, you are hereby

COMMANDED to fulfill your **ministerial duty** to produce the following documentation related

to the qualifications of **RICH CHRISTENSEN** to hold and execute the duties of public office.

# ORDER

You are hereby ORDERED to provide certified copies of the following documents, which must

be filed with the court in THIS CASE, and served to the undersigned petitioner, no later than **two**

**(2) business days** from the date of receipt of this Writ:

1. **Oath of Office**:

   A certified copy of the oath of office taken by **RICH CHRISTENSEN**, as

   required under **Idaho Code § 59-401**, affirming their allegiance to the

   Constitutions of the United States and Idaho.

2. **Official Bond**:

   A certified copy of the official bond for **RICH CHRISTENSEN**, as required

   under **Idaho Code § 59-801**, ensuring compliance with legal bonding

   requirements for offices of trust or profit.

3. **Proof of Election or Appointment**:

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE
STATE OF IDAHO TO PRODUCE THE RECORDS FOR RICH CHRISTENSEN**

CASE#_____

Certified documentation of the election or appointment of **RICH CHRISTENSEN**. including filings with the Secretary of State or the appropriate county recorder. as required under **Idaho Code § 59-405**.

4. **Other Records of Authority**:

Any additional documentation that demonstrates the lawful authority of **RICH CHRISTENSEN** to hold and execute the duties of public office.

## NOTICE OF NONCOMPLIANCE

Failure to comply with this Writ of Mandamus within **two (2) business days** shall result in:

1. **Declaration of Vacancy**:

Under **Idaho Code § 59-901**. the office of **RICH CHRISTENSEN** shall be declared vacant for failure to meet statutory and constitutional requirements.

2. **Legal Remedies**:

Additional remedies. including motions for **summary judgment**. writs of **quo warranto**, and further criminal or civil actions to ensure compliance and accountability, shall be pursued.

3. **Contempt of Court**:

You will be held in contempt of court for failing to perform your ministerial duty as required by law.

3

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR RICH CHRISTENSEN**

CASE#_____

# FILING AND DELIVERY INSTRUCTIONS

The requested documents must be filed with the court in this **Case No.**

_____, and served to the undersigned petitioner at:

_____

_____

Alternatively, documents may be submitted electronically to:

atozhomeworx@gmail.com

All documents must be received no later than **two business days from receipt of this Writ**.

## ISSUED BY

**We the People of the State of Idaho**, acting under our constitutional and statutory rights to

ensure lawful governance and accountability.

*Stamp of We the People –*

*Eric Ramon Buchan*

*Eric Ramon Buchanan*

4

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE
STATE OF IDAHO TO PRODUCE THE RECORDS FOR RICH CHRISTENSEN**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On ___30 Jan 2025___ before me, ___Katie Hiatt___
     DATE                                          NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan___
                                     NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029___

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Writ of Mandamus
Title of Document

UNDER GOD,

CASE#_____

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

**WRIT OF MANDAMUS TO COMPEL THE CUSTODIAN OF STATE EMPLOYEE RECORDS TO PROVIDE DOCUMENTS AUTHENTICATING THE CONSTITUTIONAL AUTHORITY AND QUALIFICATIONS TO EXECUTE THE OFFICE OF TRAFFIC OFFICER FOR THE STATE OF IDAHO FOR THIS STATE AGENT Mathew Edwards WHOM IS CURRENTLY OCUPYING THIS OFFICE FOR Kootenai COUNTY POLICE**

**TO:** Secretary of State of Idaho

**Address:** P.O. Box 83720, Boise, ID 83720-0080

J.S. COURTS

MAR 07 2025

nova _____ Filed _____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## INTRODUCTION

This Writ of Mandamus is issued pursuant to the authority of **We the People of the State of Idaho**, under **Article I, Section 2 of the Idaho Constitution** and **Idaho Code § 7-302**, which grants the court authority to compel public officers to perform ministerial duties required by law.

