UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Rcvd _____ Filed _____ time Mal
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-24-1747**

## NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

LAMONT C BERECZ

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:
  "Every officer elected or appointed under any law of this state must, before entering upon
  the duties of his office, take and subscribe an oath or affirmation to support the
  Constitution of the United States and the Constitution of the state of Idaho."
- Idaho Code § 59-406:
  "Every office shall become vacant on the happening of any of the following events before

2

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**LAMONT C BERECZ**

CASE#_____

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

- LAMONT C BERECZ

CASE#_____

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

- LAMONT C BERECZ

A copy of this Notice of Removal will be promptly filed with the Clerk of the District Court of the First Judicial District, Kootenai County, as required under 28 U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

   A copy of this Notice of Removal is being served on Plaintiff, State of Idaho, through its prosecuting attorney.

3. **Filing in Federal Court:**

   All pleadings and documents from the state court will be filed in the United States District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United States and the State of Idaho. This filing is made in accordance with federal law to invoke jurisdiction over violations of the Constitution and the Law of Nations.

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446.**

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

- LAMONT C BERECZ

UNDER GOD,

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

   law, and international protections.

Dated: 2-26-2025

Respectfully submitted,

*Eric Ramon Buchanan*

1 Eric Ramon Buchanan

1 10603 E 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-26-2025 , a true and correct copy of the foregoing

affidavit was served via:

LAMONT C BERECZ

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF120 644 965 US

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- LAMONT C**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _____ 26 Feb 2025 _____ before me, _____ Katie Hiatt _____
_____DATE_____                    NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
_____NAME OF SIGNERS(S)_____

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*NOTICE OF REMOVAL*
_____Title of Document_____

UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

Case No. CR28-24-1747

U.S. COURTS

MAR 07 2025

Rcvd___ Filed___ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

V.

## ERIC RAMON BUCHANAN

Defendant.

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446,** hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

### NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -
### JOHN CAFFERTY

UNDER GOD,

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon

  the duties of his office, take and subscribe an oath or affirmation to support the

  Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

2

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**JOHN CAFFERTY**

UNDER GOD,

CASE#_____

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

**3. Political Question Doctrine (Article IV, Section 4)**

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

**4. Law of Nations and Common Laws of War**

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

**5. Federal Question Jurisdiction (28 U.S.C. § 1331)**

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT - JOHN CAFFERTY**

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT - JOHN CAFFERTY

- o A copy of this Notice of Removal will be promptly filed with the Clerk of the District Court of the First Judicial District, Kootenai County, as required under 28 U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

- o A copy of this Notice of Removal is being served on Plaintiff, State of Idaho, through its prosecuting attorney.

3. **Filing in Federal Court:**

- o All pleadings and documents from the state court will be filed in the United States District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

---

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United States and the State of Idaho. This filing is made in accordance with federal law to invoke jurisdiction over violations of the Constitution and the Law of Nations.

---

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446.**

5

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**JOHN CAFFERTY**

UNDER GOD,

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

   law, and international protections.

Dated: _2-26-2025_

**Respectfully submitted,**

_Eric Buchanan_

_10603 E 28TH AVE SPOKANE WA 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

JOHN CAFFERTY

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF120644974US_

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**JOHN CAFFERTY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
           DATE                                NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____.
                              NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____ SIGNATURE OF NOTARY _____

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of removal
_____ Title of Document _____

UNDER GOD,

CASE#_____

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

Case No. CR28-24-1747

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ Time _____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

V.

ERIC RAMON BUCHANAN

Defendant.

