UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

**U.S. COURTS**

MAR 07 2025

Revd_____ Filed_____ Time Mail
STEPHEN W. KENYON
CLERK DISTRICT OF IDAHO

**Case No. CR28-23-6840**

## NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

V.

## ERIC RAMON BUCHANAN

**Defendant.**

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan,** pursuant to **28 U.S.C. §§ 1441, 1443, and 1446,** hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty and property without due process of law. The state's actions, including unlawful arrest and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

2

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**LAMONT C BERECZ**

CASE#_____

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."
- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."
- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

3

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- LAMONT C BERECZ**

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

- LAMONT C BERECZ

CASE#_____

c. A copy of this Notice of Removal will be promptly filed with the Clerk of the District Court of the First Judicial District, Kootenai County, as required under 28 U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

c. A copy of this Notice of Removal is being served on Plaintiff, State of Idaho, through its prosecuting attorney.

3. **Filing in Federal Court:**

c. All pleadings and documents from the state court will be filed in the United States District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United States and the State of Idaho. This filing is made in accordance with federal law to invoke jurisdiction over violations of the Constitution and the Law of Nations.

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446.**

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT
- LAMONT C BERECZ

UNDER GOD,

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal law, and international protections.

Dated: **2-26-2025**

Respectfully submitted,

*Eric Ramon Buck*

[Name] *Eric Ramon Buchanan*

[Your Address] *10603 E 28th Spokane Wa 99206*

**Certificate of Service**

I hereby certify that on **2-26-2025** , a true and correct copy of the foregoing affidavit was served via:

LAMONT C BERECZ

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

*RF 120 644 965 US*

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

- LAMONT C

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA

County of _____ Spokane

On _____ 26 Feb 2025 _____ before me, _____ Katie Hiatt _____
        DATE                                    NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

> KATIE HIATT
> Notary Public
> State of Washington
> Commission # 26015
> My Comm. Expires Jan 2, 2029

_____
            SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of Removal
              Title of Document

UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

Case No. CR28-23-6840

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

V.

**ERIC RAMON BUCHANAN**

**Defendant.**

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§
1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the
First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -
JOHN CAFFERTY**

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is based upon federal constitutional violations, jurisdiction under federal law, and ultra vires actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty and property without due process of law. The state's actions, including unlawful arrest and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

2

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**JOHN CAFFERTY**

CASE#_____

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

3

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT - JOHN CAFFERTY**

CASE#_____

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

# II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**JOHN CAFFERTY**

    o  A copy of this Notice of Removal will be promptly filed with the Clerk of the

District Court of the First Judicial District, Kootenai County, as required under 28

U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

    o  A copy of this Notice of Removal is being served on Plaintiff, State of Idaho,

through its prosecuting attorney.

3. **Filing in Federal Court:**

    o  All pleadings and documents from the state court will be filed in the United States

District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United

States and the State of Idaho. This filing is made in accordance with federal law to invoke

jurisdiction over violations of the Constitution and the Law of Nations.

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446.**

5

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**JOHN CAFFERTY**

UNDER GOD,

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal law, and international protections.

**Dated:** 2-26-2025

**Respectfully submitted,**

*Eric Ramon Buchanan*

[Name] *Eric Ramon Buchanan*

[Your Address] *10603 E 28th Spokane Wa 99206*

**Certificate of Service**

I hereby certify that on 2-27-2025, a true and correct copy of the foregoing affidavit was served via:

JOHN CAFFERTY

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_____

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -

JOHN CAFFERTY

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On ___30 Jan 2025___ before me, ___Katie Hiatt___
     DATE                                           NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan___
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

> KATIE HIATT
> Notary Public
> State of Washington
> Commission # 26015
> My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029___

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of removal
Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

U.S. COURTS

MAR 07 2025

Rcvo____Filed____ time Mad
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**STATE OF IDAHO**

**Plaintiff,**

**Case No. CR28-23-6840**

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- RICH CHRISTENSEN**

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon
  the duties of his office, take and subscribe an oath or affirmation to support the
  Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- RICH CHRISTENSEN**

CASE#_____

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond

within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying

  under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form**

  **of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of

  Government."

- Determining whether a state is acting in compliance with this guarantee raises a political

  question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law

  of Nations and the **Common Laws of War**, including protections against unlawful

  seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

3

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- RICH CHRISTENSEN**

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

4

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- RICH CHRISTENSEN**

  o A copy of this Notice of Removal will be promptly filed with the Clerk of the

    District Court of the First Judicial District, Kootenai County, as required under 28

    U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

  o A copy of this Notice of Removal is being served on Plaintiff, State of Idaho,

    through its prosecuting attorney.

