UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

## OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Filed_____ time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-23-6840**

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF LAMONT C BERECZ TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

1

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF LAMONT C BERECZ TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# I. INTRODUCTION

I, *Eric Ramon Buchanan*, hereby declare and affirm under penalty of perjury

under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the purported public official, LAMONT C BERECZ, holding
   the position of JUDGE, is disqualified due to failure to meet the statutory and
   constitutional requirements necessary to qualify for public office.

2. Specifically, LAMONT C BERECZ has failed to take and file the **oath of office**
   and provide the **official bond** required under Idaho law, rendering the office
   statutorily vacant.

3. The appointment and subsequent actions of LAMONT C BERECZ constitute violations
   of **Article IV, Section 4** and **Article VI, Section 2** of the United States Constitution,
   which guarantee a **Republican Form of Government** and enforce federal supremacy
   over state actions.

4. Furthermore, these actions raise a **political question** under the Guarantee Clause that
   precludes adjudication by this state court.

## II. GROUNDS FOR DISQUALIFICATION

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW
JUDGE'S APPOINTMENT OF LAMONT C BERECZ TO EXECUTE THE
POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL
CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI,
SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

## 1. Failure to Take and File the Oath of Office

- Under **Idaho Code § 59-401**, all public officers must take and file an oath of office before assuming their duties:

  > *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

- LAMONT C BERECZ has failed to comply with this requirement, thereby disqualifying them from performing any official duties.

## 2. Failure to File the Required Bond

- Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

  > *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- LAMONT C BERECZ's failure to file a bond with the Secretary of State renders the office **vacant**, and all actions taken in this capacity are **null and void**.

3

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF LAMONT C BERECZ TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

### 3. Vacant Office and Ultra Vires Acts

- The absence of an oath and bond creates a statutory vacancy under Idaho law, and any actions taken from this vacant office are **ultra vires** (beyond legal authority).

- Actions by unqualified individuals violate both state statutes and federal constitutional guarantees, depriving citizens of their due process rights.

- Any and all writings, including the complaint or indictment authored by [Name], were executed without any authority, constituting further **ultra vires acts** and rendering such documents legally void.

### 4. Violation of Article IV, Section 4 – Republican Form of Government

- The United States Constitution guarantees every state a **Republican Form of Government**, which requires that all public officials act within the limits of their lawful authority.

- Allowing individuals who have not properly qualified for office to act undermines the rule of law and violates the principles of representative government.

### 5. Supremacy Clause – Article VI, Section 2

- The Supremacy Clause establishes that the Constitution and federal laws are the **supreme law of the land**, preempting any conflicting state actions.

4

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF LAMONT C BERECZ TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

- The failure of LAMONT C BERECZ to comply with constitutional and statutory requirements invalidates their authority under federal law.

## 6. Political Question Doctrine

- The determination of whether LAMONT C BERECZ actions violate the Guarantee Clause and federal constitutional protections is inherently a **political question** reserved for Congress and the federal judiciary.
- State courts lack jurisdiction over such matters, which involve the structure and function of government guaranteed under the Constitution.

## III. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. An immediate investigation into the qualifications of LAMONT C BERECZ, including whether the required oath and bond have been filed with the Secretary of State.

2. A declaration that the office held by LAMONT C BERECZ is **statutorily vacant** under Idaho law due to failure to qualify for office.

3. Recognition that all actions taken by LAMONT C BERECZ are **null and void**

5

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF LAMONT C BERECZ TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

and constitute **ultra vires acts**.

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF LAMONT C BERECZ TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

4. Suspension of all proceedings in this case until a duly qualified official is appointed and verified.

5. Acknowledgment that this is a **political question** under Article IV, Section 4 of the Constitution and must be resolved in the appropriate federal forum.

6. Any additional relief deemed necessary to protect the integrity of the judicial process and my constitutional rights.

## IV. CONCLUSION

The failure of LAMONT C BERECZ to take and file the required oath of office and bond constitutes a clear violation of state and federal law. This breach undermines the **Republican Form of Government**, conflicts with the **Supremacy Clause**, and renders all actions taken in this capacity **null and void**. Immediate corrective action is necessary to ensure compliance with the rule of law and restore public confidence in the legal system.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.**

Dated: _2-26-2025_

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF LAMONT C BERECZ TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

Respectfully submitted,

_Eric Ramon Buch_____

[Name] _Eric Ramon Buchanan_____

[Your Address] _10603 E 28th Spokane Wa 99206_

**Certificate of Service**

I hereby certify that on _2-26-2025_ , a true and correct copy of the foregoing

affidavit was served via:

LAMONT C BERECZ

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF 120 644 965 US_____

_____

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF LAMONT C BERECZ TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _____ 26 Feb 2025 _____ before me, _____ Katie Hiatt _____
           DATE                                         NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____.
                                             NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
**State** of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Disqualification*
Title of Document

UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

Case No. CR28-23-6840



U.S. COURTS

MAR 07 2025

Rcvd ___ Filed ___ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF JOHN CAFFERTY TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

V.

**ERIC RAMON BUCHANAN**

Defendant.

1

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF JOHN CAFFERTY TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

# I. INTRODUCTION

I, _Eric Buchanan_ , hereby declare and affirm under penalty of perjury

under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the purported public official, JOHN CAFFERTY, holding the
   position of JUDGE, is disqualified due to failure to meet the statutory and constitutional
   requirements necessary to qualify for public office.

2. Specifically, JOHN CAFFERTY has failed to take and file the **oath of office** and provide
   the **official bond** required under Idaho law, rendering the office statutorily vacant.

