UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI



STATE OF IDAHO

Plaintiff,

**U.S. COURTS**

MAR 07 2025

Rcvd _____ Filed _____ IIma _____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. CR28-23-6840

## AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING <u>LAMONT C BERECZ</u> THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY

V.

## ERIC RAMON BUCHANAN

Defendant.

1

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING LAMONT C BERECZ THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

CASE#_____

# I. INTRODUCTION

I, _Eric Ranon Buchanan_ , hereby declare and affirm under penalty of perjury

under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the questions raised in this case are fundamentally **political questions** under the United States Constitution and, therefore, beyond the jurisdiction of this state court to adjudicate.

2. The issues concern the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the Constitution and involve constitutional matters that are nonjusticiable in state courts.

3. The adjudication of such political questions is exclusively reserved for the federal judiciary or Congress. This doctrine protects the separation of powers and ensures the proper forum for resolving constitutional disputes.

# II. THE POLITICAL QUESTION DOCTRINE

1. **Definition and Constitutional Basis**

   The political question doctrine prevents courts from deciding issues that the Constitution has delegated to another branch of government or that lack judicially manageable standards for resolution.

2

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING LAMONT C BERECZ THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

As established in *Baker v. Carr*, 369 U.S. 186 (1962), political questions are those that:

- Rest on a textually demonstrable constitutional commitment of the issue to a coordinate political department: or

- Lack judicially discoverable and manageable standards for resolving the issue.

## 2. Article IV, Section 4 – Guarantee Clause

The Guarantee Clause states:

"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence."

Issues arising under the Guarantee Clause are inherently political, as they involve determinations about the structure and function of government, which are reserved for Congress and the federal courts.

## 3. Supremacy Clause – Article VI, Section 2

The Supremacy Clause establishes that the Constitution and federal laws are the supreme law of the land. State courts lack the authority to interpret or apply federal constitutional principles in a manner that conflicts with this supremacy.

3

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING LAMONT C BERECZ THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

## III. NONJUSTICIABILITY OF THE ISSUES IN THIS CASE

### 1. Violation of the Republican Form of Government

  - The actions of state officials, including unqualified administrative law judges and prosecutors, undermine the **Republican Form of Government** guaranteed by the Constitution.

  - Determining whether such actions violate the Guarantee Clause requires a political determination that is beyond the jurisdiction of this state court.

### 2. Lack of Judicially Manageable Standards

  - Adjudicating the validity of actions taken by officials acting without proper qualification under state law involves constitutional questions that lack judicially manageable standards for resolution.

  - As the Supreme Court has ruled, courts are ill-equipped to decide matters requiring assessments of political or structural governance.

### 3. Federal Jurisdiction and Preemption

  - The federal judiciary has exclusive jurisdiction over matters involving federal constitutional questions. This includes violations of the Guarantee Clause, the Supremacy Clause, and fundamental due process rights.

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING LAMONT C BERECZ THIS PURPORTED PUBLIC
OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES
WITHOUT AUTHORITY

c State courts are preempted from deciding such issues, which must be addressed in the appropriate federal forum.

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. A declaration that this case raises **nonjusticiable political questions** under the Guarantee Clause and the Supremacy Clause of the United States Constitution.
2. Dismissal of all claims and proceedings in this state court for lack of jurisdiction.
3. Recognition that the issues raised must be resolved by the federal judiciary or Congress, as required under the political question doctrine.
4. Any other relief deemed necessary to uphold constitutional principles and protect the integrity of the judicial process.

## V. CONCLUSION

The issues presented in this case involve political questions that are nonjusticiable in this state court. The determination of constitutional violations under the Guarantee Clause and Supremacy Clause requires federal jurisdiction and political determinations reserved for Congress or the

5

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING LAMONT C BERECZ THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY

CASE#_____

federal courts. Immediate corrective action is necessary to ensure compliance with the rule of

law and the proper adjudication of constitutional matters.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is**

**true and correct to the best of my knowledge and belief.**

**Dated:** 2-26-2025

**Respectfully submitted,**

Eric Ramon Buchanan

[Name] Eri Rmm = Buch

[Your Address] 10603 E 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-26-2025 , a true and correct copy of the foregoing

affidavit was served via:

LAMONT C BERECZ

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

6

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING LAMONT C BERECZ THIS PURPORTED PUBLIC
OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES
WITHOUT AUTHORITY**

UNDER GOD,

CASE#_____

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 965 us

_____

_____

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING LAMONT C BERECZ THIS PURPORTED PUBLIC
OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES
WITHOUT AUTHORITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ____WA____

County of ____Spokane____

On ____26 Feb 2025____ before me, ____Katie Hiatt____
        DATE                                    NAME OF NOTARY PUBLIC

personally appeared ____Eric Ramon Buchanan____
                              NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

____SIGNATURE OF NOTARY____

NOTARY SEAL

My commission expires: ____01/02/2029____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Unconstitutionality*
                Title of Document

UNDER GOD,

CASE#_____

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

U.S. COURTS

MAR 07 2025

Rcvd ___ Filed ___ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. CR28-23-6840

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION

DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL

OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT

AUTHORITY

V.

ERIC RAMON BUCHANAN

Defendant.

