UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Rcvd_____ Filed_____ ___ Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-24-1747**

## NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF LAMONT C BERECZ an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

## I. AUTHORITY OF WE THE PEOPLE

1

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF LAMONT C BERECZ an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse

CASE#_____

We, the People of the State of Idaho, hereby issue this Notice of Vacancy under the authority vested in us by the Idaho State Constitution and the United States Constitution. The foundational principles of constitutional governance empower the people to amend, change, or disregard any government actions that are inconsistent with the constitutional form of government guaranteed to the states under **Article IV, Section 4** of the United States Constitution.

This notice is issued in recognition of the statutory and constitutional violations committed by individuals purporting to act as public officials who have failed to qualify for office and whose actions undermine the rule of law and the constitutional form of government.

## II. GROUNDS FOR VACANCY

1. **Failure to Take and File the Oath of Office**

   - Under **Idaho Code § 59-401**, every public officer must take and file an oath of office before assuming the duties of their position:

       *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

   - Failure to take and file the oath of office disqualifies the individual from performing any official duties.

2

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF LAMONT C BERECZ an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

CASE#_____

2. **Failure to File the Required Bond**

   Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

   > *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

   Without filing the required bond, any actions taken by these individuals are null and void.

3. **Violation of Constitutional Principles**

   Actions executed by individuals from vacant offices are a direct violation of the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the United States Constitution and the Supremacy Clause under **Article VI, Section 2.**

   These actions also violate the due process protections guaranteed under the Fifth and Fourteenth Amendments.

4. **Ultra Vires Acts**

   Actions taken by individuals without proper qualification are **ultra vires** (beyond their legal authority) and are therefore invalid and unenforceable.

5. **Criminal Offenses Under Idaho Code § 18-7011**

   Pretending to hold public office or unlawfully exercising its duties is a criminal offense:

3

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF LAMONT C BERECZ an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

CASE#_____

*"Every person who shall unlawfully exercise any of the functions of a public office without having taken and filed the oath of office or given bond as required by law shall be guilty of a misdemeanor."*

## III. DECLARATION OF VACANCY

Based on the foregoing, We the People of the State of Idaho hereby declare the office(s) held by unqualified individuals to be **vacant**. This vacancy is recognized under Idaho law and the principles of constitutional governance. All actions taken by these individuals are declared **null and void** and are without legal effect.

## IV. RELIEF REQUESTED

We the People respectfully request the following relief:

1. Immediate cessation of all actions executed by individuals occupying vacant offices.
2. A formal investigation into the qualifications of all public officers involved in this case, including their compliance with the requirements to take and file an oath and bond.
3. A declaration recognizing the statutory vacancy of any office held by unqualified individuals.

4. Any additional relief deemed necessary to restore constitutional governance and protect the integrity of the judicial process.

# V. CONCLUSION

This Notice of Vacancy is issued to ensure compliance with the Idaho State Constitution, the United States Constitution, and statutory requirements governing public office. The actions of individuals who fail to qualify for office undermine the rule of law, erode public trust, and violate the foundational principles of constitutional governance. Immediate action is required to rectify these violations and restore the integrity of government operations in the State of Idaho.

Dated: *2-26-2025*

Respectfully submitted,

*Eric-Ramon', Buchanan*

[Name] *Eric-Ramon' Buch*

[Your Address] *10603 E 28th Spokane Wa 99206*

## Certificate of Service

I hereby certify that on *2-26-2025*, a true and correct copy of the foregoing affidavit was served via:

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF LAMONT C BERECZ an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

CASE#_____

LAMONT C BERECZ
Kootenai County Courthouse
501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 965 US _____

_____

_____

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF LAMONT C BERECZ an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _____ 26 Feb 2025 _____ before me, _____ Katie Hiatt _____
          DATE                                      NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____,
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

NOTICE OF VACANCY
Title of Document

UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Rcvd_____Filed_____Time__Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-24-1747**

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF JOHN CAFFERTY** an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

# I. AUTHORITY OF WE THE PEOPLE

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF JOHN CAFFERTY an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

CASE#_____

We, the People of the State of Idaho, hereby issue this Notice of Vacancy under the authority vested in us by the Idaho State Constitution and the United States Constitution. The foundational principles of constitutional governance empower the people to amend, change, or disregard any government actions that are inconsistent with the constitutional form of government guaranteed to the states under **Article IV, Section 4** of the United States Constitution.

This notice is issued in recognition of the statutory and constitutional violations committed by individuals purporting to act as public officials who have failed to qualify for office and whose actions undermine the rule of law and the constitutional form of government.

---

## II. GROUNDS FOR VACANCY

1. **Failure to Take and File the Oath of Office**
   - Under **Idaho Code § 59-401**, every public officer must take and file an oath of office before assuming the duties of their position:

     > *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

   - Failure to take and file the oath of office disqualifies the individual from performing any official duties.

2

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF JOHN CAFFERTY an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

2. **Failure to File the Required Bond**

   o Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

   > *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

   o Without filing the required bond, any actions taken by these individuals are null and void.

