UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
# OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

Case No. CR28-24-1747

V.

ERIC RAMON BUCHANAN

Defendant.

U.S. COURTS

MAR 07 2025

Recv'd ___ Filed ___ Time mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Mathew Edwards WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

1

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Mathew Edwards WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

UNDER GOD,

CASE#_____

## I. INTRODUCTION

I, _Eric Buchanan_, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This constitutional objection challenges the authority of traffic officers to determine my legal capacity as a private, natural person traveling in my personal capacity.

2. I did not knowingly or voluntarily waive any rights, including my right to assert or waive protections guaranteed under the United States and Idaho Constitutions.

3. The arrest conducted by these traffic officers constitutes an **arbitrary arrest, hostage-taking**, and a violation of both constitutional and international protections.

## II. OBJECTIONS TO THE AUTHORITY OF TRAFFIC OFFICERS

### 1. Lack of Authority to Determine Legal Capacity

- Traffic officers are not vested with the authority to determine the legal capacity of a private, natural person traveling in their personal property.

- As a private individual, I was not operating in commerce, and my actions fall outside the jurisdiction of traffic laws that govern commercial activities.

2

CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Mathew Edwards WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO

- Arbitrary arrest and detention constitute violations of both domestic and international legal standards, including protections against **hostage-taking** under the Universal Declaration of Human Rights and customary international law.

---

## III. CONSTITUTIONAL AND LEGAL VIOLATIONS

1. **Violation of Due Process Rights**
   o The Fifth and Fourteenth Amendments guarantee my right to due process of law. Arbitrary actions by traffic officers deprived me of this fundamental protection.

2. **Violation of the Fourth Amendment**
   o The Fourth Amendment protects against unreasonable searches and seizures. My arrest, conducted without a valid warrant or probable cause, directly violated this protection.

3. **Violation of the Right to Travel**
   o As established in **Shapiro v. Thompson**, 394 U.S. 618 (1969), and other precedents, the right to travel is a fundamental constitutional right. The officers' actions unlawfully restricted my freedom of movement without due process.

4. **Ultra Vires Acts by Traffic Officers**
   o By exceeding their legal authority, the traffic officers acted **ultra vires** (beyond legal authority), rendering their actions null and void.

4

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Mathew Edwards WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

CASE#_____

### 5. Violation of Idaho Code § 18-7011 – Pretending to Hold Office

- Under Idaho Code § 18-7011, any person who unlawfully exercises the duties of a public office without being legally qualified commits a misdemeanor:

  *"Every person who shall unlawfully exercise any of the functions of a public office without having taken and filed the oath of office or given bond as required by law shall be guilty of a misdemeanor."*

- The traffic officers acted unlawfully by executing duties of office without proper qualification, rendering their actions a criminal offense.

### 6. Violation of Idaho Code § 59-406 – Vacant Office

- Idaho law explicitly states that an office becomes vacant if the officer fails to take and file the required oath and bond:

  *"Every office shall become vacant on the happening of any of the following events before the expiration of the term: ... (4) His refusal or neglect to file his official oath or bond within the time prescribed."*

- The actions taken by traffic officers from such vacant positions are null and void.

### 7. Violation of International Protections

- Arbitrary detention and arrest contravene international human rights standards, including Article 9 of the Universal Declaration of Human Rights:

5

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Mathew Edwards WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

CASE#_____

*"No one shall be subjected to arbitrary arrest, detention, or exile."*

- o The actions of the traffic officers constitute **hostage-taking**, as they unlawfully detained me without proper legal authority or justification.

8. **Violation of Due Process Rights**
   - o The Fifth and Fourteenth Amendments guarantee my right to due process of law. Arbitrary actions by traffic officers deprived me of this fundamental protection.

9. **Violation of the Fourth Amendment**
   - o The Fourth Amendment protects against unreasonable searches and seizures. My arrest, conducted without a valid warrant or probable cause, directly violated this protection.

