U.S. POSTAGE PAID
USPS Ground Advtg
SPOKANE VALLEY
WA 99016
MAR 06, 2025
$36.40
R2307M152497-25

Retail
RDC 01
83815

★ SEND IT. ★

E. Ramon Buchanan
13 E 2?th
[Spo]kane Valley
[Wa]shington 99206

0 643 188 US
[REGIS]TERED MAIL

TO:
District Court Clerk
6450 North Mineral Dr
Coeur d'Alene ID 83815

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:
District Court Clerk
6450 N Mineral Dr
Coeur d'Alene ID 83815

Article Number (transfer from service label)
9590 9402 9243 4295 9615 90

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

ReadyPost
1/4" x 3" x 17 5/8"

