UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC RAMON BUCHANAN,<br><br>                Plaintiff,<br><br>vs.<br><br>LAMONT C. BERECZ, et al.,<br><br>                Defendants. | Case No. 2:25-cv-00113-AKB<br><br>**ORDER OF DISMISSAL OF CIVIL RIGHTS CLAIMS** |

On March 13, 2025, the Court ordered Plaintiff Eric Ramon Buchanan to file an amended complaint within twenty-one days to present his civil rights claims that remained after remand of the portion of this case that attempted to remove a pending state criminal action from the First Judicial District Court, Kootenai County. (Dkt. 5). The deadline for filing an amended complaint has passed, and Plaintiff has filed nothing further indicating that he desires to proceed. Accordingly, **IT IS ORDERED** that the remainder of this case is DISMISSED without prejudice.

DATED: May 21, 2025

_Amanda K. Brailsford_
Amanda K. Brailsford
U.S. District Court Judge

**ORDER OF DISMISSAL OF CIVIL RIGHTS CLAIMS - 1**