For the **beneficial interests of the petitioner**, whose **federal due process rights under the 5th and 14th Amendments of the United States Constitution**, and **rights under Article VI,**

1

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR Mathew Edwards**

CASE#_____

Section 2 of the United States Constitution, are being violated, you are hereby

COMMANDED to fulfill your **ministerial duty** to produce the following documentation related

to the qualifications of **MATHEW EDWARDS** to hold and execute the duties of public office.

# ORDER

You are hereby ORDERED to provide certified copies of the following documents, which must

be filed with the court in THIS CASE, and served to the undersigned petitioner, no later than **two**

**(2) business days** from the date of receipt of this Writ:

1. **Oath of Office:**

   A certified copy of the oath of office taken by **Mathew Edwards**, as required

   under **Idaho Code § 59-401**, affirming their allegiance to the Constitutions of the

   United States and Idaho.

2. **Official Bond:**

   A certified copy of the official bond for **Mathew Edwards**, as required under

   **Idaho Code § 59-801**, ensuring compliance with legal bonding requirements for

   offices of trust or profit.

3. **Proof of Election or Appointment:**

2

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE
OF IDAHO TO PRODUCE THE RECORDS FOR Mathew Edwards**

3. Certified documentation of the election or appointment of **Mathew Edwards**, including filings with the Secretary of State or the appropriate county recorder, as required under **Idaho Code § 59-405**.

4. **Other Records of Authority**:

Any additional documentation that demonstrates the lawful authority of **Mathew Edwards** to hold and execute the duties of public office.


## NOTICE OF NONCOMPLIANCE

Failure to comply with this Writ of Mandamus within **two (2) business days** shall result in:

1. **Declaration of Vacancy**:

Under **Idaho Code § 59-901**, the office of **Mathew Edwards** shall be declared vacant for failure to meet statutory and constitutional requirements.

2. **Legal Remedies**:

Additional remedies, including motions for **summary judgment**, writs of **quo warranto**, and further criminal or civil actions to ensure compliance and accountability, shall be pursued.

3. **Contempt of Court**:

You will be held in contempt of court for failing to perform your ministerial duty as required by law.

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR Mathew Edwards**

UNDER GOD,

CASE#_____

## FILING AND DELIVERY INSTRUCTIONS

The requested documents must be filed with the court in this **Case No.**

_____, and served to the undersigned petitioner at:

_____

_____

Alternatively, documents may be submitted electronically to:

atozhomeworx@gmail.com

All documents must be received no later than two business days from receipt of this Writ.

## ISSUED BY

**We the People of the State of Idaho**, acting under our constitutional and statutory rights to

ensure lawful governance and accountability.

*Stamp of We the People –*

*Eric Ramon Buchan*

*Eric Ramon Buchan*                                4

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR Mathew Edwards**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On ___30 Jan 2025___ before me, ___Katie Hiatt___

      DATE                                            NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan___

                               NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.



KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029___

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Writ of Mandamus

Title of Document



UNDER GOD,

CASE#_____

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

**WRIT OF MANDAMUS TO COMPEL THE CUSTODIAN OF STATE EMPLOYEE RECORDS TO PROVIDE DOCUMENTS AUTHENTICATING THE CONSTITUTIONAL AUTHORITY AND QUALIFICATIONS TO EXECUTE THE OFFICE OF PROSECUTING ATTORNEY FOR THE STATE OF IDAHO FOR THIS STATE AGENT Molly Nivison WHOM IS CURRENTLY OCUPYING THIS OFFICE FOR Kootenai County Courthouse**

**TO: Secretary of State of Idaho**

**Address:** P.O. Box 83720. Boise. ID 83720-0080



U.S. COURTS

MAR 07 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## INTRODUCTION

This Writ of Mandamus is issued pursuant to the authority of **We the People of the State of Idaho**, under **Article I, Section 2 of the Idaho Constitution** and **Idaho Code § 7-302**. which grants the court authority to compel public officers to perform ministerial duties required by law.