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

- RICH CHRISTENSEN

UNDER GOD,

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:
  "Every officer elected or appointed under any law of this state must, before entering upon
  the duties of his office, take and subscribe an oath or affirmation to support the
  Constitution of the United States and the Constitution of the state of Idaho."
- Idaho Code § 59-406:
  "Every office shall become vacant on the happening of any of the following events before

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- RICH CHRISTENSEN**

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- RICH CHRISTENSEN**

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

   "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

   "Any of the following civil actions ... may be removed by the defendant:

   (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

   "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

4

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- RICH CHRISTENSEN**

    o  A copy of this Notice of Removal will be promptly filed with the Clerk of the

    District Court of the First Judicial District, Kootenai County, as required under 28

    U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

    o  A copy of this Notice of Removal is being served on Plaintiff, State of Idaho,

    through its prosecuting attorney.

3. **Filing in Federal Court:**

    o  All pleadings and documents from the state court will be filed in the United States

    District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

---

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United

States and the State of Idaho. This filing is made in accordance with federal law to invoke

jurisdiction over violations of the Constitution and the Law of Nations.

---

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446**.

5

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- RICH CHRISTENSEN**

UNDER GOD,

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

   law, and international protections.

Dated: _2-26-2025_

**Respectfully submitted,**

_Eric Buchanan_

_'0603 E 28TH SPOKANE WA 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_ , a true and correct copy of the foregoing

affidavit was served via:

RICH CHRISTENSEN

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814


BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF 120644974 US_

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- RICH CHRISTENSEN**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____WA_____

County of _____Spokane_____

On ___30 Jan 2025_____ before me, ____Katie Hiatt_____
          DATE                                              NAME OF NOTARY PUBLIC

personally appeared ____Eric Ramon Buchanan_____.
                                             NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires:___01/02/2029_____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

_Notice of removal_____
                      Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Rcvd_____Filed_____Time____Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-24-1747**

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Mathew Edwards**

UNDER GOD,

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:
  "Every officer elected or appointed under any law of this state must, before entering upon
  the duties of his office, take and subscribe an oath or affirmation to support the
  Constitution of the United States and the Constitution of the state of Idaho."
- Idaho Code § 59-406:
  "Every office shall become vacant on the happening of any of the following events before

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Mathew Edwards**

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

3

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Mathew Edwards**

UNDER GOD,

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

# II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

4

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Mathew Edwards**

UNDER GOD,

CASE#_____

- o A copy of this Notice of Removal will be promptly filed with the Clerk of the District Court of the First Judicial District, Kootenai County, as required under 28 U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

- o A copy of this Notice of Removal is being served on Plaintiff, State of Idaho, through its prosecuting attorney.

3. **Filing in Federal Court:**

- o All pleadings and documents from the state court will be filed in the United States District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

---

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United States and the State of Idaho. This filing is made in accordance with federal law to invoke jurisdiction over violations of the Constitution and the Law of Nations.

---

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446.**

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Mathew Edwards**

UNDER GOD,

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal law, and international protections.

Dated: _2·26-2025_

Respectfully submitted,

_Eri Ron iBuch_

[Name] _Eric Buchanan_

[Your Address] _10603 E 28ᵀᴴ AVE SPOKANE WA 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing affidavit was served via:

Mathew Edwards

Kootenai COUNTY POLICE

3820 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF120644974US_

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Mathew Edwards**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _30 Jan 2025_____ before me, _____Katie Hiatt_____
       DATE                                                NAME OF NOTARY PUBLIC

personally appeared _____Eric Ramon Buchanan_____.
                                         NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _01/02/2029_____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of removal
Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

---

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-24-1747**

## NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

---

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

---

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

Molly Nivison

UNDER GOD,

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty and property without due process of law. The state's actions, including unlawful arrest and detention, violate this fundamental protection.

- "No person shall be deprived of life, liberty, or property, without due process of law."

- Actions taken without legal authority deprive me of my liberty and legal protections under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Molly Nivison**

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

3

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Molly Nivison**

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Molly Nivison**

UNDER GOD,

CASE#_____

    o  A copy of this Notice of Removal will be promptly filed with the Clerk of the

        District Court of the First Judicial District, Kootenai County, as required under 28

        U.S.C. § 1446(d).