3. **Filing in Federal Court:**

  o All pleadings and documents from the state court will be filed in the United States

    District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

---

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United

States and the State of Idaho. This filing is made in accordance with federal law to invoke

jurisdiction over violations of the Constitution and the Law of Nations.

---

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446**.

UNDER GOD,

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal law, and international protections.

Dated: 2-26-2025

Respectfully submitted,

*Eric-Ramon 'Bush*

[Name] Eric Ramon Buchanan

[Your Address] 10603 E 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-27-2025, a true and correct copy of the foregoing affidavit was served via:

RICH CHRISTENSEN

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 974 US

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- RICH CHRISTENSEN**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___ WA ___

County of ___ Spokane ___

On 30 Jan 2025 _____ before me, ___ Katie Hiatt _____
      DATE                                    NAME OF NOTARY PUBLIC

personally appeared ___ Eric Ramon Buchanan _____
                              NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of removal
Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

**Case No. CR28-23-6840**

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Mathew Edwards**

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty and property without due process of law. The state's actions, including unlawful arrest and detention, violate this fundamental protection.

- "No person shall be deprived of life, liberty, or property, without due process of law."

- Actions taken without legal authority deprive me of my liberty and legal protections under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

2

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Mathew Edwards**

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Mathew Edwards**

CASE#_____

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

CASE#_____

o A copy of this Notice of Removal will be promptly filed with the Clerk of the

District Court of the First Judicial District, Kootenai County, as required under 28

U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

o A copy of this Notice of Removal is being served on Plaintiff, State of Idaho,

through its prosecuting attorney.

3. **Filing in Federal Court:**

o All pleadings and documents from the state court will be filed in the United States

District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United

States and the State of Idaho. This filing is made in accordance with federal law to invoke

jurisdiction over violations of the Constitution and the Law of Nations.

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446.**

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Mathew Edwards**

UNDER GOD,

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

law, and international protections.

Dated: 2-26-2025

**Respectfully submitted,**

Eric Ramon Bucha

[Name] Eric Ramon Buchanan

[Your Address] 10603 E 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-27-2025 , a true and correct copy of the foregoing

affidavit was served via:

Mathew Edwards

Kootenai COUNTY POLICE

3820 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 974 US

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Mathew Edwards**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
     DATE                                      NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                       NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
           SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of removal
           Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Rcvd ___ Filed ___ Time _Mail_
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-23-6840**

## NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Matthew Sychla**

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.

- "No person shall be deprived of life, liberty, or property, without due process of law."

- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon

  the duties of his office, take and subscribe an oath or affirmation to support the

  Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

2

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Matthew Sychla**

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Matthew Sychla**

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -

Matthew Sychla

UNDER GOD,

CASE#_____

- ○ A copy of this Notice of Removal will be promptly filed with the Clerk of the District Court of the First Judicial District, Kootenai County, as required under 28 U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

- ○ A copy of this Notice of Removal is being served on Plaintiff, State of Idaho, through its prosecuting attorney.

3. **Filing in Federal Court:**

- ○ All pleadings and documents from the state court will be filed in the United States District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United States and the State of Idaho. This filing is made in accordance with federal law to invoke jurisdiction over violations of the Constitution and the Law of Nations.

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446.**

5

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Matthew Sychla**

UNDER GOD,

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

law, and international protections.

Dated: _2-26-2025_

**Respectfully submitted,**

_Eric Ramon Buchanan_

[Name] _Eric Ramon Buchanan_

[Your Address] _10603 E 28th Spokane Wa 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

Matthew Sychla

Kootenai COUNTY POLICE

3819 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF 120 644 974 US_

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Matthew Sychla**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
      DATE                                 NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                      NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

                              DESCRIPTION OF ATTACHED DOCUMENT

                       Notice of removal
                                Title of Document



UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

U.S. COURTS

MAR 07 2025

Rcvd____ Filed____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. CR28-23-6840

## NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

V.

### ERIC RAMON BUCHANAN

Defendant.

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

Molly Nivison

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon

  the duties of his office, take and subscribe an oath or affirmation to support the

  Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Molly Nivison**

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."
- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

# II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

4

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Molly Nivison**

CASE#_____

○ A copy of this Notice of Removal will be promptly filed with the Clerk of the

District Court of the First Judicial District, Kootenai County, as required under 28

U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

○ A copy of this Notice of Removal is being served on Plaintiff, State of Idaho,

through its prosecuting attorney.

3. **Filing in Federal Court:**

○ All pleadings and documents from the state court will be filed in the United States

District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

---

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United

States and the State of Idaho. This filing is made in accordance with federal law to invoke

jurisdiction over violations of the Constitution and the Law of Nations.