3. The appointment and subsequent actions of JOHN CAFFERTY constitute violations of
   **Article IV, Section 4** and **Article VI, Section 2** of the United States Constitution, which
   guarantee a **Republican Form of Government** and enforce federal supremacy over state
   actions.

4. Furthermore, these actions raise a **political question** under the Guarantee Clause that
   precludes adjudication by this state court.

# II. GROUNDS FOR DISQUALIFICATION

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S
APPOINTMENT OF JOHN CAFFERTY TO EXECUTE THE POSITION OF JUDGE
FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF
ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL
QUESTION DOCTRINE**

UNDER GOD,

## 1. Failure to Take and File the Oath of Office

- Under **Idaho Code § 59-401**, all public officers must take and file an oath of office before assuming their duties:

    *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

- JOHN CAFFERTY has failed to comply with this requirement, thereby disqualifying them from performing any official duties.

## 2. Failure to File the Required Bond

- Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

    *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- JOHN CAFFERTY's failure to file a bond with the Secretary of State renders the office **vacant**, and all actions taken in this capacity are **null and void**.

3

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF JOHN CAFFERTY TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

### 3. Vacant Office and Ultra Vires Acts

- The absence of an oath and bond creates a statutory vacancy under Idaho law, and any actions taken from this vacant office are **ultra vires** (beyond legal authority).

- Actions by unqualified individuals violate both state statutes and federal constitutional guarantees, depriving citizens of their due process rights.

- Any and all writings, including the complaint or indictment authored by JOHN CAFFERTY, were executed without any authority, constituting further **ultra vires acts** and rendering such documents legally void.

### 4. Violation of Article IV, Section 4 – Republican Form of Government

- The United States Constitution guarantees every state a **Republican Form of Government**, which requires that all public officials act within the limits of their lawful authority.

- Allowing individuals who have not properly qualified for office to act undermines the rule of law and violates the principles of representative government.

### 5. Supremacy Clause – Article VI, Section 2

- The Supremacy Clause establishes that the Constitution and federal laws are the **supreme law of the land**, preempting any conflicting state actions.

4

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF JOHN CAFFERTY TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

- The failure of JOHN CAFFERTY to comply with constitutional and statutory requirements invalidates their authority under federal law.

## 6. Political Question Doctrine

- The determination of whether JOHN CAFFERTY's actions violate the Guarantee Clause and federal constitutional protections is inherently a **political question** reserved for Congress and the federal judiciary.
- State courts lack jurisdiction over such matters, which involve the structure and function of government guaranteed under the Constitution.

## III. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. An immediate investigation into the qualifications of JOHN CAFFERTY, including whether the required oath and bond have been filed with the Secretary of State.

2. A declaration that the office held by JOHN CAFFERTY is **statutorily vacant** under Idaho law due to failure to qualify for office.

3. Recognition that all actions taken by JOHN CAFFERTY are **null and void** and constitute **ultra vires acts**.

5

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF JOHN CAFFERTY TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

4. Suspension of all proceedings in this case until a duly qualified official is appointed and verified.

5. Acknowledgment that this is a **political question** under Article IV, Section 4 of the Constitution and must be resolved in the appropriate federal forum.

6. Any additional relief deemed necessary to protect the integrity of the judicial process and my constitutional rights.

## IV. CONCLUSION

The failure of [Name] to take and file the required oath of office and bond constitutes a clear violation of state and federal law. This breach undermines the **Republican Form of Government**, conflicts with the **Supremacy Clause**, and renders all actions taken in this capacity **null and void**. Immediate corrective action is necessary to ensure compliance with the rule of law and restore public confidence in the legal system.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.**

Dated: _2-26-2025_

6

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF JOHN CAFFERTY TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

Respectfully submitted,

_Eric Buchanan_

'10603 E 28TH AVE SPOKANE WA 99206

**Certificate of Service**

I hereby certify that on **2-27-2025**, a true and correct copy of the foregoing

affidavit was served via:

JOHN CAFFERTY

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF120644974US_

7

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF JOHN CAFFERTY TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA

County of _____ Spokane

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
DATE                                                    NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                              NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Affidavit of Disqualification
Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

## OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

U.S. COURTS

MAR 07 2025

Rcvd_____Filed_____ Ilma Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. CR28-23-6840

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S**

**APPOINTMENT OF RICH CHRISTENSEN TO EXECUTE THE POSITION OF**

**JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION**

**VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER**

**THE POLITICAL QUESTION DOCTRINE**

V.

ERIC RAMON BUCHANAN

Defendant.

1

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW
JUDGE'S APPOINTMENT OF RICH CHRISTENSEN TO EXECUTE THE
POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL
CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE
VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

# I. INTRODUCTION

I, Eric Buchanan, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the purported public official, RICH CHRISTENSEN, holding the position of JUDGE, is disqualified due to failure to meet the statutory and constitutional requirements necessary to qualify for public office.

2. Specifically, RICH CHRISTENSEN has failed to take and file the **oath of office** and provide the **official bond** required under Idaho law, rendering the office statutorily vacant.

3. The appointment and subsequent actions of RICH CHRISTENSEN constitute violations of **Article IV, Section 4** and **Article VI, Section 2** of the United States Constitution, which guarantee a **Republican Form of Government** and enforce federal supremacy over state actions.

4. Furthermore, these actions raise a **political question** under the Guarantee Clause that precludes adjudication by this state court.

# II. GROUNDS FOR DISQUALIFICATION

2

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF RICH CHRISTENSEN TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

## 1. Failure to Take and File the Oath of Office

- Under **Idaho Code § 59-401**, all public officers must take and file an oath of office before assuming their duties:

  > *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

- RICH CHRISTENSEN has failed to comply with this requirement, thereby disqualifying them from performing any official duties.