1

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL
OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT
AUTHORITY

CASE#_____

# I. INTRODUCTION

I, *Eric Buchanan*_____, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the questions raised in this case are fundamentally **political questions** under the United States Constitution and, therefore, beyond the jurisdiction of this state court to adjudicate.

2. The issues concern the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the Constitution and involve constitutional matters that are nonjusticiable in state courts.

3. The adjudication of such political questions is exclusively reserved for the federal judiciary or Congress. This doctrine protects the separation of powers and ensures the proper forum for resolving constitutional disputes.

---

# II. THE POLITICAL QUESTION DOCTRINE

1. **Definition and Constitutional Basis**

   o The political question doctrine prevents courts from deciding issues that the Constitution has delegated to another branch of government or that lack judicially manageable standards for resolution.

2

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

- o As established in *Baker v. Carr*, 369 U.S. 186 (1962), political questions are those that:

    - Rest on a textually demonstrable constitutional commitment of the issue to a coordinate political department; or

    - Lack judicially discoverable and manageable standards for resolving the issue.

2. **Article IV, Section 4 – Guarantee Clause**

    - o The Guarantee Clause states:

        "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence."

    - o Issues arising under the Guarantee Clause are inherently political, as they involve determinations about the structure and function of government, which are reserved for Congress and the federal courts.

3. **Supremacy Clause – Article VI, Section 2**

    - o The Supremacy Clause establishes that the Constitution and federal laws are the supreme law of the land. State courts lack the authority to interpret or apply federal constitutional principles in a manner that conflicts with this supremacy.

3

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

## III. NONJUSTICIABILITY OF THE ISSUES IN THIS CASE

1. **Violation of the Republican Form of Government**

   o   The actions of state officials, including unqualified administrative law judges and prosecutors, undermine the **Republican Form of Government** guaranteed by the Constitution.

   o   Determining whether such actions violate the Guarantee Clause requires a political determination that is beyond the jurisdiction of this state court.

2. **Lack of Judicially Manageable Standards**

   o   Adjudicating the validity of actions taken by officials acting without proper qualification under state law involves constitutional questions that lack judicially manageable standards for resolution.

   o   As the Supreme Court has ruled, courts are ill-equipped to decide matters requiring assessments of political or structural governance.

3. **Federal Jurisdiction and Preemption**

   o   The federal judiciary has exclusive jurisdiction over matters involving federal constitutional questions. This includes violations of the Guarantee Clause, the Supremacy Clause, and fundamental due process rights.

4

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

    ○  State courts are preempted from deciding such issues, which must be addressed in the appropriate federal forum.

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. A declaration that this case raises **nonjusticiable political questions** under the Guarantee Clause and the Supremacy Clause of the United States Constitution.

2. Dismissal of all claims and proceedings in this state court for lack of jurisdiction.

3. Recognition that the issues raised must be resolved by the federal judiciary or Congress, as required under the political question doctrine.

4. Any other relief deemed necessary to uphold constitutional principles and protect the integrity of the judicial process.

## V. CONCLUSION

The issues presented in this case involve political questions that are nonjusticiable in this state court. The determination of constitutional violations under the Guarantee Clause and Supremacy Clause requires federal jurisdiction and political determinations reserved for Congress or the

5

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

federal courts. Immediate corrective action is necessary to ensure compliance with the rule of

law and the proper adjudication of constitutional matters.

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is

true and correct to the best of my knowledge and belief.

Dated: _2-26-2025_

Respectfully submitted,

Cric-Ramon Buchanan

[Name] _Cric Ramon Buchanan_

[Your Address] _10603 C 28th Spokane Wa 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

JOHN CAFFERTY

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

6

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL
OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT
AUTHORITY**

UNDER GOD,

CASE#_____

BY UNITED STATES POST OFFICE REGISTERED MAIL

*RF 120 644 974 US*

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On ___30 Jan 2025___ before me, ___Katie Hiatt___
     DATE                                         NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan___
                                     NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

                                              SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029___

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Affidavit of Unconstitutionality
                          Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Rcvd _____ Filed _____ Iima Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-23-6840**

## AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING <u>JOHN CAFFERTY</u> THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

1

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY

CASE#_____

# I. INTRODUCTION

I, <u>Eric Buchanan</u>_____, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the questions raised in this case are fundamentally **political questions** under the United States Constitution and, therefore, beyond the jurisdiction of this state court to adjudicate.

2. The issues concern the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the Constitution and involve constitutional matters that are nonjusticiable in state courts.

3. The adjudication of such political questions is exclusively reserved for the federal judiciary or Congress. This doctrine protects the separation of powers and ensures the proper forum for resolving constitutional disputes.

# II. THE POLITICAL QUESTION DOCTRINE

1. **Definition and Constitutional Basis**

   c. The political question doctrine prevents courts from deciding issues that the Constitution has delegated to another branch of government or that lack judicially manageable standards for resolution.

2

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

CASE#_____

○ As established in *Baker v. Carr*, 369 U.S. 186 (1962), political questions are those that:

- Rest on a textually demonstrable constitutional commitment of the issue to a coordinate political department; or

- Lack judicially discoverable and manageable standards for resolving the issue.

2. **Article IV, Section 4 – Guarantee Clause**

○ The Guarantee Clause states:

"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence."

○ Issues arising under the Guarantee Clause are inherently political, as they involve determinations about the structure and function of government, which are reserved for Congress and the federal courts.