3. **Violation of Constitutional Principles**

   o Actions executed by individuals from vacant offices are a direct violation of the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the United States Constitution and the Supremacy Clause under **Article VI, Section 2**.

   o These actions also violate the due process protections guaranteed under the Fifth and Fourteenth Amendments.

4. **Ultra Vires Acts**

   o Actions taken by individuals without proper qualification are **ultra vires** (beyond their legal authority) and are therefore invalid and unenforceable.

5. **Criminal Offenses Under Idaho Code § 18-7011**

   o Pretending to hold public office or unlawfully exercising its duties is a criminal offense:

3

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF JOHN CAFFERTY an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

CASE#_____

*"Every person who shall unlawfully exercise any of the functions of a*

*public office without having taken and filed the oath of office or given*

*bond as required by law shall be guilty of a misdemeanor."*

---

## III. DECLARATION OF VACANCY

Based on the foregoing, We the People of the State of Idaho hereby declare the office(s) held by

unqualified individuals to be **vacant**. This vacancy is recognized under Idaho law and the

principles of constitutional governance. All actions taken by these individuals are declared **null**

**and void** and are without legal effect.

---

## IV. RELIEF REQUESTED

We the People respectfully request the following relief:

1. Immediate cessation of all actions executed by individuals occupying vacant offices.

2. A formal investigation into the qualifications of all public officers involved in this case,

   including their compliance with the requirements to take and file an oath and bond.

3. A declaration recognizing the statutory vacancy of any office held by unqualified

   individuals.

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC**
**OFFICE OF TRUST AND PROFIT OF JOHN CAFFERTY an employee executing the**
**duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency**
**Kootenai County Courthouse**

4. Any additional relief deemed necessary to restore constitutional governance and protect the integrity of the judicial process.

---

## V. CONCLUSION

This Notice of Vacancy is issued to ensure compliance with the Idaho State Constitution, the United States Constitution, and statutory requirements governing public office. The actions of individuals who fail to qualify for office undermine the rule of law, erode public trust, and violate the foundational principles of constitutional governance. Immediate action is required to rectify these violations and restore the integrity of government operations in the State of Idaho.

Dated: 2-26-2025

Respectfully submitted,

*Cric-Ramon 'Buel*

i Eric Ramon Buchanan
10603 E 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-26-2025, a true and correct copy of the foregoing affidavit was served via:

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF JOHN CAFFERTY an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

CASE#_____

JOHN CAFFERTY
Kootenai County Courthouse
·501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644965 US

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF JOHN CAFFERTY an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On ___30 Jan 2025___ before me, ___Katie Hiatt___
     DATE                               NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan___,
                                  NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

```
*************************
KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029
*************************
```

SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029___

---

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

___Notice of Vacancy___
Title of Document

UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

**Case No. CR28-24-1747**

U.S. COURTS

MAR 07 2025

Rcvd _____ Filed _____ time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF RICH CHRISTENSEN an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

V.

**ERIC RAMON BUCHANAN**

**Defendant.**

# I. AUTHORITY OF WE THE PEOPLE

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF RICH CHRISTENSEN an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse

UNDER GOD,

We, the People of the State of Idaho, hereby issue this Notice of Vacancy under the authority

vested in us by the Idaho State Constitution and the United States Constitution. The foundational

principles of constitutional governance empower the people to amend, change, or disregard any

government actions that are inconsistent with the constitutional form of government guaranteed

to the states under **Article IV, Section 4** of the United States Constitution.

This notice is issued in recognition of the statutory and constitutional violations committed by

individuals purporting to act as public officials who have failed to qualify for office and whose

actions undermine the rule of law and the constitutional form of government.

---

## II. GROUNDS FOR VACANCY

1. **Failure to Take and File the Oath of Office**

   o Under **Idaho Code § 59-401**, every public officer must take and file an oath of

   office before assuming the duties of their position:

   > *"Every officer elected or appointed under any law of this state must,*
   >
   > *before entering upon the duties of his office, take and subscribe an oath or*
   >
   > *affirmation to support the Constitution of the United States and the*
   >
   > *Constitution of the state of Idaho."*

   o Failure to take and file the oath of office disqualifies the individual from

   performing any official duties.

2

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC
OFFICE OF TRUST AND PROFIT OF RICH CHRISTENSEN an employee executing the
duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency
Kootenai County Courthouse**

CASE#_____

2. **Failure to File the Required Bond**

   o Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

   *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

   o Without filing the required bond, any actions taken by these individuals are null and void.

3. **Violation of Constitutional Principles**

   o Actions executed by individuals from vacant offices are a direct violation of the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the United States Constitution and the Supremacy Clause under **Article VI, Section 2.**

   o These actions also violate the due process protections guaranteed under the Fifth and Fourteenth Amendments.

4. **Ultra Vires Acts**

   o Actions taken by individuals without proper qualification are **ultra vires** (beyond their legal authority) and are therefore invalid and unenforceable.