10. **Violation of the Right to Travel**
    - o As established in **Shapiro v. Thompson**, 394 U.S. 618 (1969), and other precedents, the right to travel is a fundamental constitutional right. The officers' actions unlawfully restricted my freedom of movement without due process.

11. **Ultra Vires Acts by Traffic Officers**
    - o By exceeding their legal authority, the traffic officers acted **ultra vires** (beyond legal authority), rendering their actions null and void.

12. **Violation of International Protections**
    - o Arbitrary detention and arrest contravene international human rights standards, including Article 9 of the Universal Declaration of Human Rights:

6

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Mathew Edwards WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

UNDER GOD,

CASE#_____

"No one shall be subjected to arbitrary arrest, detention, or exile."

o The actions of the traffic officers constitute **hostage-taking**, as they unlawfully detained me without proper legal authority or justification.

---

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. A formal declaration that the actions of the traffic officers were unlawful, unconstitutional, and exceeded their legal authority.
2. Immediate dismissal of all charges arising from the unlawful arrest and detention.
3. Recognition that the officers' actions constituted arbitrary arrest and violated my fundamental constitutional rights.
4. Acknowledgment that these actions are inconsistent with both domestic and international legal protections.
5. Any additional relief deemed necessary to restore my constitutional rights and ensure accountability for the unlawful actions of the traffic officers.

---

## V. CONCLUSION

CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Mathew Edwards WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO

UNDER GOD,

The traffic officers' actions in this case constitute a clear violation of my constitutional and legal

protections. Their lack of authority to determine my legal capacity, coupled with their unlawful

arrest, underscores the need for immediate corrective action. These ultra vires acts undermine the

rule of law and erode public trust in the legal system. I respectfully request that the court address

these violations and take appropriate measures to uphold the Constitution and restore my rights.

------

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is**

**true and correct to the best of my knowledge and belief.**

Dated: _2-26-2025_

Respectfully submitted,

_Eric Buchanan_

_10603 E 28TH AVE SPOKANE WA 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

8

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Mathew Edwards WHO
IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE
STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND
DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY
TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR
THE STATE OF IDAHO**

UNDER GOD,

CASE#_____

Mathew Edwards

Kootenai COUNTY POLICE

3820 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF120644974US

_____

_____

9

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Mathew Edwards WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

# ALL-PURPOSE ACKNOWLEDGMENT

State of ___WA___

County of ___Spokane___

On ___30 Jan 2025___ before me, ___Katie Hiatt___
DATE                                        NAME OF NOTARY PUBLIC

personally appeared ___ERIC Ramon Buchanan___
                              NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

```
KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029
```

SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: ___01/02/2029___

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Constitutional Objection
Title of Document

UNDER GOD,

CASE#_____



IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

U.S. COURTS

Case No. CR28-24-1747

MAR 07 2025

V.

Rcvd ____ Filed ____ Time _____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

ERIC RAMON BUCHANAN

Defendant.

CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Matthew Sychla WHO IS

EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE

STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND

DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY

TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR

THE STATE OF IDAHO

CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Matthew Sychla WHO IS
EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE
STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND
DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY
TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR
THE STATE OF IDAHO

UNDER GOD,

CASE#_____

## I. INTRODUCTION

I, _Eric Buchanan_ , hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This constitutional objection challenges the authority of traffic officers to determine my legal capacity as a private, natural person traveling in my personal capacity.
2. I did not knowingly or voluntarily waive any rights, including my right to assert or waive protections guaranteed under the United States and Idaho Constitutions.
3. The arrest conducted by these traffic officers constitutes an **arbitrary arrest, hostage-taking**, and a violation of both constitutional and international protections.

## II. OBJECTIONS TO THE AUTHORITY OF TRAFFIC OFFICERS

### 1. Lack of Authority to Determine Legal Capacity

- Traffic officers are not vested with the authority to determine the legal capacity of a private, natural person traveling in their personal property.
- As a private individual, I was not operating in commerce, and my actions fall outside the jurisdiction of traffic laws that govern commercial activities.