For the **beneficial interests of the petitioner**, whose **federal due process rights under the 5th and 14th Amendments of the United States Constitution**, and **rights under Article VI**,

1

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR Molly Nivison**

CASE#_____

**Section 2 of the United States Constitution**, are being violated, you are hereby

COMMANDED to fulfill your **ministerial duty** to produce the following documentation related

to the qualifications of MOLLY NIVISON to hold and execute the duties of public office.

# ORDER

You are hereby ORDERED to provide certified copies of the following documents, which must

be filed with the court in THIS CASE, and served to the undersigned petitioner, no later than **two**

**(2) business days** from the date of receipt of this Writ:

1. **Oath of Office**:

    A certified copy of the oath of office taken by **Molly Nivison**, as required under

    **Idaho Code § 59-401**, affirming their allegiance to the Constitutions of the

    United States and Idaho.

2. **Official Bond**:

    A certified copy of the official bond for **Molly Nivison**, as required under **Idaho**

    **Code § 59-801**, ensuring compliance with legal bonding requirements for offices

    of trust or profit.

3. **Proof of Election or Appointment**:

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE**
**OF IDAHO TO PRODUCE THE RECORDS FOR Molly Nivison**

CASE#_____

      c. Certified documentation of the election or appointment of **Molly Nivison**,

including filings with the Secretary of State or the appropriate county recorder, as

required under **Idaho Code § 59-405**.

4. **Other Records of Authority**:

      c. Any additional documentation that demonstrates the lawful authority of **Molly**

**Nivison** to hold and execute the duties of public office.


## NOTICE OF NONCOMPLIANCE

Failure to comply with this Writ of Mandamus within **two (2) business days** shall result in:

1. **Declaration of Vacancy**:

      c. Under **Idaho Code § 59-901**, the office of **Molly Nivison** shall be declared vacant

for failure to meet statutory and constitutional requirements.

2. **Legal Remedies**:

      Additional remedies, including motions for **summary judgment**, writs of **quo**

**warranto**, and further criminal or civil actions to ensure compliance and

accountability, shall be pursued.

3. **Contempt of Court**:

      c. You will be held in contempt of court for failing to perform your ministerial duty

as required by law.

3

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE**
**OF IDAHO TO PRODUCE THE RECORDS FOR Molly Nivison**

UNDER GOD,

CASE#_____

# FILING AND DELIVERY INSTRUCTIONS

The requested documents must be filed with the court in this **Case No.**

_____, and served to the undersigned petitioner at:

_____

_____

Alternatively, documents may be submitted electronically to:

atozhomeworx@gmail.com

All documents must be received no later than two business days from receipt of this Writ.

# ISSUED BY

**We the People of the State of Idaho**, acting under our constitutional and statutory rights to

ensure lawful governance and accountability.

Stamp of We the People -

Eric - Ramon Buch

Eric Ramon Buchanan    4

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE
OF IDAHO TO PRODUCE THE RECORDS FOR Molly Nivison**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___ WA

County of ___ Spokane ___

On 30 Jan 2025 ___ before me, ___ Katie Hiatt ___
        DATE                              NAME OF NOTARY PUBLIC

personally appeared ___ Eric Ramon Buchanan ___
                                   NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.



KATIE HIATT
Notary Public
State of Washington
Commission # 76015
My Comm. Expires Jan 2, 2029

SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___ 01/02/2029 ___

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Writ of Mandamus
Title of Document

UNDER GOD,



CASE#_____

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

# WRIT OF MANDAMUS TO COMPEL THE CUSTODIAN OF STATE EMPLOYEE RECORDS TO PROVIDE DOCUMENTS AUTHENTICATING THE CONSTITUTIONAL AUTHORITY AND QUALIFICATIONS TO EXECUTE THE OFFICE OF JUDGE FOR THE STATE OF IDAHO FOR THIS STATE AGENT DESTRY RANDLES WHOM IS CURRENTLY OCUPYING THIS OFFICE FOR Kootenai County Courthouse

**TO: Secretary of State of Idaho**

**Address:** PO Box 83720, Boise, ID 83720-0080

**U.S. COURTS**

MAR 0 7 2025

Rcvd____ Filed____ Iime mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# INTRODUCTION

This Writ of Mandamus is issued pursuant to the authority of **We the People of the State of Idaho**, under **Article 1, Section 2 of the Idaho Constitution** and **Idaho Code § 7-302**, which grants the court authority to compel public officers to perform ministerial duties required by law.