2.  **Notice to Opposing Party:**

    o  A copy of this Notice of Removal is being served on Plaintiff, State of Idaho,

        through its prosecuting attorney.

3.  **Filing in Federal Court:**

    o  All pleadings and documents from the state court will be filed in the United States

        District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

---

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United

States and the State of Idaho. This filing is made in accordance with federal law to invoke

jurisdiction over violations of the Constitution and the Law of Nations.

---

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1.  Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446**.

5

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Molly Nivison**

UNDER GOD,

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal law, and international protections.

**Dated:** _2-26-2025_

**Respectfully submitted,**

_Eric Buchanan_
_10603 E 28TH AVE SPOKANE WA 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing affidavit was served via:

Molly Nivison

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF120644974US_

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Molly Nivison**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____WA_____

County of _____Spokane_____

On __30 Jan 2025_____ before me, ____Katie Hiatt_____
          DATE                                            NAME OF NOTARY PUBLIC

personally appeared _____Eric Ramon Buchanan_____.
                                                  NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires:___01/02/2029_____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

                               DESCRIPTION OF ATTACHED DOCUMENT

                           Notice of removal
                                   Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. CR28-24-1747

## NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

V.

## ERIC RAMON BUCHANAN

Defendant.

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**DESTRY RANDLES**

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon

  the duties of his office, take and subscribe an oath or affirmation to support the

  Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**DESTRY RANDLES**

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT - DESTRY RANDLES**

UNDER GOD,

CASE#_____

- ○ A copy of this Notice of Removal will be promptly filed with the Clerk of the District Court of the First Judicial District, Kootenai County, as required under 28 U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

   - ○ A copy of this Notice of Removal is being served on Plaintiff, State of Idaho, through its prosecuting attorney.

3. **Filing in Federal Court:**

   - ○ All pleadings and documents from the state court will be filed in the United States District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

---

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United States and the State of Idaho. This filing is made in accordance with federal law to invoke jurisdiction over violations of the Constitution and the Law of Nations.

---

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446**.

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT - DESTRY RANDLES

UNDER GOD,

CASE#_____

2.  Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3.  Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

    law, and international protections.

Dated: _2-26-2025_

Respectfully submitted,

_Eric Buchanan_

_10603 E 28TH AVE SPOKANE WA 99206_

**Certificate of Service**

I hereby certify that on ___2-27-2025___, a true and correct copy of the foregoing

affidavit was served via:

DESTRY RANDLES

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF 1206449 74US_

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**DESTRY RANDLES**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _30 Jan 2025_____ before me, _Katie Hiatt_____
　　　　DATE　　　　　　　　　　　　　NAME OF NOTARY PUBLIC

personally appeared _Eric Ramon Buchanan_____.
　　　　　　　　　　　　　NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

```
KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029
```

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _01/02/2029_____.

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of removal
Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-24-1747**

## NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

**V.**

## ERIC RAMON BUCHANAN

**Defendant.**

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**CASEY SIMMONS**

UNDER GOD,

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:
  "Every officer elected or appointed under any law of this state must, before entering upon
  the duties of his office, take and subscribe an oath or affirmation to support the
  Constitution of the United States and the Constitution of the state of Idaho."
- Idaho Code § 59-406:
  "Every office shall become vacant on the happening of any of the following events before

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -

CASEY SIMMONS

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

CASE#_____

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

- CASEY SIMMONS

- A copy of this Notice of Removal will be promptly filed with the Clerk of the District Court of the First Judicial District, Kootenai County, as required under 28 U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

- A copy of this Notice of Removal is being served on Plaintiff, State of Idaho, through its prosecuting attorney.

3. **Filing in Federal Court:**

- All pleadings and documents from the state court will be filed in the United States District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

---

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United States and the State of Idaho. This filing is made in accordance with federal law to invoke jurisdiction over violations of the Constitution and the Law of Nations.