---

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446.**

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -

**Molly Nivison**

UNDER GOD,

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

   law, and international protections.

Dated: _2-26-2025_

**Respectfully submitted,**

_Eric Ramon Buchanan_

[Name] _Eric-Ramon Buchanan_

[Your Address] _10603 E 28th Spokane Wa 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

Molly Nivison

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_____

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Molly Nivison**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On __30 Jan 2025_____ before me, ____Katie Hiatt_____

        DATE                                       NAME OF NOTARY PUBLIC

personally appeared _____Eric Ramon Buchanan_____

                                        NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029_____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of removal
               Title of Document

UNDER GOD,

CASE#_____



IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

STATE OF IDAHO

Plaintiff,

Case No. CR28-23-6840

NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

V.

ERIC RAMON BUCHANAN

Defendant.

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**DESTRY RANDLES**

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is based upon federal constitutional violations, jurisdiction under federal law, and ultra vires actions by state actors.

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty and property without due process of law. The state's actions, including unlawful arrest and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

2

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT - DESTRY RANDLES**

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

3

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT - DESTRY RANDLES**

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

4

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT - DESTRY RANDLES**

c    A copy of this Notice of Removal will be promptly filed with the Clerk of the

District Court of the First Judicial District, Kootenai County, as required under 28

U.S.C. § 1446(d).

2.  **Notice to Opposing Party:**

c    A copy of this Notice of Removal is being served on Plaintiff, State of Idaho,

through its prosecuting attorney.

3.  **Filing in Federal Court:**

c    All pleadings and documents from the state court will be filed in the United States

District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United

States and the State of Idaho. This filing is made in accordance with federal law to invoke

jurisdiction over violations of the Constitution and the Law of Nations.

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1.  Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446.**

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**DESTRY RANDLES**

UNDER GOD,

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

law, and international protections.

**Dated:** 2-26-2025

**Respectfully submitted,**



[Name] Eric Ramon Buchanan

[Your Address] 10603 E 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-27-2025 , a true and correct copy of the foregoing

affidavit was served via:

DESTRY RANDLES

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 974 US

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**DESTRY RANDLES**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _____ 26 Feb 2025 _____ before me, _____ Katie Hiatt _____
             DATE                                           NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____.
                                     NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of Removaval
                    Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

---

### STATE OF IDAHO

**Plaintiff,**

**U.S. COURTS**

MAR 07 2025

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-23-6840**

### NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

---

### V.

### ERIC RAMON BUCHANAN

**Defendant.**

---

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

## NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT

### CASEY SIMMONS

CASE#_____

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty

  and property without due process of law. The state's actions, including unlawful arrest

  and detention, violate this fundamental protection.

- "No person shall be deprived of life, liberty, or property, without due process of law."

- Actions taken without legal authority deprive me of my liberty and legal protections

  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:

  "Every officer elected or appointed under any law of this state must, before entering upon

  the duties of his office, take and subscribe an oath or affirmation to support the

  Constitution of the United States and the Constitution of the state of Idaho."

- Idaho Code § 59-406:

  "Every office shall become vacant on the happening of any of the following events before

2

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**CASEY SIMMONS**

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- CASEY SIMMONS**

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

## II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- CASEY SIMMONS**

    o  A copy of this Notice of Removal will be promptly filed with the Clerk of the District Court of the First Judicial District, Kootenai County, as required under 28 U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

    o  A copy of this Notice of Removal is being served on Plaintiff, State of Idaho, through its prosecuting attorney.

3. **Filing in Federal Court:**

    o  All pleadings and documents from the state court will be filed in the United States District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

---

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United States and the State of Idaho. This filing is made in accordance with federal law to invoke jurisdiction over violations of the Constitution and the Law of Nations.

---

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446**.

5

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- CASEY SIMMONS**

UNDER GOD,

CASE#_____

2.  Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3.  Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

    law, and international protections.

Dated: 2-26-2025

**Respectfully submitted,**

Eric Ramon Buchanan

10603 C 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-27-2025 , a true and correct copy of the foregoing

affidavit was served via:

CASEY SIMMONS

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF120644974 US

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**- CASEY SIMMONS**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On ___30 Jan 2025_____ before me, ____Katie Hiatt_____
            DATE                                          NAME OF NOTARY PUBLIC

personally appeared _____Eric Ramon Buchanan_____.
                                           NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

> KATIE HIATT
> Notary Public
> State of Washington
> Commission # 26015
> My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029_____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

_____Notice of Removal_____
Title of Document

UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ TimeMail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**STATE OF IDAHO**

**Plaintiff,**

**Case No. CR28-23-6840**

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT**

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

## TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Defendant, **Eric Ramon Buchanan**, pursuant to **28 U.S.C. §§ 1441, 1443, and 1446**, hereby removes the above-captioned case from the District Court of the First Judicial District of the State of Idaho, County of Kootenai, to the United States District

1

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Casey Ziegler**

Court for the District of Idaho. This removal complies with all statutory requirements and is

based upon federal constitutional violations, jurisdiction under federal law, and ultra vires

actions by state actors.