## 2. Failure to File the Required Bond

- Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

  > *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- DESTRY RANDLES's failure to file a bond with the Secretary of State renders the office **vacant**, and all actions taken in this capacity are **null and void**.

3

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF RICH CHRISTENSEN TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

### 3. Vacant Office and Ultra Vires Acts

- The absence of an oath and bond creates a statutory vacancy under Idaho law, and any actions taken from this vacant office are **ultra vires** (beyond legal authority).

- Actions by unqualified individuals violate both state statutes and federal constitutional guarantees, depriving citizens of their due process rights.

- Any and all writings, including the complaint or indictment authored by RICH CHRISTENSEN, were executed without any authority, constituting further **ultra vires acts** and rendering such documents legally void.

### 4. Violation of Article IV, Section 4 – Republican Form of Government

- The United States Constitution guarantees every state a **Republican Form of Government**, which requires that all public officials act within the limits of their lawful authority.

- Allowing individuals who have not properly qualified for office to act undermines the rule of law and violates the principles of representative government.

### 5. Supremacy Clause – Article VI, Section 2

- The Supremacy Clause establishes that the Constitution and federal laws are the **supreme law of the land,** preempting any conflicting state actions.

4

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF RICH CHRISTENSEN TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

- The failure of [Name] to comply with constitutional and statutory requirements invalidates their authority under federal law.

## 6. Political Question Doctrine

- The determination of whether RICH CHRISTENSEN's actions violate the Guarantee Clause and federal constitutional protections is inherently a **political question** reserved for Congress and the federal judiciary.
- State courts lack jurisdiction over such matters, which involve the structure and function of government guaranteed under the Constitution.

## III. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. An immediate investigation into the qualifications of RICH CHRISTENSEN, including whether the required oath and bond have been filed with the Secretary of State.

2. A declaration that the office held by RICH CHRISTENSEN is **statutorily vacant** under Idaho law due to failure to qualify for office.

3. Recognition that all actions taken by RICH CHRISTENSEN are **null and void** and constitute **ultra vires acts**.

5

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF RICH CHRISTENSEN TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

4. Suspension of all proceedings in this case until a duly qualified official is appointed and verified.

5. Acknowledgment that this is a **political question** under Article IV, Section 4 of the Constitution and must be resolved in the appropriate federal forum.

6. Any additional relief deemed necessary to protect the integrity of the judicial process and my constitutional rights.

## IV. CONCLUSION

The failure of RICH CHRISTENSEN to take and file the required oath of office and bond constitutes a clear violation of state and federal law. This breach undermines the **Republican Form of Government**, conflicts with the **Supremacy Clause**, and renders all actions taken in this capacity **null and void**. Immediate corrective action is necessary to ensure compliance with the rule of law and restore public confidence in the legal system.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.**

Dated: _6-26-2025_

6

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF RICH CHRISTENSEN TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

Respectfully submitted,

*Eric Buchanan*

10603 E 28TH SPOKANE WA 99206

**Certificate of Service**

I hereby certify that on **2-27-2025** , a true and correct copy of the foregoing

affidavit was served via:

RICH CHRISTENSEN

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF120644974US

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF RICH CHRISTENSEN TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____WA_____

County of _____Spokane_____

On _30 Jan 2025_____ before me, _____Katie Hiatt_____
       DATE                                            NAME OF NOTARY PUBLIC

personally appeared _____Eric Ramon Buchanan_____.
                                           NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029_____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Disqualification*
Title of Document

UNDER GOD,

CASE#_____



IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

Case No. CR28-23-6840

U.S. COURTS

MAR 07 2025

Revd_____Filed_____time_Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S

APPOINTMENT OF MATHEW EDWARDS TO EXECUTE THE POSITION OF

TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL

CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI,

SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE

V.

ERIC RAMON BUCHANAN

Defendant.

1

AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S
APPOINTMENT OF MATHEW EDWARDS TO EXECUTE THE POSITION OF
TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL
CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI,
SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE

CASE#_____

---

# I. INTRODUCTION

I, _Eric Buchanan_____, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the purported public official, Mathew Edwards, holding the position of TRAFFIC OFFICER, is disqualified due to failure to meet the statutory and constitutional requirements necessary to qualify for public office.

2. Specifically, Mathew Edwards has failed to take and file the **oath of office** and provide the **official bond** required under Idaho law, rendering the office statutorily vacant.

3. The appointment and subsequent actions of Mathew Edwards constitute violations of **Article IV, Section 4** and **Article VI, Section 2** of the United States Constitution, which guarantee a **Republican Form of Government** and enforce federal supremacy over state actions.

4. Furthermore, these actions raise a **political question** under the Guarantee Clause that precludes adjudication by this state court.

---

# II. GROUNDS FOR DISQUALIFICATION

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW EDWARDS TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

## 1. Failure to Take and File the Oath of Office

- Under **Idaho Code § 59-401**, all public officers must take and file an oath of office before assuming their duties:

  *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

- Mathew Edwards has failed to comply with this requirement, thereby disqualifying them from performing any official duties.

## 2. Failure to File the Required Bond

- Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

  *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- Mathew Edwards's failure to file a bond with the Secretary of State renders the office **vacant**, and all actions taken in this capacity are **null and void**.

3

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW EDWARDS TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

## 3. Vacant Office and Ultra Vires Acts

- The absence of an oath and bond creates a statutory vacancy under Idaho law, and any actions taken from this vacant office are **ultra vires** (beyond legal authority).

- Actions by unqualified individuals violate both state statutes and federal constitutional guarantees, depriving citizens of their due process rights.

- Any and all writings, including the complaint or indictment authored by MATHEW EDWARDS, were executed without any authority, constituting further **ultra vires acts** and rendering such documents legally void.