3. **Supremacy Clause – Article VI, Section 2**

○ The Supremacy Clause establishes that the Constitution and federal laws are the supreme law of the land. State courts lack the authority to interpret or apply federal constitutional principles in a manner that conflicts with this supremacy.

3

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

UNDER GOD,

CASE#_____

## III. NONJUSTICIABILITY OF THE ISSUES IN THIS CASE

1. **Violation of the Republican Form of Government**

   - The actions of state officials, including unqualified administrative law judges and prosecutors, undermine the **Republican Form of Government** guaranteed by the Constitution.

   - Determining whether such actions violate the Guarantee Clause requires a political determination that is beyond the jurisdiction of this state court.

2. **Lack of Judicially Manageable Standards**

   - Adjudicating the validity of actions taken by officials acting without proper qualification under state law involves constitutional questions that lack judicially manageable standards for resolution.

   - As the Supreme Court has ruled, courts are ill-equipped to decide matters requiring assessments of political or structural governance.

3. **Federal Jurisdiction and Preemption**

   - The federal judiciary has exclusive jurisdiction over matters involving federal constitutional questions. This includes violations of the Guarantee Clause, the Supremacy Clause, and fundamental due process rights.

4

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

    c  State courts are preempted from deciding such issues, which must be addressed in the appropriate federal forum.

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. A declaration that this case raises **nonjusticiable political questions** under the Guarantee Clause and the Supremacy Clause of the United States Constitution.

2. Dismissal of all claims and proceedings in this state court for lack of jurisdiction.

3. Recognition that the issues raised must be resolved by the federal judiciary or Congress, as required under the political question doctrine.

4. Any other relief deemed necessary to uphold constitutional principles and protect the integrity of the judicial process.

## V. CONCLUSION

The issues presented in this case involve political questions that are nonjusticiable in this state court. The determination of constitutional violations under the Guarantee Clause and Supremacy Clause requires federal jurisdiction and political determinations reserved for Congress or the

5

UNDER GOD,

CASE#_____

federal courts. Immediate corrective action is necessary to ensure compliance with the rule of

law and the proper adjudication of constitutional matters.

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is**

**true and correct to the best of my knowledge and belief.**

Dated: _2-26-2025_

**Respectfully submitted,**

[Name] _Eric Ramon Buchanan_

[Your Address] _10603 E 28th Spokane Wa 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

JOHN CAFFERTY

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

6

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL
OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT
AUTHORITY**

UNDER GOD,

CASE#_____

BY UNITED STATES POST OFFICE REGISTERED MAIL

_RF 120 644 974 US_____

_____

_____

7

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING JOHN CAFFERTY THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _____ 26 Feb 2025 _____ before me, _____ Katie Hiatt _____
                DATE                                               NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____,
                                                   NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Unconstitutionality*
                        Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

**U.S. COURTS**

MAR 07 2025

Rcvd _____ Filed _____ Time _____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-23-6840**

## AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING RICH CHRISTENSEN THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY

**V.**

## ERIC RAMON BUCHANAN

**Defendant.**

1

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING RICH CHRISTENSEN THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

CASE#_____

# I. INTRODUCTION

I, *Eric Buchanan*_____, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the questions raised in this case are fundamentally **political questions** under the United States Constitution and, therefore, beyond the jurisdiction of this state court to adjudicate.

2. The issues concern the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the Constitution and involve constitutional matters that are nonjusticiable in state courts.

3. The adjudication of such political questions is exclusively reserved for the federal judiciary or Congress. This doctrine protects the separation of powers and ensures the proper forum for resolving constitutional disputes.

---

# II. THE POLITICAL QUESTION DOCTRINE

1. **Definition and Constitutional Basis**

   o The political question doctrine prevents courts from deciding issues that the Constitution has delegated to another branch of government or that lack judicially manageable standards for resolution.

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING RICH CHRISTENSEN THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

- o As established in *Baker v. Carr*, 369 U.S. 186 (1962), political questions are those that:

  - Rest on a textually demonstrable constitutional commitment of the issue to a coordinate political department; or

  - Lack judicially discoverable and manageable standards for resolving the issue.

2. **Article IV, Section 4 – Guarantee Clause**

   - o The Guarantee Clause states:

     "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence."

   - o Issues arising under the Guarantee Clause are inherently political, as they involve determinations about the structure and function of government, which are reserved for Congress and the federal courts.

3. **Supremacy Clause – Article VI, Section 2**

   - o The Supremacy Clause establishes that the Constitution and federal laws are the supreme law of the land. State courts lack the authority to interpret or apply federal constitutional principles in a manner that conflicts with this supremacy.

3

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING RICH CHRISTENSEN THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

## III. NONJUSTICIABILITY OF THE ISSUES IN THIS CASE

1. **Violation of the Republican Form of Government**

   o The actions of state officials, including unqualified administrative law judges and prosecutors, undermine the **Republican Form of Government** guaranteed by the Constitution.

   o Determining whether such actions violate the Guarantee Clause requires a political determination that is beyond the jurisdiction of this state court.

2. **Lack of Judicially Manageable Standards**

   o Adjudicating the validity of actions taken by officials acting without proper qualification under state law involves constitutional questions that lack judicially manageable standards for resolution.

   o As the Supreme Court has ruled, courts are ill-equipped to decide matters requiring assessments of political or structural governance.