5. **Criminal Offenses Under Idaho Code § 18-7011**

   o Pretending to hold public office or unlawfully exercising its duties is a criminal offense:

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF RICH CHRISTENSEN an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

CASE#_____

*"Every person who shall unlawfully exercise any of the functions of a public office without having taken and filed the oath of office or given bond as required by law shall be guilty of a misdemeanor."*

## III. DECLARATION OF VACANCY

Based on the foregoing, We the People of the State of Idaho hereby declare the office(s) held by unqualified individuals to be **vacant**. This vacancy is recognized under Idaho law and the principles of constitutional governance. All actions taken by these individuals are declared **null and void** and are without legal effect.

## IV. RELIEF REQUESTED

We the People respectfully request the following relief:

1. Immediate cessation of all actions executed by individuals occupying vacant offices.

2. A formal investigation into the qualifications of all public officers involved in this case, including their compliance with the requirements to take and file an oath and bond.

3. A declaration recognizing the statutory vacancy of any office held by unqualified individuals.

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF RICH CHRISTENSEN an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

CASE#_____

4. Any additional relief deemed necessary to restore constitutional governance and protect the integrity of the judicial process.

---

# V. CONCLUSION

This Notice of Vacancy is issued to ensure compliance with the Idaho State Constitution, the United States Constitution, and statutory requirements governing public office. The actions of individuals who fail to qualify for office undermine the rule of law, erode public trust, and violate the foundational principles of constitutional governance. Immediate action is required to rectify these violations and restore the integrity of government operations in the State of Idaho.

Dated: 2-26-2025

Respectfully submitted,

[Name] Eric Ramon Buchanan

[Your Address] 10603 E 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-26-2025 , a true and correct copy of the foregoing affidavit was served via:

5

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF RICH CHRISTENSEN an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

CASE#_____

RICH CHRISTENSEN
Kootenai County Courthouse
501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

*RF 120644 965 US* _____

_____

] _____

6

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF RICH CHRISTENSEN** an employee executing the duties of the office of **JUDGE** and Agent of **STATE GOVERNMENT** of the state Agency **Kootenai County Courthouse**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _30 Jan 2025_____ before me, _____Katie Hiatt_____
                **DATE**                                    **NAME OF NOTARY PUBLIC**

personally appeared _____Eric Ramon Buchanan_____
                                             **NAME OF SIGNERS(S)**

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires:___01/02/2029_____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

_notice of Vacancy_
Title of Document

UNDER GOD,

CASE#_____

## IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
## OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

**STATE OF IDAHO**

**Plaintiff,**

U.S. COURTS

MAR 07 2025

Rcvd _____ Filed _____ _____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**Case No. CR28-24-1747**

## NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Mathew Edwards an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

## I. AUTHORITY OF WE THE PEOPLE

1

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Mathew Edwards an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE**

UNDER GOD,

CASE#_____

We, the People of the State of Idaho, hereby issue this Notice of Vacancy under the authority

vested in us by the Idaho State Constitution and the United States Constitution. The foundational

principles of constitutional governance empower the people to amend, change, or disregard any

government actions that are inconsistent with the constitutional form of government guaranteed

to the states under **Article IV, Section 4** of the United States Constitution.

This notice is issued in recognition of the statutory and constitutional violations committed by

individuals purporting to act as public officials who have failed to qualify for office and whose

actions undermine the rule of law and the constitutional form of government.

---

## II. GROUNDS FOR VACANCY

1. **Failure to Take and File the Oath of Office**

   o Under **Idaho Code § 59-401**, every public officer must take and file an oath of

     office before assuming the duties of their position:

     > *"Every officer elected or appointed under any law of this state must,*
     > *before entering upon the duties of his office, take and subscribe an oath or*
     > *affirmation to support the Constitution of the United States and the*
     > *Constitution of the state of Idaho."*

   o Failure to take and file the oath of office disqualifies the individual from

     performing any official duties.

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Mathew Edwards an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE**

2. **Failure to File the Required Bond**

   o Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

      *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

   o Without filing the required bond, any actions taken by these individuals are null and void.

3. **Violation of Constitutional Principles**

   o Actions executed by individuals from vacant offices are a direct violation of the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the United States Constitution and the Supremacy Clause under **Article VI, Section 2.**

   o These actions also violate the due process protections guaranteed under the Fifth and Fourteenth Amendments.

4. **Ultra Vires Acts**

   o Actions taken by individuals without proper qualification are **ultra vires** (beyond their legal authority) and are therefore invalid and unenforceable.

5. **Criminal Offenses Under Idaho Code § 18-7011**

   o Pretending to hold public office or unlawfully exercising its duties is a criminal offense:

3

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Mathew Edwards an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE**

UNDER GOD,

CASE#_____

*"Every person who shall unlawfully exercise any of the functions of a*

*public office without having taken and filed the oath of office or given*

*bond as required by law shall be guilty of a misdemeanor."*

---

## III. DECLARATION OF VACANCY

Based on the foregoing, We the People of the State of Idaho hereby declare the office(s) held by unqualified individuals to be **vacant**. This vacancy is recognized under Idaho law and the principles of constitutional governance. All actions taken by these individuals are declared **null and void** and are without legal effect.