2

CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Matthew Sychla WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO

CASE#_____

- Any presumption that I was acting in a commercial capacity was made without due process and violates my fundamental rights.

## 2. Violation of Constitutional Rights

- The actions of the traffic officers violated my rights to due process under the Fifth and Fourteenth Amendments of the United States Constitution.
- The officers' actions also contravened the Fourth Amendment's protections against unreasonable searches and seizures, as no valid warrant or probable cause existed.
- My arrest was executed without the requisite legal authority, rendering it unlawful and unconstitutional.

## 3. Failure to Provide Fair and Impartial Treatment

- I did not waive my right to fair and impartial treatment by properly qualified officers.
- Traffic officers who are uninformed in the law and exceed their authority cannot lawfully adjudicate or enforce laws outside their scope of jurisdiction.

## 4. Arbitrary Arrest and Hostage-Taking

- The arrest executed by the traffic officers was arbitrary, as it lacked any valid legal basis or jurisdiction.

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Matthew Sychla WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

- Arbitrary arrest and detention constitute violations of both domestic and international legal standards, including protections against **hostage-taking** under the Universal Declaration of Human Rights and customary international law.

---

## III. CONSTITUTIONAL AND LEGAL VIOLATIONS

1. **Violation of Due Process Rights**
   - The Fifth and Fourteenth Amendments guarantee my right to due process of law. Arbitrary actions by traffic officers deprived me of this fundamental protection.

2. **Violation of the Fourth Amendment**
   - The Fourth Amendment protects against unreasonable searches and seizures. My arrest, conducted without a valid warrant or probable cause, directly violated this protection.

3. **Violation of the Right to Travel**
   - As established in **Shapiro v. Thompson**, 394 U.S. 618 (1969), and other precedents, the right to travel is a fundamental constitutional right. The officers' actions unlawfully restricted my freedom of movement without due process.

4. **Ultra Vires Acts by Traffic Officers**
   - By exceeding their legal authority, the traffic officers acted **ultra vires** (beyond legal authority), rendering their actions null and void.

4

CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Matthew Sychla WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO

5. **Violation of Idaho Code § 18-7011 – Pretending to Hold Office**

   ○ Under Idaho Code § 18-7011, any person who unlawfully exercises the duties of a
   public office without being legally qualified commits a misdemeanor:

   > *"Every person who shall unlawfully exercise any of the functions of a*
   > *public office without having taken and filed the oath of office or given*
   > *bond as required by law shall be guilty of a misdemeanor."*

   ○ The traffic officers acted unlawfully by executing duties of office without proper
   qualification, rendering their actions a criminal offense.

6. **Violation of Idaho Code § 59-406 – Vacant Office**

   ○ Idaho law explicitly states that an office becomes vacant if the officer fails to take
   and file the required oath and bond:

   > *"Every office shall become vacant on the happening of any of the*
   > *following events before the expiration of the term: ... (4) His refusal or*
   > *neglect to file his official oath or bond within the time prescribed."*

   ○ The actions taken by traffic officers from such vacant positions are null and void.

7. **Violation of International Protections**

   ○ Arbitrary detention and arrest contravene international human rights standards,
   including Article 9 of the Universal Declaration of Human Rights:

5

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Matthew Sychla WHO IS
EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE
STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND
DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY
TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR
THE STATE OF IDAHO**

- o The actions of the traffic officers constitute **hostage-taking**, as they unlawfully detained me without proper legal authority or justification.

8. **Violation of Due Process Rights**

   - o The Fifth and Fourteenth Amendments guarantee my right to due process of law. Arbitrary actions by traffic officers deprived me of this fundamental protection.

9. **Violation of the Fourth Amendment**

   - o The Fourth Amendment protects against unreasonable searches and seizures. My arrest, conducted without a valid warrant or probable cause, directly violated this protection.