For the **beneficial interests of the petitioner**, whose **federal due process rights under the 5th and 14th Amendments of the United States Constitution**, and **rights under Article VI,**

1

WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR DESTRY RANDLES

UNDER GOD,

CASE#_____

**Section 2 of the United States Constitution**, are being violated, you are hereby

COMMANDED to fulfill your **ministerial duty** to produce the following documentation related

to the qualifications of **DESTRY RANDLES** to hold and execute the duties of public office.

# ORDER

You are hereby ORDERED to provide certified copies of the following documents, which must

be filed with the court in THIS CASE, and served to the undersigned petitioner, no later than **two**

**(2) business days** from the date of receipt of this Writ:

1. **Oath of Office:**

   A certified copy of the oath of office taken by **DESTRY RANDLES**, as required

   under **Idaho Code § 59-401**, affirming their allegiance to the Constitutions of the

   United States and Idaho.

2. **Official Bond:**

   A certified copy of the official bond for **DESTRY RANDLES**, as required under

   **Idaho Code § 59-801**, ensuring compliance with legal bonding requirements for

   offices of trust or profit.

3. **Proof of Election or Appointment:**

2

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE
OF IDAHO TO PRODUCE THE RECORDS FOR DESTRY RANDLES**

CASE#_____

Certified documentation of the election or appointment of **DESTRY RANDLES**, including filings with the Secretary of State or the appropriate county recorder, as required under **Idaho Code § 59-405**.

4. **Other Records of Authority**:

Any additional documentation that demonstrates the lawful authority of **DESTRY RANDLES** to hold and execute the duties of public office.

# NOTICE OF NONCOMPLIANCE

Failure to comply with this Writ of Mandamus within **two (2) business days** shall result in:

1. **Declaration of Vacancy**:

Under **Idaho Code § 59-901**, the office of **DESTRY RANDLES** shall be declared vacant for failure to meet statutory and constitutional requirements.

2. **Legal Remedies**:

Additional remedies, including motions for **summary judgment**, writs of **quo warranto**, and further criminal or civil actions to ensure compliance and accountability, shall be pursued.

3. **Contempt of Court**:

You will be held in contempt of court for failing to perform your ministerial duty as required by law.

3

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR DESTRY RANDLES**

UNDER GOD,

CASE#_____

## FILING AND DELIVERY INSTRUCTIONS

The requested documents must be filed with the court in this **Case No.**

_____, and served to the undersigned petitioner at:

_____

_____

Alternatively, documents may be submitted electronically to:

atozhomeworx@gmail.com

All documents must be received no later than **two business days from receipt of this Writ**.

## ISSUED BY

**We the People of the State of Idaho**, acting under our constitutional and statutory rights to ensure lawful governance and accountability.

*Stamp of We the People* -

*Eric Ramon Buchanan*

4

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR DESTRY RANDLES**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On ___30 Jan 2025___ before me, ___Katie Hiatt___

          DATE                                               NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan___

                                       NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

                                                  SIGNATURE OF NOTARY

```
KAT E HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029
```

NOTARY SEAL

My commission expires: ___01/02/2029___

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

## Writ of Mandamus

                                     Title of Document

UNDER GOD,

CASE#_____

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

**WRIT OF MANDAMUS TO COMPEL THE CUSTODIAN OF STATE
EMPLOYEE RECORDS TO PROVIDE DOCUMENTS AUTHENTICATING
THE CONSTITUTIONAL AUTHORITY AND QUALIFICATIONS TO
EXECUTE THE OFFICE OF JUDGE FOR THE STATE OF IDAHO FOR
THIS STATE AGENT CASEY SIMMONS WHOM IS CURRENTLY
OCUPYING THIS OFFICE FOR Kootenai County Courthouse**

**TO: Secretary of State of Idaho**

**Address:** P.O. Box 83720. Boise. ID 83720-0080

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ Time mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## INTRODUCTION

This Writ of Mandamus is issued pursuant to the authority of **We the People of the State of
Idaho**, under **Article I, Section 2 of the Idaho Constitution** and **Idaho Code § 7-302**, which
grants the court authority to compel public officers to perform ministerial duties required by law.