---

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446.**

UNDER GOD,

CASE#_____

2.  Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3.  Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

    law, and international protections.

**Dated:** _2-26-2025_

**Respectfully submitted,**

[Name] _Eric Buchanan_

[Your Address] _10603 E 28TH AVE SPOKANE WA 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_ , a true and correct copy of the foregoing

affidavit was served via:

CASEY SIMMONS

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF120644974US_

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- CASEY SIMMONS**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____WA_____

County of _____Spokane_____

On __30 Jan 2025_____ before me, ___Katie Hiatt_____
               DATE                                             NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan_____
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029___

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

_Notice of removal_
Title of Document

UNDER GOD,

CASE#_____



IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

U.S. COURTS

⊠ ⋯ 0 7 2025

Filed⎯⎯⎯Time⎯Mail

⎯⎯⎯ N W. KENYON

⎯⎯RICT OF IDAHO

Case No. CR28-24-1747

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

V.

ERIC RAMON BUCHANAN

Defendant.

TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Matthew Sychla**

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:
  "Every officer elected or appointed under any law of this state must, before entering upon
  the duties of his office, take and subscribe an oath or affirmation to support the
  Constitution of the United States and the Constitution of the state of Idaho."
- Idaho Code § 59-406:
  "Every office shall become vacant on the happening of any of the following events before

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -

Matthew Sychla

CASE#_____

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -

Matthew Sychla

UNDER GOD,

CASE#_____

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."
- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

4

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Matthew Sychla**

CASE#_____

○ A copy of this Notice of Removal will be promptly filed with the Clerk of the

District Court of the First Judicial District, Kootenai County, as required under 28

U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

○ A copy of this Notice of Removal is being served on Plaintiff, State of Idaho,

through its prosecuting attorney.

3. **Filing in Federal Court:**

○ All pleadings and documents from the state court will be filed in the United States

District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United

States and the State of Idaho. This filing is made in accordance with federal law to invoke

jurisdiction over violations of the Constitution and the Law of Nations.

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446**.

5

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Matthew Sychla**

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

   law, and international protections.

Dated: _2 - 26 - 2025_

Respectfully submitted,

_Eric Ramon Buch_

_Eric Ramon Buchanan_

_110603 E 28TH AVE SPOKANE WA 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_ , a true and correct copy of the foregoing

affidavit was served via:

Matthew Sychla

Kootenai COUNTY POLICE

3819 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF120644974US_

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Matthew Sychla**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _30 Jan 2025_ _____ before me, _____ Katie Hiatt _____
         DATE                                 NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                            NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.



KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _01/02/2029_

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of removal
Title of Document

UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
## OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

**Case No. CR28-24-1747**

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ Time _mail_
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

V.

### ERIC RAMON BUCHANAN

**Defendant.**

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -

Casey Ziegler

1

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon
  the duties of his office, take and subscribe an oath or affirmation to support the
  Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

# II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT - 4

Casey Ziegler

    ○ A copy of this Notice of Removal will be promptly filed with the Clerk of the District Court of the First Judicial District, Kootenai County, as required under 28 U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

    ○ A copy of this Notice of Removal is being served on Plaintiff, State of Idaho, through its prosecuting attorney.

3. **Filing in Federal Court:**

    ○ All pleadings and documents from the state court will be filed in the United States District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

---

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United States and the State of Idaho. This filing is made in accordance with federal law to invoke jurisdiction over violations of the Constitution and the Law of Nations.

---

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446**.

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal law, and international protections.

Dated: _2-26-2025_

**Respectfully submitted,**

_Eric Buchanan_
_0603 E 28TH AVE SPOKANE WA 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing affidavit was served via:

Casey Ziegler

Kootenai COUNTY POLICE

3818 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF120644974US_

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Casey Ziegler**

6

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On ___30 Jan 2025___ before me, ___Katie Hiatt___
     DATE                                      NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan___
                                        NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029___

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of removal
Title of Document