---

# I. BASIS FOR REMOVAL

## 1. Violation of Federal Constitutional Rights

- The **Fifth Amendment** to the U.S. Constitution protects against deprivation of liberty
  and property without due process of law. The state's actions, including unlawful arrest
  and detention, violate this fundamental protection.
- "No person shall be deprived of life, liberty, or property, without due process of law."
- Actions taken without legal authority deprive me of my liberty and legal protections
  under federal law.

## 2. Failure of State Actors to Qualify for Office (Ultra Vires Acts)

- Idaho Code § 59-401:
  "Every officer elected or appointed under any law of this state must, before entering upon
  the duties of his office, take and subscribe an oath or affirmation to support the
  Constitution of the United States and the Constitution of the state of Idaho."
- Idaho Code § 59-406:
  "Every office shall become vacant on the happening of any of the following events before

2

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Casey Ziegler**

the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."

- Actions taken by purported traffic officers, prosecutors, or judges without qualifying under state law are ultra vires, null, and void.

## 3. Political Question Doctrine (Article IV, Section 4)

- Article IV, Section 4 of the U.S. Constitution guarantees every state a **Republican Form of Government**:

  "The United States shall guarantee to every state in this union a Republican Form of Government."

- Determining whether a state is acting in compliance with this guarantee raises a political question that falls exclusively under federal jurisdiction.

## 4. Law of Nations and Common Laws of War

- Article I, Section 8, Clause 10 of the U.S. Constitution grants Congress the power:

  "To define and punish ... Offenses against the Law of Nations."

- The arbitrary arrest and detention carried out in this case constitute violations of the Law of Nations and the **Common Laws of War**, including protections against unlawful seizure, hostage-taking, and deprivation of fundamental rights.

## 5. Federal Question Jurisdiction (28 U.S.C. § 1331)

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Casey Ziegler**

- "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

- This case directly implicates violations of the U.S. Constitution and international legal protections.

## 6. Removal Under 28 U.S.C. §§ 1441, 1443, and 1446

- **28 U.S.C. § 1441 (General Removal):**

  "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant."

- **28 U.S.C. § 1443 (Civil Rights Removal):**

  "Any of the following civil actions ... may be removed by the defendant:

  (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for equal civil rights ..."

- **28 U.S.C. § 1446(d) (Effect of Removal):**

  "Promptly after the filing of such notice of removal ... the State court shall proceed no further unless and until the case is remanded."

---

# II. PROCEDURAL REQUIREMENTS

1. **Filing with the State Court:**

UNDER GOD,

    o  A copy of this Notice of Removal will be promptly filed with the Clerk of the

       District Court of the First Judicial District, Kootenai County, as required under 28

       U.S.C. § 1446(d).

2. **Notice to Opposing Party:**

    o  A copy of this Notice of Removal is being served on Plaintiff, State of Idaho,

       through its prosecuting attorney.

3. **Filing in Federal Court:**

    o  All pleadings and documents from the state court will be filed in the United States

       District Court for the District of Idaho as required by 28 U.S.C. § 1446(a).

---

## III. VERIFICATION AND STATEMENT OF UNREPUDIATED FACT

I affirm that the above statements are true, correct, and unrepudiated under the laws of the United

States and the State of Idaho. This filing is made in accordance with federal law to invoke

jurisdiction over violations of the Constitution and the Law of Nations.

---

## IV. RELIEF SOUGHT

Defendant respectfully requests that this Court:

1. Recognize removal of this action under **28 U.S.C. §§ 1441, 1443, and 1446.**

5

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Casey Ziegler**

CASE#_____

2. Halt all further proceedings in state court under **28 U.S.C. § 1446(d)**.

3. Assume jurisdiction over this case to address violations of the U.S. Constitution, federal

   law, and international protections.

**Dated:** _2-26-2025_

**Respectfully submitted,**

_Eric Ramon Buchanan_

_Eric Ramon Buchanan_
_10603 E 28th Spokane Wa 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

Casey Ziegler

Kootenai COUNTY POLICE

3818 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF120644974 US_

6

**NOTICE OF REMOVAL OF STATE CRIMINAL ACTION TO FEDERAL COURT -**

**Casey Ziegler**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On ___30 Jan 2025___ before me, ___Katie Hiatt___
         DATE                                        NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan___
                                   NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029___

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

___Notice of removal___
Title of Document