## 4. Violation of Article IV, Section 4 – Republican Form of Government

- The United States Constitution guarantees every state a **Republican Form of Government**, which requires that all public officials act within the limits of their lawful authority.

- Allowing individuals who have not properly qualified for office to act undermines the rule of law and violates the principles of representative government.

## 5. Supremacy Clause – Article VI, Section 2

- The Supremacy Clause establishes that the Constitution and federal laws are the **supreme law of the land**, preempting any conflicting state actions.

4

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW EDWARDS TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

- The failure of MATHEW EDWARDS to comply with constitutional and statutory requirements invalidates their authority under federal law.

## 6. Political Question Doctrine

- The determination of whether Mathew Edwards's actions violate the Guarantee Clause and federal constitutional protections is inherently a **political question** reserved for Congress and the federal judiciary.
- State courts lack jurisdiction over such matters, which involve the structure and function of government guaranteed under the Constitution.

## III. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. An immediate investigation into the qualifications of Mathew Edwards, including whether the required oath and bond have been filed with the Secretary of State.
2. A declaration that the office held by Mathew Edwards is **statutorily vacant** under Idaho law due to failure to qualify for office.
3. Recognition that all actions taken by Mathew Edwards are **null and void** and constitute **ultra vires acts**.

5

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW EDWARDS TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

4. Suspension of all proceedings in this case until a duly qualified official is appointed and verified.

5. Acknowledgment that this is a **political question** under Article IV, Section 4 of the Constitution and must be resolved in the appropriate federal forum.

6. Any additional relief deemed necessary to protect the integrity of the judicial process and my constitutional rights.

## IV. CONCLUSION

The failure of [Name] to take and file the required oath of office and bond constitutes a clear violation of state and federal law. This breach undermines the **Republican Form of Government**, conflicts with the **Supremacy Clause**, and renders all actions taken in this capacity **null and void**. Immediate corrective action is necessary to ensure compliance with the rule of law and restore public confidence in the legal system.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.**

Dated: _2-26-2025_

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW EDWARDS TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

Respectfully submitted,

_Eric Buchanan_

Eric Buchanan

10603 E 28TH SPOKANE WA 99206

**Certificate of Service**

I hereby certify that on ___2-27-2025___, a true and correct copy of the foregoing

affidavit was served via:

Mathew Edwards

Kootenai COUNTY POLICE

3820 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

___RF120644974US___

7

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW EDWARDS TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA

County of _____ Spokane

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
DATE                                              NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Disqualifidion*
Title of Document

UNDER GOD,

CASE#_____



IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

Case No. CR28-23-6840

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S**

**APPOINTMENT OF MOLLY NIVISON TO EXECUTE THE POSITION OF**

**PROSECUTING ATTORNEY FOR THE STATE OF IDAHO AS A FEDERAL**

**CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI,**

**SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

V.

ERIC RAMON BUCHANAN

Defendant.

1

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S**
**APPOINTMENT OF MOLLY NIVISON TO EXECUTE THE POSITION OF**
**PROSECUTING ATTORNEY FOR THE STATE OF IDAHO AS A FEDERAL**
**CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI,**
**SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# I. INTRODUCTION

I, ___Eric Buchanan___, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the purported public official, Molly Nivison, holding the position of PROSECUTING ATTORNEY, is disqualified due to failure to meet the statutory and constitutional requirements necessary to qualify for public office.

2. Specifically, Molly Nivison has failed to take and file the **oath of office** and provide the **official bond** required under Idaho law, rendering the office statutorily vacant.

3. The appointment and subsequent actions of Molly Nivison constitute violations of **Article IV, Section 4** and **Article VI, Section 2** of the United States Constitution, which guarantee a **Republican Form of Government** and enforce federal supremacy over state actions.

4. Furthermore, these actions raise a **political question** under the Guarantee Clause that precludes adjudication by this state court.

---

# II. GROUNDS FOR DISQUALIFICATION

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MOLLY NIVISON TO EXECUTE THE POSITION OF PROSECUTING ATTORNEY FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

### 1. Failure to Take and File the Oath of Office

- Under **Idaho Code § 59-401**, all public officers must take and file an oath of office before assuming their duties:

  *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

- Molly Nivison has failed to comply with this requirement, thereby disqualifying them from performing any official duties.

### 2. Failure to File the Required Bond

- Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

  *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- Molly Nivison's failure to file a bond with the Secretary of State renders the office **vacant**, and all actions taken in this capacity are **null and void**.

3

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MOLLY NIVISON TO EXECUTE THE POSITION OF PROSECUTING ATTORNEY FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

## 3. Vacant Office and Ultra Vires Acts

- The absence of an oath and bond creates a statutory vacancy under Idaho law, and any actions taken from this vacant office are **ultra vires** (beyond legal authority).

- Actions by unqualified individuals violate both state statutes and federal constitutional guarantees, depriving citizens of their due process rights.

- Any and all writings, including the complaint or indictment authored by MOLLY NIVISON, were executed without any authority, constituting further **ultra vires acts** and rendering such documents legally void.

## 4. Violation of Article IV, Section 4 – Republican Form of Government

- The United States Constitution guarantees every state a **Republican Form of Government**, which requires that all public officials act within the limits of their lawful authority.

- Allowing individuals who have not properly qualified for office to act undermines the rule of law and violates the principles of representative government.

## 5. Supremacy Clause – Article VI, Section 2

- The Supremacy Clause establishes that the Constitution and federal laws are the **supreme law of the land**, preempting any conflicting state actions.

4

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MOLLY NIVISON TO EXECUTE THE POSITION OF PROSECUTING ATTORNEY FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

- The failure of MOLLY NIVISON to comply with constitutional and statutory requirements invalidates their authority under federal law.