3. **Federal Jurisdiction and Preemption**

   o The federal judiciary has exclusive jurisdiction over matters involving federal constitutional questions. This includes violations of the Guarantee Clause, the Supremacy Clause, and fundamental due process rights.

4

- o State courts are preempted from deciding such issues, which must be addressed in the appropriate federal forum.

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. A declaration that this case raises **nonjusticiable political questions** under the Guarantee Clause and the Supremacy Clause of the United States Constitution.
2. Dismissal of all claims and proceedings in this state court for lack of jurisdiction.
3. Recognition that the issues raised must be resolved by the federal judiciary or Congress, as required under the political question doctrine.
4. Any other relief deemed necessary to uphold constitutional principles and protect the integrity of the judicial process.

## V. CONCLUSION

The issues presented in this case involve political questions that are nonjusticiable in this state court. The determination of constitutional violations under the Guarantee Clause and Supremacy Clause requires federal jurisdiction and political determinations reserved for Congress or the

5

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING RICH CHRISTENSEN THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

UNDER GOD,

CASE#_____

federal courts. Immediate corrective action is necessary to ensure compliance with the rule of

law and the proper adjudication of constitutional matters.

_____

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is**

**true and correct to the best of my knowledge and belief.**

Dated: 2-26-2025

Respectfully submitted,

Eric-Ramon Buch

[Name] Eric Ramon Buchanan

[Your Address] 10603 E 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-27-2025 , a true and correct copy of the foregoing

affidavit was served via:

RICH CHRISTENSEN

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

6

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING RICH CHRISTENSEN THIS PURPORTED PUBLIC
OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES
WITHOUT AUTHORITY**

UNDER GOD,

CASE#_____

BY UNITED STATES POST OFFICE REGISTERED MAIL

*RF 120 644 974 US*

_____

_____

7

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING RICH CHRISTENSEN THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _30 Jan 2025_ _____ before me, _Katie Hiatt_ _____
   DATE                              NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____ .
                              NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _01/02/2029_ _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Unconstitutionality*
           Title of Document

UNDER GOD,

CASE#_____

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

U.S. COURTS

MAR 0 7 2025

Rcvd____ Filed_____ IIma ___
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. CR28-23-6840

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION

DOCTRINE REGARDING Mathew Edwards THIS PURPORTED PUBLIC OFFICIAL

OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT

AUTHORITY

V.

ERIC RAMON BUCHANAN

Defendant.

1

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING Mathew Edwards THIS PURPORTED PUBLIC OFFICIAL
OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT
AUTHORITY

UNDER GOD,

CASE#_____

# I. INTRODUCTION

I, _Eric Ramon Buchanan_, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the questions raised in this case are fundamentally **political questions** under the United States Constitution and, therefore, beyond the jurisdiction of this state court to adjudicate.

2. The issues concern the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the Constitution and involve constitutional matters that are nonjusticiable in state courts.

3. The adjudication of such political questions is exclusively reserved for the federal judiciary or Congress. This doctrine protects the separation of powers and ensures the proper forum for resolving constitutional disputes.

---

# II. THE POLITICAL QUESTION DOCTRINE

1. **Definition and Constitutional Basis**
   - The political question doctrine prevents courts from deciding issues that the Constitution has delegated to another branch of government or that lack judicially manageable standards for resolution.

2

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Mathew Edwards THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

- o As established in *Baker v. Carr*, 369 U.S. 186 (1962), political questions are those that:

  - Rest on a textually demonstrable constitutional commitment of the issue to a coordinate political department; or

  - Lack judicially discoverable and manageable standards for resolving the issue.

2. **Article IV, Section 4 – Guarantee Clause**

   - o The Guarantee Clause states:

     "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence."

   - o Issues arising under the Guarantee Clause are inherently political, as they involve determinations about the structure and function of government, which are reserved for Congress and the federal courts.

3. **Supremacy Clause – Article VI, Section 2**

   - o The Supremacy Clause establishes that the Constitution and federal laws are the supreme law of the land. State courts lack the authority to interpret or apply federal constitutional principles in a manner that conflicts with this supremacy.

3

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Mathew Edwards THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

UNDER GOD,

CASE#_____

---

## III. NONJUSTICIABILITY OF THE ISSUES IN THIS CASE

1. **Violation of the Republican Form of Government**

   o  The actions of state officials, including unqualified administrative law judges and prosecutors, undermine the **Republican Form of Government** guaranteed by the Constitution.

   o  Determining whether such actions violate the Guarantee Clause requires a political determination that is beyond the jurisdiction of this state court.

2. **Lack of Judicially Manageable Standards**

   o  Adjudicating the validity of actions taken by officials acting without proper qualification under state law involves constitutional questions that lack judicially manageable standards for resolution.

   o  As the Supreme Court has ruled, courts are ill-equipped to decide matters requiring assessments of political or structural governance.

3. **Federal Jurisdiction and Preemption**

   o  The federal judiciary has exclusive jurisdiction over matters involving federal constitutional questions. This includes violations of the Guarantee Clause, the Supremacy Clause, and fundamental due process rights.

4

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING Mathew Edwards THIS PURPORTED PUBLIC OFFICIAL
OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT
AUTHORITY**

UNDER GOD,

CASE#_____

- o State courts are preempted from deciding such issues, which must be addressed in the appropriate federal forum.