---

## IV. RELIEF REQUESTED

We the People respectfully request the following relief:

1. Immediate cessation of all actions executed by individuals occupying vacant offices.

2. A formal investigation into the qualifications of all public officers involved in this case, including their compliance with the requirements to take and file an oath and bond.

3. A declaration recognizing the statutory vacancy of any office held by unqualified individuals.

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Mathew Edwards an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE

UNDER GOD,

CASE#_____

4. Any additional relief deemed necessary to restore constitutional governance and protect the integrity of the judicial process.

---

## V. CONCLUSION

This Notice of Vacancy is issued to ensure compliance with the Idaho State Constitution, the United States Constitution, and statutory requirements governing public office. The actions of individuals who fail to qualify for office undermine the rule of law, erode public trust, and violate the foundational principles of constitutional governance. Immediate action is required to rectify these violations and restore the integrity of government operations in the State of Idaho.

**Dated:** 2-26-2025

**Respectfully submitted,**

[Name] Eric Ramon Buchanan

[Your Address] 10603 E 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-26-2025 , a true and correct copy of the foregoing affidavit was served via:

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Mathew Edwards an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE**

UNDER GOD,

CASE#_____

Mathew Edwards
Kootenai COUNTY POLICE
3820 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

*RF 120 644 965 US* _____

_____

_____

6

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Mathew Edwards an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____WA_____

County of _____Spokane_____

On __30 Jan 2025_____ before me, ____Katie Hiatt_____
       DATE                                         NAME OF NOTARY PUBLIC

personally appeared ____Eric Ramon Buchanan_____.
                                        NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: __01/02/2029_____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

_Notice of Vacancy_
Title of Document

UNDER GOD,

CASE#_____

**IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT**

**OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI**

U.S. COURTS

MAR 07 2025

Rcvd_____Filed_____Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**STATE OF IDAHO**

**Plaintiff,**

**Case No. CR28-24-1747**

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC**

**OFFICE OF TRUST AND PROFIT OF Molly Nivison an employee executing the duties of**

**the office of PROSECUTING ATTORNEY and Agent of STATE GOVERNMENT of the**

**state Agency Kootenai County Courthouse**

**V.**

**ERIC RAMON BUCHANAN**

**Defendant.**

# I. AUTHORITY OF WE THE PEOPLE

1

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC**
**OFFICE OF TRUST AND PROFIT OF Molly Nivison an employee executing the duties of**
**the office of PROSECUTING ATTORNEY and Agent of STATE GOVERNMENT of the**
**state Agency Kootenai County Courthouse**

UNDER GOD,

CASE#_____

We, the People of the State of Idaho, hereby issue this Notice of Vacancy under the authority

vested in us by the Idaho State Constitution and the United States Constitution. The foundational

principles of constitutional governance empower the people to amend, change, or disregard any

government actions that are inconsistent with the constitutional form of government guaranteed

to the states under **Article IV, Section 4** of the United States Constitution.

This notice is issued in recognition of the statutory and constitutional violations committed by

individuals purporting to act as public officials who have failed to qualify for office and whose

actions undermine the rule of law and the constitutional form of government.

---

## II. GROUNDS FOR VACANCY

1. **Failure to Take and File the Oath of Office**

   o Under **Idaho Code § 59-401**, every public officer must take and file an oath of

   office before assuming the duties of their position:

   > *"Every officer elected or appointed under any law of this state must,*
   >
   > *before entering upon the duties of his office, take and subscribe an oath or*
   >
   > *affirmation to support the Constitution of the United States and the*
   >
   > *Constitution of the state of Idaho."*

   o Failure to take and file the oath of office disqualifies the individual from

   performing any official duties.

2

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Molly Nivison an employee executing the duties of the office of PROSECUTING ATTORNEY and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

CASE#_____

2. **Failure to File the Required Bond**

   o Under **Idaho Code § 59-406,** public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

   > *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

   o Without filing the required bond, any actions taken by these individuals are null and void.

3. **Violation of Constitutional Principles**

   o Actions executed by individuals from vacant offices are a direct violation of the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the United States Constitution and the Supremacy Clause under **Article VI, Section 2.**

   o These actions also violate the due process protections guaranteed under the Fifth and Fourteenth Amendments.

4. **Ultra Vires Acts**

   o Actions taken by individuals without proper qualification are **ultra vires** (beyond their legal authority) and are therefore invalid and unenforceable.

5. **Criminal Offenses Under Idaho Code § 18-7011**

   o Pretending to hold public office or unlawfully exercising its duties is a criminal offense:

3

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Molly Nivison an employee executing the duties of the office of PROSECUTING ATTORNEY and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

CASE#_____

*"Every person who shall unlawfully exercise any of the functions of a*

*public office without having taken and filed the oath of office or given*

*bond as required by law shall be guilty of a misdemeanor."*

---

## III. DECLARATION OF VACANCY

Based on the foregoing, We the People of the State of Idaho hereby declare the office(s) held by unqualified individuals to be **vacant**. This vacancy is recognized under Idaho law and the principles of constitutional governance. All actions taken by these individuals are declared **null and void** and are without legal effect.