10. **Violation of the Right to Travel**

    - o As established in **Shapiro v. Thompson**, 394 U.S. 618 (1969), and other precedents, the right to travel is a fundamental constitutional right. The officers' actions unlawfully restricted my freedom of movement without due process.

11. **Ultra Vires Acts by Traffic Officers**

    - o By exceeding their legal authority, the traffic officers acted **ultra vires** (beyond legal authority), rendering their actions null and void.

12. **Violation of International Protections**

    - o Arbitrary detention and arrest contravene international human rights standards, including Article 9 of the Universal Declaration of Human Rights:

6

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Matthew Sychla WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

CASE#_____

"No one shall be subjected to arbitrary arrest, detention, or exile."

- o The actions of the traffic officers constitute **hostage-taking**, as they unlawfully detained me without proper legal authority or justification.

---

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. A formal declaration that the actions of the traffic officers were unlawful, unconstitutional, and exceeded their legal authority.
2. Immediate dismissal of all charges arising from the unlawful arrest and detention.
3. Recognition that the officers' actions constituted arbitrary arrest and violated my fundamental constitutional rights.
4. Acknowledgment that these actions are inconsistent with both domestic and international legal protections.
5. Any additional relief deemed necessary to restore my constitutional rights and ensure accountability for the unlawful actions of the traffic officers.

---

## V. CONCLUSION

7

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Matthew Sychla WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

UNDER GOD,

CASE#_____

The traffic officers' actions in this case constitute a clear violation of my constitutional and legal

protections. Their lack of authority to determine my legal capacity, coupled with their unlawful

arrest, underscores the need for immediate corrective action. These ultra vires acts undermine the

rule of law and erode public trust in the legal system. I respectfully request that the court address

these violations and take appropriate measures to uphold the Constitution and restore my rights.

---

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is**

**true and correct to the best of my knowledge and belief.**

Dated: _2-26-2025_

Respectfully submitted,

_Eric Buchanan_

_Eric Rum—iBu_

_10603 E 28TH AVE SPOKANE WA 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

8

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Matthew Sychla WHO IS
EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE
STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND
DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY
TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR
THE STATE OF IDAHO**

UNDER GOD,

CASE#_____

Matthew Sychla

Kootenai COUNTY POLICE

3819 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF120644974US
_____

_____

_____

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Matthew Sychla WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _____ 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
   DATE                                            NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
                                    NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal.**

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

_____
SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

Constitutional Objection
Title of Document

UNDER GOD,

CASE#_____



# IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
## OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF KOOTENAI

STATE OF IDAHO

Plaintiff,

U.S. COURTS

MAR 07 2023

Rcvd ___ Filed ___ time Mail
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Case No. CR28-24-1747

V.

ERIC RAMON BUCHANAN

Defendant.

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Casey Ziegler WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

1

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Casey Ziegler WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

UNDER GOD,

CASE#_____

# I. INTRODUCTION

I, *Eric Buchanan*, hereby declare and affirm under penalty of perjury under the laws of the State of Idaho and the United States of America as follows:

1. This constitutional objection challenges the authority of traffic officers to determine my legal capacity as a private, natural person traveling in my personal capacity.
2. I did not knowingly or voluntarily waive any rights, including my right to assert or waive protections guaranteed under the United States and Idaho Constitutions.
3. The arrest conducted by these traffic officers constitutes an **arbitrary arrest, hostage-taking**, and a violation of both constitutional and international protections.

# II. OBJECTIONS TO THE AUTHORITY OF TRAFFIC OFFICERS

## 1. Lack of Authority to Determine Legal Capacity

- Traffic officers are not vested with the authority to determine the legal capacity of a private, natural person traveling in their personal property.
- As a private individual, I was not operating in commerce, and my actions fall outside the jurisdiction of traffic laws that govern commercial activities.