For the **beneficial interests of the petitioner**, whose **federal due process rights under the 5th
and 14th Amendments of the United States Constitution**, and **rights under Article VI,**

1

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE
STATE OF IDAHO TO PRODUCE THE RECORDS FOR CASEY SIMMONS**

UNDER GOD,

**Section 2 of the United States Constitution**, are being violated, you are hereby

COMMANDED to fulfill your **ministerial duty** to produce the following documentation related

to the qualifications of **CASEY SIMMONS** to hold and execute the duties of public office.

## ORDER

You are hereby ORDERED to provide certified copies of the following documents, which must

be filed with the court in THIS CASE, and served to the undersigned petitioner, no later than **two**

**(2) business days** from the date of receipt of this Writ:

1. **Oath of Office**:

   A certified copy of the oath of office taken by **CASEY SIMMONS**, as required

   under **Idaho Code § 59-401**, affirming their allegiance to the Constitutions of the

   United States and Idaho.

2. **Official Bond**:

   A certified copy of the official bond for **CASEY SIMMONS**, as required under

   **Idaho Code § 59-801**, ensuring compliance with legal bonding requirements for

   offices of trust or profit.

3. **Proof of Election or Appointment**:

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE
STATE OF IDAHO TO PRODUCE THE RECORDS FOR CASEY SIMMONS**

CASE#_____

Certified documentation of the election or appointment of **CASEY SIMMONS**, including filings with the Secretary of State or the appropriate county recorder, as required under **Idaho Code § 59-405**.

4. **Other Records of Authority**:

Any additional documentation that demonstrates the lawful authority of **CASEY SIMMONS** to hold and execute the duties of public office.

## NOTICE OF NONCOMPLIANCE

Failure to comply with this Writ of Mandamus within **two (2) business days** shall result in:

1. **Declaration of Vacancy**:

Under **Idaho Code § 59-901**, the office of **CASEY SIMMONS** shall be declared vacant for failure to meet statutory and constitutional requirements.

2. **Legal Remedies**:

Additional remedies, including motions for **summary judgment**, writs of **quo warranto**, and further criminal or civil actions to ensure compliance and accountability, shall be pursued.

3. **Contempt of Court**:

You will be held in contempt of court for failing to perform your ministerial duty as required by law.

3

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR CASEY SIMMONS**

UNDER GOD,

CASE#_____

## FILING AND DELIVERY INSTRUCTIONS

The requested documents must be filed with the court in this **Case No.**

_____, and served to the undersigned petitioner at:


_____


Alternatively, documents may be submitted electronically to:

atozhomeworx@gmail.com

All documents must be received no later than two business days from receipt of this Writ.




## ISSUED BY

**We the People of the State of Idaho**, acting under our constitutional and statutory rights to

ensure lawful governance and accountability.

*Stamp of We the People –*

*Eric Ramon Buchanan*

*Eric Ramon Buchanan*

4

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE
STATE OF IDAHO TO PRODUCE THE RECORDS FOR CASEY SIMMONS**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ____ WA _____

County of ____ Spokane _____

On 30 Jan 2025 _____ before me, ____ Katie Hiatt _____
      DATE                                              NAME OF NOTARY PUBLIC

personally appeared ____ Eric Ramon Buchanan _____
                                      NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**



KATIE HIATT
Notary Public
State of Washington
Commission # 76015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ____ 01/02/2029 _____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