## 6. Political Question Doctrine

- The determination of whether Molly Nivison's actions violate the Guarantee Clause and federal constitutional protections is inherently a **political question** reserved for Congress and the federal judiciary.
- State courts lack jurisdiction over such matters, which involve the structure and function of government guaranteed under the Constitution.

## III. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. An immediate investigation into the qualifications of Molly Nivison, including whether the required oath and bond have been filed with the Secretary of State.
2. A declaration that the office held by Molly Nivison is **statutorily vacant** under Idaho law due to failure to qualify for office.
3. Recognition that all actions taken by Molly Nivison are **null and void** and constitute **ultra vires acts**.

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MOLLY NIVISON TO EXECUTE THE POSITION OF PROSECUTING ATTORNEY FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

4. Suspension of all proceedings in this case until a duly qualified official is appointed and verified.

5. Acknowledgment that this is a **political question** under Article IV, Section 4 of the Constitution and must be resolved in the appropriate federal forum.

6. Any additional relief deemed necessary to protect the integrity of the judicial process and my constitutional rights.

## IV. CONCLUSION

The failure of [Name] to take and file the required oath of office and bond constitutes a clear violation of state and federal law. This breach undermines the **Republican Form of Government**, conflicts with the **Supremacy Clause**, and renders all actions taken in this capacity **null and void**. Immediate corrective action is necessary to ensure compliance with the rule of law and restore public confidence in the legal system.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.**

Dated: _2-26-2025_

6

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MOLLY NIVISON TO EXECUTE THE POSITION OF PROSECUTING ATTORNEY FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

Respectfully submitted,

*Eric Buchanan*

Eric Buchanan

10603 E 28TH SPOKANE WA 99206

**Certificate of Service**

I hereby certify that on __2-27-2025__ , a true and correct copy of the foregoing

affidavit was served via:

Molly Nivison

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

__RF 120644974US__

_____

7

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S
APPOINTMENT OF MOLLY NIVISON TO EXECUTE THE POSITION OF
PROSECUTING ATTORNEY FOR THE STATE OF IDAHO AS A FEDERAL
CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI,
SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____WA_____

County of _____Spokane_____

On 30 Jan 2025_____ before me, ____Katie Hiatt_____
          DATE                                         NAME OF NOTARY PUBLIC

personally appeared _____Eric Ramon Buchanan_____ ,
                                      NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029_____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Disqualification*
                    Title of Document



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Rcvd_____Filed_____ lima Mail
⑤EPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-23-6840**

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S**

**APPOINTMENT OF DESTRY RANDLES TO EXECUTE THE POSITION OF JUDGE**

**FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF**

**ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL**

**QUESTION DOCTRINE**

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

1

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW
JUDGE'S APPOINTMENT OF DESTRY RANDLES TO EXECUTE THE
POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL
CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI,
SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

## I. INTRODUCTION

I, *Eric Buchanan*_____, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the purported public official, DESTRY RANDLES, holding the position of JUDGE, is disqualified due to failure to meet the statutory and constitutional requirements necessary to qualify for public office.

2. Specifically, DESTRY RANDLES has failed to take and file the **oath of office** and provide the **official bond** required under Idaho law, rendering the office statutorily vacant.

3. The appointment and subsequent actions of DESTRY RANDLES constitute violations of **Article IV, Section 4** and **Article VI, Section 2** of the United States Constitution, which guarantee a **Republican Form of Government** and enforce federal supremacy over state actions.

4. Furthermore, these actions raise a **political question** under the Guarantee Clause that precludes adjudication by this state court.

## II. GROUNDS FOR DISQUALIFICATION

2

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF DESTRY RANDLES TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

**1. Failure to Take and File the Oath of Office**

- Under **Idaho Code § 59-401**, all public officers must take and file an oath of office before assuming their duties:

    *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

- DESTRY RANDLES has failed to comply with this requirement, thereby disqualifying them from performing any official duties.

**2. Failure to File the Required Bond**

- Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

    *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- DESTRY RANDLES's failure to file a bond with the Secretary of State renders the office **vacant**, and all actions taken in this capacity are **null and void**.

3

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF DESTRY RANDLES TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

### 3. Vacant Office and Ultra Vires Acts

- The absence of an oath and bond creates a statutory vacancy under Idaho law, and any actions taken from this vacant office are **ultra vires** (beyond legal authority).
- Actions by unqualified individuals violate both state statutes and federal constitutional guarantees, depriving citizens of their due process rights.
- Any and all writings, including the complaint or indictment authored by [Name], were executed without any authority, constituting further **ultra vires acts** and rendering such documents legally void.

### 4. Violation of Article IV, Section 4 – Republican Form of Government

- The United States Constitution guarantees every state a **Republican Form of Government**, which requires that all public officials act within the limits of their lawful authority.
- Allowing individuals who have not properly qualified for office to act undermines the rule of law and violates the principles of representative government.

### 5. Supremacy Clause – Article VI, Section 2

- The Supremacy Clause establishes that the Constitution and federal laws are the **supreme law of the land**, preempting any conflicting state actions.

4

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF DESTRY RANDLES TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

- The failure of [Name] to comply with constitutional and statutory requirements invalidates their authority under federal law.

## 6. Political Question Doctrine

- The determination of whether DESTRY RANDLES's actions violate the Guarantee Clause and federal constitutional protections is inherently a **political question** reserved for Congress and the federal judiciary.
- State courts lack jurisdiction over such matters, which involve the structure and function of government guaranteed under the Constitution.