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. A declaration that this case raises **nonjusticiable political questions** under the Guarantee Clause and the Supremacy Clause of the United States Constitution.
2. Dismissal of all claims and proceedings in this state court for lack of jurisdiction.
3. Recognition that the issues raised must be resolved by the federal judiciary or Congress, as required under the political question doctrine.
4. Any other relief deemed necessary to uphold constitutional principles and protect the integrity of the judicial process.

## V. CONCLUSION

The issues presented in this case involve political questions that are nonjusticiable in this state court. The determination of constitutional violations under the Guarantee Clause and Supremacy Clause requires federal jurisdiction and political determinations reserved for Congress or the

5

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Mathew Edwards THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

UNDER GOD,

CASE#_____

federal courts. Immediate corrective action is necessary to ensure compliance with the rule of

law and the proper adjudication of constitutional matters.

_____

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is**

**true and correct to the best of my knowledge and belief.**

**Dated:** 2-26-2025

**Respectfully submitted,**

Eric Ramon Buchanan

10603 C 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-27-2025 , a true and correct copy of the foregoing

affidavit was served via:

Mathew Edwards

Kootenai COUNTY POLICE

3820 N Schreiber Way, Coeur d'Alene ID 83814

6

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING Mathew Edwards THIS PURPORTED PUBLIC OFFICIAL
OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT
AUTHORITY**

UNDER GOD,

CASE#_____

BY UNITED STATES POST OFFICE REGISTERED MAIL

*RF 120 644 974 US* _____

_____

_____

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Mathew Edwards THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____WA_____

County of _____Spokane_____

On __30 Jan 2025__ before me, __Katie Hiatt__
          DATE                                    NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan___
                              NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26019
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: __01/02/2029__

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Unconstitutionality*
                Title of Document

UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

**Plaintiff,**

Case No. CR28-23-6840

U.S. COURTS

MAR 07 2025

Rcvd _____ Filed _____ lime _mail_
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Molly Nivison THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

V.

**ERIC RAMON BUCHANAN**

**Defendant.**

1

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Molly Nivison THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

UNDER GOD,

CASE#_____

# I. INTRODUCTION

I, *Eric Buchanan*_____, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the questions raised in this case are fundamentally **political questions** under the United States Constitution and, therefore, beyond the jurisdiction of this state court to adjudicate.

2. The issues concern the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the Constitution and involve constitutional matters that are nonjusticiable in state courts.

3. The adjudication of such political questions is exclusively reserved for the federal judiciary or Congress. This doctrine protects the separation of powers and ensures the proper forum for resolving constitutional disputes.

---

# II. THE POLITICAL QUESTION DOCTRINE

1. **Definition and Constitutional Basis**
   o The political question doctrine prevents courts from deciding issues that the Constitution has delegated to another branch of government or that lack judicially manageable standards for resolution.

2

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Molly Nivison THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

- As established in *Baker v. Carr*, 369 U.S. 186 (1962), political questions are those that:

  - Rest on a textually demonstrable constitutional commitment of the issue to a coordinate political department; or

  - Lack judicially discoverable and manageable standards for resolving the issue.

2. **Article IV, Section 4 – Guarantee Clause**

   - The Guarantee Clause states:

     "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence."

   - Issues arising under the Guarantee Clause are inherently political, as they involve determinations about the structure and function of government, which are reserved for Congress and the federal courts.

3. **Supremacy Clause – Article VI, Section 2**

   - The Supremacy Clause establishes that the Constitution and federal laws are the supreme law of the land. State courts lack the authority to interpret or apply federal constitutional principles in a manner that conflicts with this supremacy.

3

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Molly Nivison THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

# III. NONJUSTICIABILITY OF THE ISSUES IN THIS CASE

1. **Violation of the Republican Form of Government**

   - The actions of state officials, including unqualified administrative law judges and prosecutors, undermine the **Republican Form of Government** guaranteed by the Constitution.

   - Determining whether such actions violate the Guarantee Clause requires a political determination that is beyond the jurisdiction of this state court.

2. **Lack of Judicially Manageable Standards**

   - Adjudicating the validity of actions taken by officials acting without proper qualification under state law involves constitutional questions that lack judicially manageable standards for resolution.

   - As the Supreme Court has ruled, courts are ill-equipped to decide matters requiring assessments of political or structural governance.

3. **Federal Jurisdiction and Preemption**

   - The federal judiciary has exclusive jurisdiction over matters involving federal constitutional questions. This includes violations of the Guarantee Clause, the Supremacy Clause, and fundamental due process rights.

4

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Molly Nivison THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

    o  State courts are preempted from deciding such issues, which must be addressed in

the appropriate federal forum.

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1.  A declaration that this case raises **nonjusticiable political questions** under the Guarantee
    Clause and the Supremacy Clause of the United States Constitution.

2.  Dismissal of all claims and proceedings in this state court for lack of jurisdiction.

3.  Recognition that the issues raised must be resolved by the federal judiciary or Congress,
    as required under the political question doctrine.

4.  Any other relief deemed necessary to uphold constitutional principles and protect the
    integrity of the judicial process.

## V. CONCLUSION

The issues presented in this case involve political questions that are nonjusticiable in this state

court. The determination of constitutional violations under the Guarantee Clause and Supremacy

Clause requires federal jurisdiction and political determinations reserved for Congress or the

UNDER GOD,

CASE#_____

federal courts. Immediate corrective action is necessary to ensure compliance with the rule of

law and the proper adjudication of constitutional matters.