---

## IV. RELIEF REQUESTED

We the People respectfully request the following relief:

1. Immediate cessation of all actions executed by individuals occupying vacant offices.
2. A formal investigation into the qualifications of all public officers involved in this case, including their compliance with the requirements to take and file an oath and bond.
3. A declaration recognizing the statutory vacancy of any office held by unqualified individuals.

4

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Molly Nivison an employee executing the duties of the office of PROSECUTING ATTORNEY and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse

UNDER GOD,

4. Any additional relief deemed necessary to restore constitutional governance and protect the integrity of the judicial process.

---

## V. CONCLUSION

This Notice of Vacancy is issued to ensure compliance with the Idaho State Constitution, the United States Constitution, and statutory requirements governing public office. The actions of individuals who fail to qualify for office undermine the rule of law, erode public trust, and violate the foundational principles of constitutional governance. Immediate action is required to rectify these violations and restore the integrity of government operations in the State of Idaho.

Dated: 2-26-2025

Respectfully submitted,

[Name] Eric Ramon Buchanan

[Your Address] 10603 E 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-26-2025, a true and correct copy of the foregoing affidavit was served via:

5

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Molly Nivison an employee executing the duties of the office of PROSECUTING ATTORNEY and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

CASE#_____

Molly Nivison
Kootenai County Courthouse
501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 965 US _____

_____

_____

6

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Molly Nivison an employee executing the duties of the office of PROSECUTING ATTORNEY and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
    DATE                                    NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____.
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

_____ Notice of Vacaruc) _____
            Title of Document

UNDER GOD,

CASE#_____

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

U.S. COURTS

MAR 07 2025

Rcvd____ Filed____ Time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. CR28-24-1747

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC

OFFICE OF TRUST AND PROFIT OF DESTRY RANDLES an employee executing the

duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency

Kootenai County Courthouse

V.

ERIC RAMON BUCHANAN

Defendant.

# I. AUTHORITY OF WE THE PEOPLE

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC
OFFICE OF TRUST AND PROFIT OF DESTRY RANDLES an employee executing the
duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency
Kootenai County Courthouse

UNDER GOD,

We, the People of the State of Idaho, hereby issue this Notice of Vacancy under the authority vested in us by the Idaho State Constitution and the United States Constitution. The foundational principles of constitutional governance empower the people to amend, change, or disregard any government actions that are inconsistent with the constitutional form of government guaranteed to the states under **Article IV, Section 4** of the United States Constitution.

This notice is issued in recognition of the statutory and constitutional violations committed by individuals purporting to act as public officials who have failed to qualify for office and whose actions undermine the rule of law and the constitutional form of government.

---

## II. GROUNDS FOR VACANCY

1. **Failure to Take and File the Oath of Office**

   o Under **Idaho Code § 59-401**, every public officer must take and file an oath of office before assuming the duties of their position:

   > *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

   o Failure to take and file the oath of office disqualifies the individual from performing any official duties.

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF DESTRY RANDLES an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

2. **Failure to File the Required Bond**

   o Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

   > *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

   o Without filing the required bond, any actions taken by these individuals are null and void.

3. **Violation of Constitutional Principles**

   o Actions executed by individuals from vacant offices are a direct violation of the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the United States Constitution and the Supremacy Clause under **Article VI, Section 2**.

   o These actions also violate the due process protections guaranteed under the Fifth and Fourteenth Amendments.

4. **Ultra Vires Acts**

   o Actions taken by individuals without proper qualification are **ultra vires** (beyond their legal authority) and are therefore invalid and unenforceable.

5. **Criminal Offenses Under Idaho Code § 18-7011**

   o Pretending to hold public office or unlawfully exercising its duties is a criminal offense:

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF DESTRY RANDLES an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse

UNDER GOD,

CASE#_____

*"Every person who shall unlawfully exercise any of the functions of a public office without having taken and filed the oath of office or given bond as required by law shall be guilty of a misdemeanor."*

## III. DECLARATION OF VACANCY

Based on the foregoing, We the People of the State of Idaho hereby declare the office(s) held by unqualified individuals to be **vacant**. This vacancy is recognized under Idaho law and the principles of constitutional governance. All actions taken by these individuals are declared **null and void** and are without legal effect.

## IV. RELIEF REQUESTED

We the People respectfully request the following relief:

1. Immediate cessation of all actions executed by individuals occupying vacant offices.

2. A formal investigation into the qualifications of all public officers involved in this case, including their compliance with the requirements to take and file an oath and bond.

3. A declaration recognizing the statutory vacancy of any office held by unqualified individuals.

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF DESTRY RANDLES an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse

UNDER GOD,

CASE#_____

4. Any additional relief deemed necessary to restore constitutional governance and protect the integrity of the judicial process.