2

CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Casey Ziegler WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO

- Any presumption that I was acting in a commercial capacity was made without due process and violates my fundamental rights.

## 2. Violation of Constitutional Rights

- The actions of the traffic officers violated my rights to due process under the Fifth and Fourteenth Amendments of the United States Constitution.
- The officers' actions also contravened the Fourth Amendment's protections against unreasonable searches and seizures, as no valid warrant or probable cause existed.
- My arrest was executed without the requisite legal authority, rendering it unlawful and unconstitutional.

## 3. Failure to Provide Fair and Impartial Treatment

- I did not waive my right to fair and impartial treatment by properly qualified officers.
- Traffic officers who are uninformed in the law and exceed their authority cannot lawfully adjudicate or enforce laws outside their scope of jurisdiction.

## 4. Arbitrary Arrest and Hostage-Taking

- The arrest executed by the traffic officers was arbitrary, as it lacked any valid legal basis or jurisdiction.

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Casey Ziegler WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

- Arbitrary arrest and detention constitute violations of both domestic and international legal standards, including protections against **hostage-taking** under the Universal Declaration of Human Rights and customary international law.

---

## III. CONSTITUTIONAL AND LEGAL VIOLATIONS

1. **Violation of Due Process Rights**
   - The Fifth and Fourteenth Amendments guarantee my right to due process of law. Arbitrary actions by traffic officers deprived me of this fundamental protection.

2. **Violation of the Fourth Amendment**
   - The Fourth Amendment protects against unreasonable searches and seizures. My arrest, conducted without a valid warrant or probable cause, directly violated this protection.

3. **Violation of the Right to Travel**
   - As established in **Shapiro v. Thompson**, 394 U.S. 618 (1969), and other precedents, the right to travel is a fundamental constitutional right. The officers' actions unlawfully restricted my freedom of movement without due process.

4. **Ultra Vires Acts by Traffic Officers**
   - By exceeding their legal authority, the traffic officers acted **ultra vires** (beyond legal authority), rendering their actions null and void.

4

CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Casey Ziegler WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO

5. **Violation of Idaho Code § 18-7011 – Pretending to Hold Office**

   o   Under Idaho Code § 18-7011, any person who unlawfully exercises the duties of a

   public office without being legally qualified commits a misdemeanor:

   > *"Every person who shall unlawfully exercise any of the functions of a*
   >
   > *public office without having taken and filed the oath of office or given*
   >
   > *bond as required by law shall be guilty of a misdemeanor."*

   o   The traffic officers acted unlawfully by executing duties of office without proper

   qualification, rendering their actions a criminal offense.

6. **Violation of Idaho Code § 59-406 – Vacant Office**

   o   Idaho law explicitly states that an office becomes vacant if the officer fails to take

   and file the required oath and bond:

   > *"Every office shall become vacant on the happening of any of the*
   >
   > *following events before the expiration of the term: ... (4) His refusal or*
   >
   > *neglect to file his official oath or bond within the time prescribed."*

   o   The actions taken by traffic officers from such vacant positions are null and void.

7. **Violation of International Protections**

   o   Arbitrary detention and arrest contravene international human rights standards,

   including Article 9 of the Universal Declaration of Human Rights:

5

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Casey Ziegler WHO IS
EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE
STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND
DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY
TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR
THE STATE OF IDAHO**

- o The actions of the traffic officers constitute **hostage-taking**, as they unlawfully detained me without proper legal authority or justification.

8. **Violation of Due Process Rights**

   - o The Fifth and Fourteenth Amendments guarantee my right to due process of law. Arbitrary actions by traffic officers deprived me of this fundamental protection.

9. **Violation of the Fourth Amendment**

   - o The Fourth Amendment protects against unreasonable searches and seizures. My arrest, conducted without a valid warrant or probable cause, directly violated this protection.

10. **Violation of the Right to Travel**

    - o As established in **Shapiro v. Thompson**, 394 U.S. 618 (1969), and other precedents, the right to travel is a fundamental constitutional right. The officers' actions unlawfully restricted my freedom of movement without due process.