                          DESCRIPTION OF ATTACHED DOCUMENT

                         Writ of Mandamus
                               Title of Document

UNDER GOD,

CASE#_____

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

**WRIT OF MANDAMUS TO COMPEL THE CUSTODIAN OF STATE EMPLOYEE RECORDS TO PROVIDE DOCUMENTS AUTHENTICATING THE CONSTITUTIONAL AUTHORITY AND QUALIFICATIONS TO EXECUTE THE OFFICE OF TRAFFIC OFFICER FOR THE STATE OF IDAHO FOR THIS STATE AGENT Matthew Sychla WHOM IS CURRENTLY OCUPYING THIS OFFICE FOR Kootenai COUNTY POLICE**

**TO: Secretary of State of Idaho**

**Address:** P.O. Box 83720, Boise, ID 83720-0080



U.S. COURTS

MAR 07 2025

Rcvd_____Filed_____Time_Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# INTRODUCTION

This Writ of Mandamus is issued pursuant to the authority of **We the People of the State of Idaho**, under **Article I, Section 2 of the Idaho Constitution** and **Idaho Code § 7-302**, which grants the court authority to compel public officers to perform ministerial duties required by law.

For the **beneficial interests of the petitioner**, whose **federal due process rights under the 5th and 14th Amendments of the United States Constitution**, and **rights under Article VI,**

1

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR Matthew Sychla**

CASE#_____

**Section 2 of the United States Constitution**, are being violated, you are hereby

COMMANDED to fulfill your **ministerial duty** to produce the following documentation related

to the qualifications of **MATHEW SYCHLA** to hold and execute the duties of public office.

# ORDER

You are hereby ORDERED to provide certified copies of the following documents, which must

be filed with the court in THIS CASE, and served to the undersigned petitioner, no later than **two**

**(2) business days** from the date of receipt of this Writ:

1. **Oath of Office:**

   A certified copy of the oath of office taken by **Matthew Sychla**, as required under

   **Idaho Code § 59-401**, affirming their allegiance to the Constitutions of the

   United States and Idaho.

2. **Official Bond:**

   A certified copy of the official bond for **Matthew Sychla**, as required under

   **Idaho Code § 59-801**, ensuring compliance with legal bonding requirements for

   offices of trust or profit.

3. **Proof of Election or Appointment:**

2

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR Matthew Sychla**

CASE#_____

Certified documentation of the election or appointment of **Matthew Sychla**, including filings with the Secretary of State or the appropriate county recorder, as required under **Idaho Code § 59-405**.

4. **Other Records of Authority**:

Any additional documentation that demonstrates the lawful authority of **Matthew Sychla** to hold and execute the duties of public office.


# NOTICE OF NONCOMPLIANCE

Failure to comply with this Writ of Mandamus within **two (2) business days** shall result in:

1. **Declaration of Vacancy**:

Under **Idaho Code § 59-901**, the office of **Matthew Sychla** shall be declared vacant for failure to meet statutory and constitutional requirements.

2. **Legal Remedies**:

Additional remedies, including motions for **summary judgment**, writs of **quo warranto**, and further criminal or civil actions to ensure compliance and accountability, shall be pursued.

3. **Contempt of Court**:

You will be held in contempt of court for failing to perform your ministerial duty as required by law.

3

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR Matthew Sychla**

UNDER GOD,

CASE#_____

## FILING AND DELIVERY INSTRUCTIONS

The requested documents must be filed with the court in this **Case No.**

_____, and served to the undersigned petitioner at:

_____

Alternatively, documents may be submitted electronically to:

atozhomeworx@gmail.com

All documents must be received no later than two business days from receipt of this Writ.

## ISSUED BY

**We the People of the State of Idaho**, acting under our constitutional and statutory rights to

ensure lawful governance and accountability.