## III. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. An immediate investigation into the qualifications of DESTRY RANDLES, including whether the required oath and bond have been filed with the Secretary of State.
2. A declaration that the office held by DESTRY RANDLES is **statutorily vacant** under Idaho law due to failure to qualify for office.
3. Recognition that all actions taken by DESTRY RANDLES are **null and void** and constitute **ultra vires acts**.

5

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF DESTRY RANDLES TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

4. Suspension of all proceedings in this case until a duly qualified official is appointed and verified.

5. Acknowledgment that this is a **political question** under Article IV, Section 4 of the Constitution and must be resolved in the appropriate federal forum.

6. Any additional relief deemed necessary to protect the integrity of the judicial process and my constitutional rights.

# IV. CONCLUSION

The failure of [Name] to take and file the required oath of office and bond constitutes a clear violation of state and federal law. This breach undermines the **Republican Form of Government**, conflicts with the **Supremacy Clause**, and renders all actions taken in this capacity **null and void**. Immediate corrective action is necessary to ensure compliance with the rule of law and restore public confidence in the legal system.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.**

Dated: _2-26-2025_

6

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW
JUDGE'S APPOINTMENT OF DESTRY RANDLES TO EXECUTE THE POSITION
OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION
VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2
UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

Respectfully submitted,

_Eric Ramon Buchanan_

_10603 E 28th Spokane Valley Wa 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_ , a true and correct copy of the foregoing

affidavit was served via:

DESTRY RANDLES

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF 120 644 974 US_

7

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF DESTRY RANDLES TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _____ 26 Feb 2025 _____ before me, _____ Katie Hiatt _____
          DATE                                          NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                        NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Disqualification*
Title of Document

UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

## OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

**Case No. CR28-23-6840**



U.S. COURTS

MAR 07 2025

Rcvd _____ Filed _____
STEPHEN W. KENYON
CLERK DISTRICT OF IDAHO

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY SIMMONS TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

1

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY SIMMONS TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# I. INTRODUCTION

I, ___Eric Buchanan___, hereby declare and affirm under penalty of perjury

under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the purported public official, CASEY SIMMONS, holding the
   position of JUDGE, is disqualified due to failure to meet the statutory and constitutional
   requirements necessary to qualify for public office.

2. Specifically, CASEY SIMMONS has failed to take and file the **oath of office** and
   provide the **official bond** required under Idaho law, rendering the office statutorily
   vacant.

3. The appointment and subsequent actions of CASEY SIMMONS constitute violations of
   **Article IV, Section 4** and **Article VI, Section 2** of the United States Constitution, which
   guarantee a **Republican Form of Government** and enforce federal supremacy over state
   actions.

4. Furthermore, these actions raise a **political question** under the Guarantee Clause that
   precludes adjudication by this state court.

# II. GROUNDS FOR DISQUALIFICATION

2

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW
JUDGE'S APPOINTMENT OF CASEY SIMMONS TO EXECUTE THE POSITION
OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION
VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER
THE POLITICAL QUESTION DOCTRINE**

CASE#_____

## 1. Failure to Take and File the Oath of Office

- Under **Idaho Code § 59-401**, all public officers must take and file an oath of office before assuming their duties:

  > *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

- CASEY SIMMONS has failed to comply with this requirement, thereby disqualifying them from performing any official duties.

## 2. Failure to File the Required Bond

- Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

  > *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- CASET SIMMONS's failure to file a bond with the Secretary of State renders the office **vacant,** and all actions taken in this capacity are **null and void**.

3

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY SIMMONS TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

## 3. Vacant Office and Ultra Vires Acts

- The absence of an oath and bond creates a statutory vacancy under Idaho law, and any actions taken from this vacant office are **ultra vires** (beyond legal authority).

- Actions by unqualified individuals violate both state statutes and federal constitutional guarantees, depriving citizens of their due process rights.

- Any and all writings, including the complaint or indictment authored by CASEY SIMMONS, were executed without any authority, constituting further **ultra vires acts** and rendering such documents legally void.

## 4. Violation of Article IV, Section 4 – Republican Form of Government

- The United States Constitution guarantees every state a **Republican Form of Government**, which requires that all public officials act within the limits of their lawful authority.

- Allowing individuals who have not properly qualified for office to act undermines the rule of law and violates the principles of representative government.

## 5. Supremacy Clause – Article VI, Section 2

- The Supremacy Clause establishes that the Constitution and federal laws are the **supreme law of the land**, preempting any conflicting state actions.

4

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY SIMMONS TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

- The failure of CASEY SIMMONS to comply with constitutional and statutory requirements invalidates their authority under federal law.

## 6. Political Question Doctrine

- The determination of whether CASEY SIMMONS's actions violate the Guarantee Clause and federal constitutional protections is inherently a **political question** reserved for Congress and the federal judiciary.
- State courts lack jurisdiction over such matters, which involve the structure and function of government guaranteed under the Constitution.

## III. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. An immediate investigation into the qualifications of CASEY SIMMONS, including whether the required oath and bond have been filed with the Secretary of State.

2. A declaration that the office held by CASEY SIMMONS is **statutorily vacant** under Idaho law due to failure to qualify for office.

3. Recognition that all actions taken by CASEY SIMMONS are **null and void** and constitute **ultra vires acts**.

5

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY SIMMONS TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

4. Suspension of all proceedings in this case until a duly qualified official is appointed and verified.

5. Acknowledgment that this is a **political question** under Article IV, Section 4 of the Constitution and must be resolved in the appropriate federal forum.