---

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is**

**true and correct to the best of my knowledge and belief.**

**Dated:** _2-26-2025_

**Respectfully submitted,**

_Eric Ramon Buchanan_

_Eric Ramon Buchanan_

_10603 E 28th Spokane Wa 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

Molly Nivison

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

6

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING Molly Nivison THIS PURPORTED PUBLIC OFFICIAL OF
THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT
AUTHORITY**

UNDER GOD,

CASE#_____

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 924 U S _____

_____

_____

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Molly Nivison THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _30 Jan 2025_ before me, _____ Katie Hiatt _____
    DATE                            NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                  NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

> KATIE HIATT
> Notary Public
> State of Washington
> Commission # 26015
> My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _01/02/2029_

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Affidavit of Unconstitutionality*
Title of Document

UNDER GOD,

CASE#_____

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

Case No. CR28-23-6840

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION

DOCTRINE REGARDING <u>CASEY SIMMONS</u> THIS PURPORTED PUBLIC

OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES

WITHOUT AUTHORITY

V.

ERIC RAMON BUCHANAN

Defendant.

1

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING CASEY SIMMONS THIS PURPORTED PUBLIC
OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES
WITHOUT AUTHORITY**

CASE#_____

# I. INTRODUCTION

I, *Eric Buchanan*_____, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the questions raised in this case are fundamentally **political questions** under the United States Constitution and, therefore, beyond the jurisdiction of this state court to adjudicate.

2. The issues concern the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the Constitution and involve constitutional matters that are nonjusticiable in state courts.

3. The adjudication of such political questions is exclusively reserved for the federal judiciary or Congress. This doctrine protects the separation of powers and ensures the proper forum for resolving constitutional disputes.

---

# II. THE POLITICAL QUESTION DOCTRINE

1. **Definition and Constitutional Basis**

   o The political question doctrine prevents courts from deciding issues that the Constitution has delegated to another branch of government or that lack judicially manageable standards for resolution.

2

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING CASEY SIMMONS THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

   o  As established in *Baker v. Carr*, 369 U.S. 186 (1962), political questions are those that:

- Rest on a textually demonstrable constitutional commitment of the issue to a coordinate political department; or

- Lack judicially discoverable and manageable standards for resolving the issue.

2. **Article IV, Section 4 – Guarantee Clause**

   o  The Guarantee Clause states:

> "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence."

   o  Issues arising under the Guarantee Clause are inherently political, as they involve determinations about the structure and function of government, which are reserved for Congress and the federal courts.

3. **Supremacy Clause – Article VI, Section 2**

   o  The Supremacy Clause establishes that the Constitution and federal laws are the supreme law of the land. State courts lack the authority to interpret or apply federal constitutional principles in a manner that conflicts with this supremacy.

3

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING CASEY SIMMONS THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

## III. NONJUSTICIABILITY OF THE ISSUES IN THIS CASE

1. **Violation of the Republican Form of Government**

   o   The actions of state officials, including unqualified administrative law judges and
       prosecutors, undermine the **Republican Form of Government** guaranteed by the
       Constitution.

   o   Determining whether such actions violate the Guarantee Clause requires a
       political determination that is beyond the jurisdiction of this state court.

2. **Lack of Judicially Manageable Standards**

   o   Adjudicating the validity of actions taken by officials acting without proper
       qualification under state law involves constitutional questions that lack judicially
       manageable standards for resolution.

   o   As the Supreme Court has ruled, courts are ill-equipped to decide matters
       requiring assessments of political or structural governance.

3. **Federal Jurisdiction and Preemption**

   o   The federal judiciary has exclusive jurisdiction over matters involving federal
       constitutional questions. This includes violations of the Guarantee Clause, the
       Supremacy Clause, and fundamental due process rights.

4

   o  State courts are preempted from deciding such issues, which must be addressed in
      the appropriate federal forum.

_____

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. A declaration that this case raises **nonjusticiable political questions** under the Guarantee
   Clause and the Supremacy Clause of the United States Constitution.

2. Dismissal of all claims and proceedings in this state court for lack of jurisdiction.

3. Recognition that the issues raised must be resolved by the federal judiciary or Congress,
   as required under the political question doctrine.

4. Any other relief deemed necessary to uphold constitutional principles and protect the
   integrity of the judicial process.

_____

## V. CONCLUSION

The issues presented in this case involve political questions that are nonjusticiable in this state
court. The determination of constitutional violations under the Guarantee Clause and Supremacy
Clause requires federal jurisdiction and political determinations reserved for Congress or the

5

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING CASEY SIMMONS THIS PURPORTED PUBLIC
OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES
WITHOUT AUTHORITY**

UNDER GOD,

CASE#_____

federal courts. Immediate corrective action is necessary to ensure compliance with the rule of

law and the proper adjudication of constitutional matters.