---

## V. CONCLUSION

This Notice of Vacancy is issued to ensure compliance with the Idaho State Constitution, the United States Constitution, and statutory requirements governing public office. The actions of individuals who fail to qualify for office undermine the rule of law, erode public trust, and violate the foundational principles of constitutional governance. Immediate action is required to rectify these violations and restore the integrity of government operations in the State of Idaho.

Dated: 2-26-2025

Respectfully submitted,

[Name] Eric Ramon Buchanan

[Your Address] 10603 E 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-26-2025, a true and correct copy of the foregoing affidavit was served via:

5

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF DESTRY RANDLES an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

CASE#_____

DESTRY RANDLES
Kootenai County Courthouse
501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 965 US

6

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF DESTRY RANDLES an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
     DATE                                            NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

```
KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029
```

_____ SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Notice of vacancy
               Title of Document

UNDER GOD,

CASE#_____

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

---

STATE OF IDAHO

Plaintiff,

U.S. COURTS

Case No. CR28-24-1747 Rcvd____ Filed____ time mail

MAR 07 2025

STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC

OFFICE OF TRUST AND PROFIT OF CASEY SIMMONS an employee executing the

duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency

Kootenai County Courthouse

---

V.

ERIC RAMON BUCHANAN

Defendant.

---

# I. AUTHORITY OF WE THE PEOPLE

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC
OFFICE OF TRUST AND PROFIT OF CASEY SIMMONS an employee executing the
duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency
Kootenai County Courthouse

UNDER GOD,

CASE#_____

We, the People of the State of Idaho, hereby issue this Notice of Vacancy under the authority

vested in us by the Idaho State Constitution and the United States Constitution. The foundational

principles of constitutional governance empower the people to amend, change, or disregard any

government actions that are inconsistent with the constitutional form of government guaranteed

to the states under **Article IV, Section 4** of the United States Constitution.

This notice is issued in recognition of the statutory and constitutional violations committed by

individuals purporting to act as public officials who have failed to qualify for office and whose

actions undermine the rule of law and the constitutional form of government.

---

## II. GROUNDS FOR VACANCY

1. **Failure to Take and File the Oath of Office**

   o   Under **Idaho Code § 59-401**, every public officer must take and file an oath of

   office before assuming the duties of their position:

   > *"Every officer elected or appointed under any law of this state must,*
   >
   > *before entering upon the duties of his office, take and subscribe an oath or*
   >
   > *affirmation to support the Constitution of the United States and the*
   >
   > *Constitution of the state of Idaho."*

   o   Failure to take and file the oath of office disqualifies the individual from

   performing any official duties.

2

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF CASEY SIMMONS an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

CASE#_____

2. **Failure to File the Required Bond**

- Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

  *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- Without filing the required bond, any actions taken by these individuals are null and void.

3. **Violation of Constitutional Principles**

- Actions executed by individuals from vacant offices are a direct violation of the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the United States Constitution and the Supremacy Clause under **Article VI, Section 2**.

- These actions also violate the due process protections guaranteed under the Fifth and Fourteenth Amendments.

4. **Ultra Vires Acts**

- Actions taken by individuals without proper qualification are **ultra vires** (beyond their legal authority) and are therefore invalid and unenforceable.

5. **Criminal Offenses Under Idaho Code § 18-7011**

- Pretending to hold public office or unlawfully exercising its duties is a criminal offense:

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF CASEY SIMMONS an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

UNDER GOD,

*"Every person who shall unlawfully exercise any of the functions of a*

*public office without having taken and filed the oath of office or given*

*bond as required by law shall be guilty of a misdemeanor."*

---

## III. DECLARATION OF VACANCY

Based on the foregoing, We the People of the State of Idaho hereby declare the office(s) held by unqualified individuals to be **vacant**. This vacancy is recognized under Idaho law and the principles of constitutional governance. All actions taken by these individuals are declared **null and void** and are without legal effect.

---

## IV. RELIEF REQUESTED

We the People respectfully request the following relief:

1. Immediate cessation of all actions executed by individuals occupying vacant offices.

2. A formal investigation into the qualifications of all public officers involved in this case, including their compliance with the requirements to take and file an oath and bond.

3. A declaration recognizing the statutory vacancy of any office held by unqualified individuals.

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF CASEY SIMMONS an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

CASE#_____

4. Any additional relief deemed necessary to restore constitutional governance and protect the integrity of the judicial process.

## V. CONCLUSION

This Notice of Vacancy is issued to ensure compliance with the Idaho State Constitution, the United States Constitution, and statutory requirements governing public office. The actions of individuals who fail to qualify for office undermine the rule of law, erode public trust, and violate the foundational principles of constitutional governance. Immediate action is required to rectify these violations and restore the integrity of government operations in the State of Idaho.