11. **Ultra Vires Acts by Traffic Officers**

    - o By exceeding their legal authority, the traffic officers acted **ultra vires** (beyond legal authority), rendering their actions null and void.

12. **Violation of International Protections**

    - o Arbitrary detention and arrest contravene international human rights standards, including Article 9 of the Universal Declaration of Human Rights:

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Casey Ziegler WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

CASE#_____

"No one shall be subjected to arbitrary arrest, detention, or exile."

- o The actions of the traffic officers constitute **hostage-taking**, as they unlawfully detained me without proper legal authority or justification.

## IV. RELIEF REQUESTED

Based on the foregoing, I respectfully request the following relief:

1. A formal declaration that the actions of the traffic officers were unlawful, unconstitutional, and exceeded their legal authority.
2. Immediate dismissal of all charges arising from the unlawful arrest and detention.
3. Recognition that the officers' actions constituted arbitrary arrest and violated my fundamental constitutional rights.
4. Acknowledgment that these actions are inconsistent with both domestic and international legal protections.
5. Any additional relief deemed necessary to restore my constitutional rights and ensure accountability for the unlawful actions of the traffic officers.

## V. CONCLUSION

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Casey Ziegler WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

UNDER GOD,

CASE#_____

The traffic officers' actions in this case constitute a clear violation of my constitutional and legal

protections. Their lack of authority to determine my legal capacity, coupled with their unlawful

arrest, underscores the need for immediate corrective action. These ultra vires acts undermine the

rule of law and erode public trust in the legal system. I respectfully request that the court address

these violations and take appropriate measures to uphold the Constitution and restore my rights.

---

**I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is**

**true and correct to the best of my knowledge and belief.**

Dated: _2-26-2025_

Respectfully submitted,

_Eric Ron 'Buch_

__I ERIC BUCHANAN__

_10603 E 28TH AVE SPOKANE WA 99206_

**Certificate of Service**

I hereby certify that on _2-27-2025_, a true and correct copy of the foregoing

affidavit was served via:

8

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Casey Ziegler WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

UNDER GOD,

CASE#_____

Casey Ziegler

Kootenai COUNTY POLICE

3818 N Schreiber Way, Coeur d'Alene ID 83814

BY UNITED STATES POST OFFICE REGISTERED MAIL

RF120644974US

_____

_____

**CONSTITUTIONAL OBJECTION TO THE AUTHORITY OF Casey Ziegler WHO IS EXECUTING THE DUTY OF TRAFFIC OFFICER, AS AN EMPLOYEE OF THE STATE OF IDAHO TRAFFIC OFFICERS ARE FORBIDDEN TO ARREST AND DETAIN WITHOUT ANY AUTHORITY BECAUSE OF THE FAILURE TO QUALIFY TO EXECUTE THE DUTY OF THIS OFFICE OF PUBLIC TRUST AND PROFIT FOR THE STATE OF IDAHO**

# ALL-PURPOSE ACKNOWLEDGMENT

State of _____ WA _____

County of _____ Spokane _____

On _____ 30 Jan 2025 _____ before me, _____ Katie Hiatt _____
    DATE           NAME OF NOTARY PUBLIC

personally appeared _____ Eric Ramon Buchanan _____
           NAME OF SIGNERS(S)

Personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and **official seal**.

KATIE HIATT
Notary Public
State of Washington
Commission # 26015
My Comm. Expires Jan 2, 2029

SIGNATURE OF NOTARY

NOTARY SEAL

My commission expires: _____ 01/02/2029 _____

ATTENTION NOTARY: Although the information requested below is OPTIONAL, it may prove valuable to persons relying on this Acknowledgment and could prevent fraudulent reattachment of this certificate to another document.

DESCRIPTION OF ATTACHED DOCUMENT

*Constitutional Objection*
Title of Document