Stamp of We the People -

*Eric Ramon Buchanan*

Eric Ramon Buchanan        4

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE
OF IDAHO TO PRODUCE THE RECORDS FOR Matthew Sychla**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, ____ Katie Hiatt _____
    DATE                                    NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____.
                              NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Writ of Mandamus
Title of Document

UNDER GOD,

CASE#_____

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

**WRIT OF MANDAMUS TO COMPEL THE CUSTODIAN OF STATE EMPLOYEE RECORDS TO PROVIDE DOCUMENTS AUTHENTICATING THE CONSTITUTIONAL AUTHORITY AND QUALIFICATIONS TO EXECUTE THE OFFICE OF TRAFFIC OFFICER FOR THE STATE OF IDAHO FOR THIS STATE AGENT Casey Ziegler WHOM IS CURRENTLY OCUPYING THIS OFFICE FOR Kootenai COUNTY POLICE**

**TO: Secretary of State of Idaho**

**Address:** P.O. Box 83720, Boise, ID 83720-0080

U.S. COURTS

[stamp] 7 2025

Rcvd _____ Time Mail
STE... W. KENYON
CLERK DISTRICT OF IDAHO

## INTRODUCTION

This Writ of Mandamus is issued pursuant to the authority of **We the People of the State of Idaho**, under **Article I, Section 2 of the Idaho Constitution** and **Idaho Code § 7-302**, which grants the court authority to compel public officers to perform ministerial duties required by law.

For the **beneficial interests of the petitioner**, whose **federal due process rights under the 5th and 14th Amendments of the United States Constitution**, and **rights under Article VI,**

1

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR Casey Ziegler**

CASE#_____

**Section 2 of the United States Constitution**, are being violated, you are hereby

COMMANDED to fulfill your **ministerial duty** to produce the following documentation related

to the qualifications of CASEY ZIEGLER to hold and execute the duties of public office.

## ORDER

You are hereby ORDERED to provide certified copies of the following documents, which must

be filed with the court in THIS CASE, and served to the undersigned petitioner, no later than **two**

**(2) business days** from the date of receipt of this Writ:

1. **Oath of Office**:

    A certified copy of the oath of office taken by **Casey Ziegler**, as required under

    **Idaho Code § 59-401**, affirming their allegiance to the Constitutions of the

    United States and Idaho.

2. **Official Bond**:

    A certified copy of the official bond for **Casey Ziegler**, as required under **Idaho**

    **Code § 59-801**, ensuring compliance with legal bonding requirements for offices

    of trust or profit.

3. **Proof of Election or Appointment**:

2

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE
OF IDAHO TO PRODUCE THE RECORDS FOR Casey Ziegler**

CASE#_____

    Certified documentation of the election or appointment of **Casey Ziegler**, including filings with the Secretary of State or the appropriate county recorder, as required under **Idaho Code § 59-405**.

4. **Other Records of Authority**:

    Any additional documentation that demonstrates the lawful authority of **Casey Ziegler** to hold and execute the duties of public office.

# NOTICE OF NONCOMPLIANCE

Failure to comply with this Writ of Mandamus within **two (2) business days** shall result in:

1. **Declaration of Vacancy**:

    Under **Idaho Code § 59-901**, the office of **Casey Ziegler** shall be declared vacant for failure to meet statutory and constitutional requirements.

2. **Legal Remedies**:

    Additional remedies, including motions for **summary judgment**, writs of **quo warranto**, and further criminal or civil actions to ensure compliance and accountability, shall be pursued.

3. **Contempt of Court**:

    You will be held in contempt of court for failing to perform your ministerial duty as required by law.

3

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR Casey Ziegler**

UNDER GOD,

CASE#_____

## FILING AND DELIVERY INSTRUCTIONS

The requested documents must be filed with the court in this **Case No.**

_____, and served to the undersigned petitioner at:

_____

_____

Alternatively, documents may be submitted electronically to:

atozhomeworx@gmail.com

All documents must be received no later than two business days from receipt of this Writ.

## ISSUED BY

**We the People of the State of Idaho.** acting under our constitutional and statutory rights to ensure lawful governance and accountability.

Stamp of We the People—

*Eric Ramon Buchanan*

Eric Ramon Buchanan          4

**WRIT OF MANDAMUS TO THE SECRETARY OF STATE TO COMPEL THE STATE OF IDAHO TO PRODUCE THE RECORDS FOR Casey Ziegler**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
         DATE                                   NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                  NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Writ of Mandamus

Title of Document