6. Any additional relief deemed necessary to protect the integrity of the judicial process and my constitutional rights.

## IV. CONCLUSION

The failure of [Name] to take and file the required oath of office and bond constitutes a clear violation of state and federal law. This breach undermines the **Republican Form of Government**, conflicts with the **Supremacy Clause**, and renders all actions taken in this capacity **null and void**. Immediate corrective action is necessary to ensure compliance with the rule of law and restore public confidence in the legal system.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.**

Dated: 2-26-2025

6

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY SIMMONS TO EXECUTE THE POSITION OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

Respectfully submitted,

Eric Buchanan

10603 E 28TH SPOKANE WA 99206

**Certificate of Service**

I hereby certify that on ___2-27-2025___, a true and correct copy of the foregoing

affidavit was served via:

CASEY SIMMONS

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814


BY UNITED STATES POST OFFICE REGISTERED MAIL

RF120644965US

_____

7

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW
JUDGE'S APPOINTMENT OF CASEY SIMMONS TO EXECUTE THE POSITION
OF JUDGE FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION
VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER
THE POLITICAL QUESTION DOCTRINE**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
　　　　　DATE　　　　　　　　　　　　　　　　　NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____,
　　　　　　　　　　　　　　　　NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Affidavit of Disqualification
Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Revd_____ Filed_____ Time mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-23-6840**

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S**

**APPOINTMENT OF MATHEW SYCHLA TO EXECUTE THE POSITION OF**

**TRAFFIC OFFICER  FOR THE STATE OF IDAHO AS A FEDERAL**

**CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI,**

**SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

1

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S
APPOINTMENT OF MATHEW SYCHLA TO EXECUTE THE POSITION OF
TRAFFIC OFFICER  FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION
VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER
THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

## I. INTRODUCTION

I, _Eric Buchanan_, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the purported public official, Matthew Sychla, holding the position of TRAFFIC OFFICER, is disqualified due to failure to meet the statutory and constitutional requirements necessary to qualify for public office.

2. Specifically, Matthew Sychla has failed to take and file the **oath of office** and provide the **official bond** required under Idaho law, rendering the office statutorily vacant.

3. The appointment and subsequent actions of Matthew Sychla constitute violations of **Article IV, Section 4** and **Article VI, Section 2** of the United States Constitution, which guarantee a **Republican Form of Government** and enforce federal supremacy over state actions.

4. Furthermore, these actions raise a **political question** under the Guarantee Clause that precludes adjudication by this state court.

## II. GROUNDS FOR DISQUALIFICATION

2

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW SYCHLA TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

## 1. Failure to Take and File the Oath of Office

- Under **Idaho Code § 59-401**. all public officers must take and file an oath of office before assuming their duties:

  > *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

- Matthew Sychla has failed to comply with this requirement, thereby disqualifying them from performing any official duties.

## 2. Failure to File the Required Bond

- Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

  > *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- Matthew Sychla's failure to file a bond with the Secretary of State renders the office **vacant**, and all actions taken in this capacity are **null and void**.

3

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW SYCHLA TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

### 3. Vacant Office and Ultra Vires Acts

- The absence of an oath and bond creates a statutory vacancy under Idaho law, and any actions taken from this vacant office are **ultra vires** (beyond legal authority).

- Actions by unqualified individuals violate both state statutes and federal constitutional guarantees, depriving citizens of their due process rights.

- Any and all writings, including the complaint or indictment authored by MATHEW SYCHLA, were executed without any authority, constituting further **ultra vires acts** and rendering such documents legally void.

### 4. Violation of Article IV, Section 4 – Republican Form of Government

- The United States Constitution guarantees every state a **Republican Form of Government**, which requires that all public officials act within the limits of their lawful authority.

- Allowing individuals who have not properly qualified for office to act undermines the rule of law and violates the principles of representative government.

### 5. Supremacy Clause – Article VI, Section 2

- The Supremacy Clause establishes that the Constitution and federal laws are the **supreme law of the land**, preempting any conflicting state actions.

4

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW SYCHLA TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

- The failure of MATHEW SYCHLA to comply with constitutional and statutory requirements invalidates their authority under federal law.

## 6. Political Question Doctrine

- The determination of whether Matthew Sychla's actions violate the Guarantee Clause and federal constitutional protections is inherently a **political question** reserved for Congress and the federal judiciary.
- State courts lack jurisdiction over such matters, which involve the structure and function of government guaranteed under the Constitution.

## III. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. An immediate investigation into the qualifications of Matthew Sychla, including whether the required oath and bond have been filed with the Secretary of State.
2. A declaration that the office held by Matthew Sychla is **statutorily vacant** under Idaho law due to failure to qualify for office.
3. Recognition that all actions taken by Matthew Sychla are **null and void** and constitute **ultra vires acts**.

5

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW SYCHLA TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

4. Suspension of all proceedings in this case until a duly qualified official is appointed and verified.

5. Acknowledgment that this is a **political question** under Article IV, Section 4 of the Constitution and must be resolved in the appropriate federal forum.

6. Any additional relief deemed necessary to protect the integrity of the judicial process and my constitutional rights.

## IV. CONCLUSION

The failure of [Name] to take and file the required oath of office and bond constitutes a clear violation of state and federal law. This breach undermines the **Republican Form of Government**, conflicts with the **Supremacy Clause**, and renders all actions taken in this capacity **null and void**. Immediate corrective action is necessary to ensure compliance with the rule of law and restore public confidence in the legal system.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.**

Dated: _2-26-2025_

6

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW SYCHLA TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

Respectfully submitted,

_~Eric Buchanan~_

_Eric Buchanan_

] 10603 E 28TH SPOKANE WA 99206

**Certificate of Service**

I hereby certify that on **2-27-2025**, a true and correct copy of the foregoing affidavit was served via:

Matthew Sychla

Kootenai COUNTY POLICE

3819 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF120644974uS_

7

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF MATHEW SYCHLA TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA

County of _____ Spokane

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
　　　　DATE　　　　　　　　　　　　　　　　NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
　　　　　　　　　　　　　　　NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

```
KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029
```

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: 01/02/2029

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Disqualification*
Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

Plaintiff,

**U.S. COURTS**

MAR 0 7 2025

Rcvd_____ Filed_____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. CR28-23-6840

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY ZIEGLER TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

V.