_____

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is**

**true and correct to the best of my knowledge and belief.**

**Dated: 2-26-2025**

**Respectfully submitted,**

*Eric Ramon Buchanan*

[Name] *Eric Ramon Buchanan*

[Your Address] *10603 E 28th Spokane Wa 99206*

**Certificate of Service**

I hereby certify that on **2-27-2025** , a true and correct copy of the foregoing

affidavit was served via:

CASEY SIMMONS

Kootenai County Courthouse

501 Government Way, Coeur d'Alene ID 83814

6

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING CASEY SIMMONS THIS PURPORTED PUBLIC
OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES
WITHOUT AUTHORITY**

UNDER GOD,

CASE#_____

BY UNITED STATES POST OFFICE REGISTERED MAIL

*RF120 644 974 u S* _____

_____

_____

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING CASEY SIMMONS THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
              DATE                               NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

> KATIE HIATT
> Notary Public
> State of Washington
> Commission # 26015
> My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ____ 01/02/2029 _____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Affidavit of Unconstitutionality
                 Title of Document

UNDER GOD,

CASE#_____

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

Case No. CR28-23-6840

U.S. COURTS

MAR 07 2025

Rcvd_____Filed_____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Matthew Sychla THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

V.

**ERIC RAMON BUCHANAN**

**Defendant.**

1

CASE#_____

# I. INTRODUCTION

I, _Eric Buchanan_ , hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the questions raised in this case are fundamentally **political questions** under the United States Constitution and, therefore, beyond the jurisdiction of this state court to adjudicate.

2. The issues concern the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the Constitution and involve constitutional matters that are nonjusticiable in state courts.

3. The adjudication of such political questions is exclusively reserved for the federal judiciary or Congress. This doctrine protects the separation of powers and ensures the proper forum for resolving constitutional disputes.

## II. THE POLITICAL QUESTION DOCTRINE

1. **Definition and Constitutional Basis**

   o The political question doctrine prevents courts from deciding issues that the Constitution has delegated to another branch of government or that lack judicially manageable standards for resolution.

2

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Matthew Sychla THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

- As established in *Baker v. Carr*, 369 U.S. 186 (1962), political questions are those that:

    - Rest on a textually demonstrable constitutional commitment of the issue to a coordinate political department; or

    - Lack judicially discoverable and manageable standards for resolving the issue.

2. **Article IV, Section 4 – Guarantee Clause**

    - The Guarantee Clause states:

        "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence."

    - Issues arising under the Guarantee Clause are inherently political, as they involve determinations about the structure and function of government, which are reserved for Congress and the federal courts.

3. **Supremacy Clause – Article VI, Section 2**

    - The Supremacy Clause establishes that the Constitution and federal laws are the supreme law of the land. State courts lack the authority to interpret or apply federal constitutional principles in a manner that conflicts with this supremacy.

3

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Matthew Sychla THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

## III. NONJUSTICIABILITY OF THE ISSUES IN THIS CASE

1. **Violation of the Republican Form of Government**

   o The actions of state officials, including unqualified administrative law judges and prosecutors, undermine the **Republican Form of Government** guaranteed by the Constitution.

   o Determining whether such actions violate the Guarantee Clause requires a political determination that is beyond the jurisdiction of this state court.

2. **Lack of Judicially Manageable Standards**

   o Adjudicating the validity of actions taken by officials acting without proper qualification under state law involves constitutional questions that lack judicially manageable standards for resolution.

   o As the Supreme Court has ruled, courts are ill-equipped to decide matters requiring assessments of political or structural governance.

3. **Federal Jurisdiction and Preemption**

   o The federal judiciary has exclusive jurisdiction over matters involving federal constitutional questions. This includes violations of the Guarantee Clause, the Supremacy Clause, and fundamental due process rights.

4

○ State courts are preempted from deciding such issues, which must be addressed in the appropriate federal forum.

---

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. A declaration that this case raises **nonjusticiable political questions** under the Guarantee Clause and the Supremacy Clause of the United States Constitution.
2. Dismissal of all claims and proceedings in this state court for lack of jurisdiction.
3. Recognition that the issues raised must be resolved by the federal judiciary or Congress, as required under the political question doctrine.
4. Any other relief deemed necessary to uphold constitutional principles and protect the integrity of the judicial process.

---

## V. CONCLUSION

The issues presented in this case involve political questions that are nonjusticiable in this state court. The determination of constitutional violations under the Guarantee Clause and Supremacy Clause requires federal jurisdiction and political determinations reserved for Congress or the

5

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Matthew Sychla THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

UNDER GOD,

CASE#_____

federal courts. Immediate corrective action is necessary to ensure compliance with the rule of

law and the proper adjudication of constitutional matters.

_____

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is**

**true and correct to the best of my knowledge and belief.**

**Dated:** _2-26-2025_

**Respectfully submitted,**

_Eric Ramon Buchanan_

[Name] _Eric Ramon Buchanan_

[Your Address] _10603 E 28th Spokane Wa 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

Matthew Sychla

Kootenai COUNTY POLICE

3819 N Schreiber Way, Coeur d'Alene ID 83814

6

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION**
**DOCTRINE REGARDING Matthew Sychla THIS PURPORTED PUBLIC OFFICIAL OF**
**THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT**
**AUTHORITY**

UNDER GOD,

CASE#_____

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 974 US _____

[  _____

_____

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Matthew Sychla THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA_____

County of _____Spokane_____

On _30 Jan 2025_____ before me, _____Katie Hiatt_____
                    DATE                                    NAME OF NOTARY PUBLIC

personally appeared _____Eric Ramon Buchanan_____,
                                        NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029_____

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Affidavit of Unconstitutionality
Title of Document

UNDER GOD,

CASE#_____

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

Case No. CR28-23-6840

U.S. COURTS

MAR 07 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION

DOCTRINE REGARDING Casey Ziegler THIS PURPORTED PUBLIC OFFICIAL OF

THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT

AUTHORITY

V.