Dated: 2 - 26 - 2025

Respectfully submitted,

[Name] Eric Ramon Buchanan

[Your Address] 10603 C 28th Spokane Wa 99206

### Certificate of Service

I hereby certify that on 2 - 26 - 2025 , a true and correct copy of the foregoing affidavit was served via:

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF CASEY SIMMONS an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse

5

UNDER GOD,

CASE#_____

CASEY SIMMONS
Kootenai County Courthouse
501 Government Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 965 US _____

_____

_____

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF CASEY SIMMONS an employee executing the duties of the office of JUDGE and Agent of STATE GOVERNMENT of the state Agency Kootenai County Courthouse**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On ___30 Jan 2025___ before me, ___Katie Hiatt___
   DATE         NAME OF NOTARY PUBLIC

personally appeared ___Eric Ramon Buchanan___ .
          NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

```
KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029
```

           SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029___

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

      DESCRIPTION OF ATTACHED DOCUMENT

    ___Notice of Vacancy___
      Title of Document

UNDER GOD,

CASE#_____

# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

Case No. CR28-24-1747

*U.S. COURTS*

MAR 07 2025

Rcvd _____ Filed _____ Time _____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Matthew Sychla an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE

V.

ERIC RAMON BUCHANAN

Defendant.

# I. AUTHORITY OF WE THE PEOPLE

1

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Matthew Sychla an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE

CASE#_____

We, the People of the State of Idaho, hereby issue this Notice of Vacancy under the authority

vested in us by the Idaho State Constitution and the United States Constitution. The foundational

principles of constitutional governance empower the people to amend, change, or disregard any

government actions that are inconsistent with the constitutional form of government guaranteed

to the states under **Article IV, Section 4** of the United States Constitution.

This notice is issued in recognition of the statutory and constitutional violations committed by

individuals purporting to act as public officials who have failed to qualify for office and whose

actions undermine the rule of law and the constitutional form of government.

---

## II. GROUNDS FOR VACANCY

1. **Failure to Take and File the Oath of Office**

   ○ Under **Idaho Code § 59-401**, every public officer must take and file an oath of

   office before assuming the duties of their position:

   > *"Every officer elected or appointed under any law of this state must,*
   >
   > *before entering upon the duties of his office, take and subscribe an oath or*
   >
   > *affirmation to support the Constitution of the United States and the*
   >
   > *Constitution of the state of Idaho."*

   ○ Failure to take and file the oath of office disqualifies the individual from

   performing any official duties.

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF** Matthew Sychla an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE

2. **Failure to File the Required Bond**

   o Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

   > *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

   o Without filing the required bond, any actions taken by these individuals are null and void.

3. **Violation of Constitutional Principles**

   o Actions executed by individuals from vacant offices are a direct violation of the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the United States Constitution and the Supremacy Clause under **Article VI, Section 2.**

   o These actions also violate the due process protections guaranteed under the Fifth and Fourteenth Amendments.

4. **Ultra Vires Acts**

   o Actions taken by individuals without proper qualification are **ultra vires** (beyond their legal authority) and are therefore invalid and unenforceable.

5. **Criminal Offenses Under Idaho Code § 18-7011**

   o Pretending to hold public office or unlawfully exercising its duties is a criminal offense:

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF** Matthew Sychla an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE

CASE#_____

*"Every person who shall unlawfully exercise any of the functions of a*

*public office without having taken and filed the oath of office or given*

*bond as required by law shall be guilty of a misdemeanor."*

---

## III. DECLARATION OF VACANCY

Based on the foregoing, We the People of the State of Idaho hereby declare the office(s) held by unqualified individuals to be **vacant**. This vacancy is recognized under Idaho law and the principles of constitutional governance. All actions taken by these individuals are declared **null and void** and are without legal effect.

---

## IV. RELIEF REQUESTED

We the People respectfully request the following relief:

1. Immediate cessation of all actions executed by individuals occupying vacant offices.
2. A formal investigation into the qualifications of all public officers involved in this case, including their compliance with the requirements to take and file an oath and bond.
3. A declaration recognizing the statutory vacancy of any office held by unqualified individuals.

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Matthew Sychla an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE

4

UNDER GOD,

CASE#_____

4. Any additional relief deemed necessary to restore constitutional governance and protect the integrity of the judicial process.

_____

## V. CONCLUSION

This Notice of Vacancy is issued to ensure compliance with the Idaho State Constitution, the United States Constitution, and statutory requirements governing public office. The actions of individuals who fail to qualify for office undermine the rule of law, erode public trust, and violate the foundational principles of constitutional governance. Immediate action is required to rectify these violations and restore the integrity of government operations in the State of Idaho.

Dated: 2-26-2025

Respectfully submitted,

_Eric-Ramon:Buchanan_

[Name] Eric Ramon Buchanan

[Your Address] 10603 E 28th Spokane Wa 99206

## Certificate of Service

I hereby certify that on 2-26-2025, a true and correct copy of the foregoing affidavit was served via:

5

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Matthew Sychla an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE

UNDER GOD,

CASE#_____

Matthew Sychla
Kootenai COUNTY POLICE
3819 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

*RF120644 965 US*

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC
OFFICE OF TRUST AND PROFIT OF Matthew Sychla an employee executing the duties
of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state
Agency Kootenai COUNTY POLICE

6

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _30 Jan 2025_____ before me, _____Katie Hiatt_____
         DATE                                           NAME OF NOTARY PUBLIC

personally appeared _____Eric Ramon Buchanan_____.
                                            NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029_____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

_Notice of Vacancy_
Title of Document

UNDER GOD,

CASE#_____

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

U.S. COURTS

MAR 07 2025

Rcvd____Filed____time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. CR28-24-1747

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC

OFFICE OF TRUST AND PROFIT OF Casey Ziegler an employee executing the duties of

the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state

Agency Kootenai COUNTY POLICE

V.