**ERIC RAMON BUCHANAN**

Defendant.

1

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY ZIEGLER TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# I. INTRODUCTION

I, Eric Buchanan, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the purported public official, Casey Ziegler, holding the position of TRAFFIC OFFICER, is disqualified due to failure to meet the statutory and constitutional requirements necessary to qualify for public office.

2. Specifically, Casey Ziegler has failed to take and file the **oath of office** and provide the **official bond** required under Idaho law, rendering the office statutorily vacant.

3. The appointment and subsequent actions of Casey Ziegler constitute violations of **Article IV, Section 4** and **Article VI, Section 2** of the United States Constitution, which guarantee a **Republican Form of Government** and enforce federal supremacy over state actions.

4. Furthermore, these actions raise a **political question** under the Guarantee Clause that precludes adjudication by this state court.

## II. GROUNDS FOR DISQUALIFICATION

AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S
APPOINTMENT OF CASEY ZIEGLER TO EXECUTE THE POSITION OF
TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL
CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI,
SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE

CASE#_____

## 1. Failure to Take and File the Oath of Office

- Under **Idaho Code § 59-401**, all public officers must take and file an oath of office before assuming their duties:

  > *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

- Casey Ziegler has failed to comply with this requirement, thereby disqualifying them from performing any official duties.

## 2. Failure to File the Required Bond

- Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

  > *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- Casey Ziegler's failure to file a bond with the Secretary of State renders the office **vacant**, and all actions taken in this capacity are **null and void**.

3

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY ZIEGLER TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

CASE#_____

## 3. Vacant Office and Ultra Vires Acts

- The absence of an oath and bond creates a statutory vacancy under Idaho law, and any actions taken from this vacant office are **ultra vires** (beyond legal authority).

- Actions by unqualified individuals violate both state statutes and federal constitutional guarantees, depriving citizens of their due process rights.

- Any and all writings, including the complaint or indictment authored by CASEY ZIEGLER , were executed without any authority, constituting further **ultra vires acts** and rendering such documents legally void.

## 4. Violation of Article IV, Section 4 – Republican Form of Government

- The United States Constitution guarantees every state a **Republican Form of Government**, which requires that all public officials act within the limits of their lawful authority.

- Allowing individuals who have not properly qualified for office to act undermines the rule of law and violates the principles of representative government.

## 5. Supremacy Clause – Article VI, Section 2

- The Supremacy Clause establishes that the Constitution and federal laws are the **supreme law of the land**, preempting any conflicting state actions.

4

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY ZIEGLER TO EXECUTE THE POSITION OF TRAFFIC OFFICER  FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

- The failure of CASEY ZIEGLER to comply with constitutional and statutory requirements invalidates their authority under federal law.

## 6. Political Question Doctrine

- The determination of whether Casey Ziegler's actions violate the Guarantee Clause and federal constitutional protections is inherently a **political question** reserved for Congress and the federal judiciary.
- State courts lack jurisdiction over such matters, which involve the structure and function of government guaranteed under the Constitution.

## III. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. An immediate investigation into the qualifications of Casey Ziegler, including whether the required oath and bond have been filed with the Secretary of State.

2. A declaration that the office held by Casey Ziegler is **statutorily vacant** under Idaho law due to failure to qualify for office.

3. Recognition that all actions taken by Casey Ziegler are **null and void** and constitute **ultra vires acts**.

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY ZIEGLER TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

4. Suspension of all proceedings in this case until a duly qualified official is appointed and verified.

5. Acknowledgment that this is a **political question** under Article IV, Section 4 of the Constitution and must be resolved in the appropriate federal forum.

6. Any additional relief deemed necessary to protect the integrity of the judicial process and my constitutional rights.

## IV. CONCLUSION

The failure of [Name] to take and file the required oath of office and bond constitutes a clear violation of state and federal law. This breach undermines the **Republican Form of Government**, conflicts with the **Supremacy Clause**, and renders all actions taken in this capacity **null and void**. Immediate corrective action is necessary to ensure compliance with the rule of law and restore public confidence in the legal system.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.**

Dated: _6-26-2025_

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY ZIEGLER TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

UNDER GOD,

CASE#_____

Respectfully submitted,

_____

|  Eric Buchanan
'10603 E 28TH SPOKANE WA 99206

**Certificate of Service**

I hereby certify that on __2-27-2025__ , a true and correct copy of the foregoing

affidavit was served via:

Casey Ziegler

Kootenai COUNTY POLICE

3818 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

__RF120644974US__

**AFFIDAVIT OF DISQUALIFICATION OF THE ADMINISTRATIVE LAW JUDGE'S APPOINTMENT OF CASEY ZIEGLER TO EXECUTE THE POSITION OF TRAFFIC OFFICER FOR THE STATE OF IDAHO AS A FEDERAL CONSTITUTION VIOLATION OF ARTICLE IV, SECTION 4 AND ARTICLE VI, SECTION 2 UNDER THE POLITICAL QUESTION DOCTRINE**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____WA_____

County of _____Spokane_____

On __30 Jan 2025_____ before me, ____Katie Hiatt____
       DATE                                        NAME OF NOTARY PUBLIC

personally appeared ____Eric Ramon Buchanan_____
                                       NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: __01/02/2029_____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Disqualification*
                    Title of Document