ERIC RAMON BUCHANAN

Defendant.

1

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING Casey Ziegler THIS PURPORTED PUBLIC OFFICIAL OF
THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT
AUTHORITY

UNDER GOD,

CASE#_____

# I. INTRODUCTION

I, *Eric Buchanan*_____, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This affidavit asserts that the questions raised in this case are fundamentally **political questions** under the United States Constitution and, therefore, beyond the jurisdiction of this state court to adjudicate.

2. The issues concern the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the Constitution and involve constitutional matters that are nonjusticiable in state courts.

3. The adjudication of such political questions is exclusively reserved for the federal judiciary or Congress. This doctrine protects the separation of powers and ensures the proper forum for resolving constitutional disputes.

# II. THE POLITICAL QUESTION DOCTRINE

1. **Definition and Constitutional Basis**
   - The political question doctrine prevents courts from deciding issues that the Constitution has delegated to another branch of government or that lack judicially manageable standards for resolution.

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Casey Ziegler THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY

- As established in *Baker v. Carr*, 369 U.S. 186 (1962), political questions are those that:

    - Rest on a textually demonstrable constitutional commitment of the issue to a coordinate political department; or

    - Lack judicially discoverable and manageable standards for resolving the issue.

2. **Article IV, Section 4 – Guarantee Clause**

    - The Guarantee Clause states:

        "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence."

    - Issues arising under the Guarantee Clause are inherently political, as they involve determinations about the structure and function of government, which are reserved for Congress and the federal courts.

3. **Supremacy Clause – Article VI, Section 2**

    - The Supremacy Clause establishes that the Constitution and federal laws are the supreme law of the land. State courts lack the authority to interpret or apply federal constitutional principles in a manner that conflicts with this supremacy.

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Casey Ziegler THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

## III. NONJUSTICIABILITY OF THE ISSUES IN THIS CASE

1. **Violation of the Republican Form of Government**
   - o The actions of state officials, including unqualified administrative law judges and prosecutors, undermine the **Republican Form of Government** guaranteed by the Constitution.
   - o Determining whether such actions violate the Guarantee Clause requires a political determination that is beyond the jurisdiction of this state court.

2. **Lack of Judicially Manageable Standards**
   - o Adjudicating the validity of actions taken by officials acting without proper qualification under state law involves constitutional questions that lack judicially manageable standards for resolution.
   - o As the Supreme Court has ruled, courts are ill-equipped to decide matters requiring assessments of political or structural governance.

3. **Federal Jurisdiction and Preemption**
   - o The federal judiciary has exclusive jurisdiction over matters involving federal constitutional questions. This includes violations of the Guarantee Clause, the Supremacy Clause, and fundamental due process rights.

4

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING Casey Ziegler THIS PURPORTED PUBLIC OFFICIAL OF
THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT
AUTHORITY

○ State courts are preempted from deciding such issues, which must be addressed in the appropriate federal forum.

---

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. A declaration that this case raises **nonjusticiable political questions** under the Guarantee Clause and the Supremacy Clause of the United States Constitution.
2. Dismissal of all claims and proceedings in this state court for lack of jurisdiction.
3. Recognition that the issues raised must be resolved by the federal judiciary or Congress, as required under the political question doctrine.
4. Any other relief deemed necessary to uphold constitutional principles and protect the integrity of the judicial process.

---

## V. CONCLUSION

The issues presented in this case involve political questions that are nonjusticiable in this state court. The determination of constitutional violations under the Guarantee Clause and Supremacy Clause requires federal jurisdiction and political determinations reserved for Congress or the

5

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION DOCTRINE REGARDING Casey Ziegler THIS PURPORTED PUBLIC OFFICIAL OF THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT AUTHORITY**

CASE#_____

federal courts. Immediate corrective action is necessary to ensure compliance with the rule of

law and the proper adjudication of constitutional matters.

_____

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is**

**true and correct to the best of my knowledge and belief.**

**Dated:** 2-26-2025

**Respectfully submitted,**

Eric Ramon Buchanan

[Name] Eric Ramon Buchanan

[Your Address] 10603 C 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-27-2025 , a true and correct copy of the foregoing

affidavit was served via:

Casey Ziegler

Kootenai COUNTY POLICE

3818 N Schreiber Way, Coeur d'Alene ID 83814

6

**AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING Casey Ziegler THIS PURPORTED PUBLIC OFFICIAL OF
THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT
AUTHORITY**

UNDER GOD,

CASE#_____

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 974 US _____

_____

_____

AFFIDAVIT OF UNCONSTITUTIONALITY UNDER THE POLITICAL QUESTION
DOCTRINE REGARDING Casey Ziegler THIS PURPORTED PUBLIC OFFICIAL OF
THE OFFICE OF TRUST AND PROFIT EXECUTING DUTIES WITHOUT
AUTHORITY

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On __30 Jan 2025_____ before me, ___Katie Hiatt_____
           DATE                                      NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan_____
                               NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: __01/02/2029_____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

**Affidavit of Unconstitutionality**
Title of Document