ERIC RAMON BUCHANAN

Defendant.

## I. AUTHORITY OF WE THE PEOPLE

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC
OFFICE OF TRUST AND PROFIT OF Casey Ziegler an employee executing the duties of
the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state
Agency Kootenai COUNTY POLICE

CASE#_____

We, the People of the State of Idaho, hereby issue this Notice of Vacancy under the authority vested in us by the Idaho State Constitution and the United States Constitution. The foundational principles of constitutional governance empower the people to amend, change, or disregard any government actions that are inconsistent with the constitutional form of government guaranteed to the states under **Article IV, Section 4** of the United States Constitution.

This notice is issued in recognition of the statutory and constitutional violations committed by individuals purporting to act as public officials who have failed to qualify for office and whose actions undermine the rule of law and the constitutional form of government.

---

## II. GROUNDS FOR VACANCY

1. **Failure to Take and File the Oath of Office**

   o Under **Idaho Code § 59-401**, every public officer must take and file an oath of office before assuming the duties of their position:

   > *"Every officer elected or appointed under any law of this state must, before entering upon the duties of his office, take and subscribe an oath or affirmation to support the Constitution of the United States and the Constitution of the state of Idaho."*

   o Failure to take and file the oath of office disqualifies the individual from performing any official duties.

2

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Casey Ziegler an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE**

## 2. Failure to File the Required Bond

- Under **Idaho Code § 59-406**, public officers must file an official bond as a condition of assuming office. Failure to do so creates a vacancy:

  *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- Without filing the required bond, any actions taken by these individuals are null and void.

## 3. Violation of Constitutional Principles

- Actions executed by individuals from vacant offices are a direct violation of the **Republican Form of Government** guaranteed under **Article IV, Section 4** of the United States Constitution and the Supremacy Clause under **Article VI, Section 2.**

- These actions also violate the due process protections guaranteed under the Fifth and Fourteenth Amendments.

## 4. Ultra Vires Acts

- Actions taken by individuals without proper qualification are **ultra vires** (beyond their legal authority) and are therefore invalid and unenforceable.

## 5. Criminal Offenses Under Idaho Code § 18-7011

- Pretending to hold public office or unlawfully exercising its duties is a criminal offense:

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Casey Ziegler an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE**

CASE#_____

*"Every person who shall unlawfully exercise any of the functions of a public office without having taken and filed the oath of office or given bond as required by law shall be guilty of a misdemeanor."*

---

## III. DECLARATION OF VACANCY

Based on the foregoing, We the People of the State of Idaho hereby declare the office(s) held by unqualified individuals to be **vacant**. This vacancy is recognized under Idaho law and the principles of constitutional governance. All actions taken by these individuals are declared **null and void** and are without legal effect.

---

## IV. RELIEF REQUESTED

We the People respectfully request the following relief:

1. Immediate cessation of all actions executed by individuals occupying vacant offices.
2. A formal investigation into the qualifications of all public officers involved in this case, including their compliance with the requirements to take and file an oath and bond.
3. A declaration recognizing the statutory vacancy of any office held by unqualified individuals.

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Casey Ziegler an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE

4. Any additional relief deemed necessary to restore constitutional governance and protect the integrity of the judicial process.

_____

# V. CONCLUSION

This Notice of Vacancy is issued to ensure compliance with the Idaho State Constitution, the United States Constitution, and statutory requirements governing public office. The actions of individuals who fail to qualify for office undermine the rule of law, erode public trust, and violate the foundational principles of constitutional governance. Immediate action is required to rectify these violations and restore the integrity of government operations in the State of Idaho.

Dated: 2-26-2025

Respectfully submitted,

[Name] Eric Ramon Buchanan

[Your Address] 10603 C 28th Spokane Wa 99206

**Certificate of Service**

I hereby certify that on 2-26-2025, a true and correct copy of the foregoing affidavit was served via:

NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Casey Ziegler an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE

UNDER GOD,

CASE#_____

Casey Ziegler
Kootenai COUNTY POLICE
3818 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF 120 644 965 US

**NOTICE OF VACANCY ISSUED UNDER THE STATE CONSTITUTION FOR PUBLIC OFFICE OF TRUST AND PROFIT OF Casey Ziegler an employee executing the duties of the office of TRAFFIC OFFICER and Agent of STATE GOVERNMENT of the state Agency Kootenai COUNTY POLICE**

6

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _30 Jan 2025_ before me, _Katie Hiatt_
      DATE                        NAME OF NOTARY PUBLIC

personally appeared _Eric Ramon Buchanan_
                                  NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _01/02/2029_

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

_____
Title of Document